# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

CHUONG VAN DUONG

**WARRANT FOR ARREST**

Case Number: 03cr10363RCL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **CHUONG VAN DUONG**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X INDICTMENT  ☐ INFORMATION  ☐ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

**Mail fraud (18 U.S.C. § 1341)**
**Money Laundering (18 U.S.C. § 1956(a))**
**Structuring (31 U.S.C. § 5324(a)(3))**

In violation of Title  18  United States Code, Section(s) 1341, 1956(a) and 2; 31 U.S.C. § 5324(a)(3).

Katherine M. Gaulik
Name of Issuing Officer

Supervisor
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

Boston, MA;
Date and Location

Bail fixed at $ _____  BY _____

---

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT
AT  Quincy, MA

| DATE RECEIVED 12/3/03 | NAME AND TITLE OF ARRESTING OFFICER Special Agent FBI Ronald J. Keating | SIGNATURE OF ARRESTING OFFICER Ronald J. Keating |
| --- | --- | --- |
| DATE OF ARREST 12/17/03 | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: CHUONG VAN DUONG

ALIAS: _____

LAST KNOWN RESIDENCE: 115 w. Squantum Street, Quincy, MA

LAST KNOWN EMPLOYMENT: Int'l Diamond and Gem, 1550 Hancock Street, Quincy, MA

PLACE OF BIRTH: Vietnam

DATE OF BIRTH: 12/21/48

SOCIAL SECURITY NUMBER: 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

HEIGHT: _____    WEIGHT: _____

SEX: ___M___    RACE: Asian/Vietnamese

HAIR: Black    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: 196C-BS-88146

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: FBI, One Center Plaza, Boston, MA