AO 458 (Rev. 5/85)  Appearance

# United States District Court

DISTRICT OF __Massachusetts__

APPEARANCE

CASE NUMBER: 03 CR 10363 RCL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   DEFENDANT

CHUONG VAN DUONG

Date __12/23/03__

Signature

Print Name: BERYL W COHEN

Address: 15 Bacon St.

City: Boston   State: MA.   Zip Code: 02108

Phone Number: 617-742-3322