UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 03 CR 10363 RCL |
| | ) |
| CHUONG VAN DUONG | ) |

## DEFENDANT'S MOTION TO CONTINUE ARRAIGNMENT AND DETENTION HEARING

The defendant hereby moves this Court to continue the arraignment and detention hearing in the above captioned matter from December 30, 2003 to January 8, 2004 at 11:00 a.m. As reasons therefore, the defendant states that he has recently retained counsel and needs more time to prepare for the detention hearing. The United States assents to this motion.

Respectfully submitted,
CHUONG VAN DUONG
By his attorney,

Beryl W. Cohen
11 Beacon Street
Boston, MA 02108
(617) 742-3322

### CERTIFICATE OF SERVICE

I, Beryl W. Cohen, hereby certify that on this 29th day of December, 2003, I have served one copy of the foregoing motion by first-class mail on Maureen B. Hogan, Assistant United States Attorney, United States Attorney's Office, Moakley United States Courthouse, 9th Floor, 1 Courthouse Way, Boston, Massachusetts 02210.

Beryl W. Cohen