442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

2004 JAN -5 A 9: 12

U.S. DISTRICT COUR DISTRICT OF MASS

UNITED STATES OF AMERICA

v.

CHUONG VAN DUONG

**WARRANT FOR ARREST**

Case Number: **03CR 10363 RCL**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __CHUONG VAN DUONG__
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X INDICTMENT ☐ INFORMATION ☐ COMPLAINT ☐ ORDER OF COURT ☐ VIOLATION OF NOTICE ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

**Mail fraud (18 U.S.C. § 1341)**
**Money Laundering (18 U.S.C. § 1956(a))**
**Structuring (31 U.S.C. § 5324(a)(3))**

in violation of Title __18__ United States Code, Section(s) __1341, 1956(a) and 2; 31 U.S.C. § 5324(a)(3)__.

Name of Issuing Officer

Signature of Issuing Officer

_Supervisor_
Title of Issuing Officer

Boston, MA;
Date and Location

Bail fixed at $ _____     BY _____

| RETURN |||
|---|---|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT _____ |||
| | WARRANT EXECUTED BY FBI BY ARREST/ARRAIGNMENT OF THE DEFENDANT ||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: CHUONG VAN DUONG

ALIAS:

LAST KNOWN RESIDENCE: 115 w. Squantum Street, Quincy, MA

LAST KNOWN EMPLOYMENT: Int'l Diamond and Gem, 1550 Hancock Street, Quincy, MA

PLACE OF BIRTH: Vietnam

DATE OF BIRTH: 12/21/48

SOCIAL SECURITY NUMBER: 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

HEIGHT: _____    WEIGHT: _____

SEX: M    RACE: Asian/Vietnamese

HAIR: Black    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: 196C-BS-88146

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: FBI, One Center Plaza, Boston, MA