%AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CHUONG DUONG

**EXHIBIT AND WITNESS LIST**

Case Number: CR03-10363 RCL

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| ALEXANDER | MAUREEN HOGAN | BERYL COHEN |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/8/04 | DIGITAL RECORDER | REX BROWN |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1/8/2004 | X | X | Affidavitt of S/A Ann Costello, IRS |
| 2 | | 1/8/2004 | X | X | Passport of Defendant |
| | | | | | |
| | X | 1/8/2004 | direct | | Kim Aynh Dienh, client of defendant |
| | X | 1/8/2004 | cross | | Kim Aynh Dienh, client of defendant |
| | X | 1/8/2004 | re- | direct | Kim Aynh Dienh, client of defendant |
| | X | 1/8/2004 | direct | | Glenn Pham, client of defendant |
| | X | 1/8/2004 | cross | | Glenn Pham, client of defendant |
| | X | 1/8/2004 | direct | | Kim Duong Tran, client of defendant |
| | X | 1/8/2004 | cross | | Kim Duong Tran, client of defendant |
| | X | 1/8/2004 | direct | | David Vu, client of defendant |
| | X | 1/8/2004 | cross | | David Vu, client of defendant |
| | X | 1/8/2004 | re- | direct | David Vu, client of defendant |
| | X | 1/8/2004 | re- | cross | David Vu, client of defendant |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages