# THE COMMONWEALTH OF MASSACHUSETTS
# THE TRIAL COURT

## PROBATE AND FAMILY COURT

NORFOLK DIVISION

**I, Patrick W. McDermott**, Register of the Probate and Family Court for said County of Norfolk, having, by law, custody of the seal and all the records, books, documents and papers of or appertaining to said Court, hereby certify the paper hereunto annexed to be a true copy of a paper appertaining to said court, and on file and of record in the office of said Court, to wit:

In the matter of Paternity Tran v. Duong

A Complaint dated August 20, 2002, a Motion dated August 21, 2002, a disclosure affidavit dated August 22, 2002, a birth certificate docketed August 27, 2002, a summons dated August 28, 2002, a motion dated September 5, 2002, an affidavit dated September 5, 2002, a notice of appearance dated October 2, 2002, an Order entered October 2, 2002, an Agreement dated October 2, 2002, parentage test results dated November 20, 2002, a motion dated November 25, 2002, a motion dated December 3, 2002, a request for production of documents dated January 31, 2003, an affidavit and motion dated March 28, 2003, a Motion dated May 5, 2003, a response to first request for production of documents, a motion to strike and a memorandum in support dated June 23, 2003, an affidavit dated March 3, 2003, a Motion dated March 3, 2003, a Motion dated February 7, 2003, a Withdrawal denied March 26, 2003, a Motion allowed March 26, 2003, a complaint for contempt dated March 26, 2003, 2 Motions dated March 26, 2003, a complaint for contempt, a motion and a summons dated March 26, 2003, an Adjudication entered April 16, 2003, a Judgment entered April 16, 2003, an Order entered April 16, 2003, a stipulation dated April 16, 2003, a motion dated April 2, 2003, a proposed order dated May 5, 2003, an Order entered July 9, 2003, a motion dated August 20, 2003,

-continued on next page

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Court, this _seventh_ day of _January_ In the year of our Lord two thousand _four_

_____ Register

# THE COMMONWEALTH OF MASSACHUSETTS
# THE TRIAL COURT

## PROBATE AND FAMILY COURT

NORFOLK DIVISION

**I, Patrick W. McDermott**, Register of the Probate and Family Court for said County of Norfolk, having, by law, custody of the seal and all the records, books, documents and papers of or appertaining to said Court, hereby certify the paper hereunto annexed to be a true copy of a paper appertaining to said court, and on file and of record in the office of said Court, to wit:

a motion dated August 26, 2003, a complaint dated September 3, 2003, a motion dated September 9, 2003, a summons dated Septemebr 10, 2003, a motion dated September 15, 2003, an affidavit dated September 15, 2003, a Capias dated September 17, 2003, an affidavit dated Septemebr 23, 2003, a Judgment entered Septemebr 24, 2003, a stipulation dated September 24, 2003, a Judgment entered December 17, 2003, a stipulation dated December 17, 2003, Five financial statements, 4 Docket Sheets

In Re: 02W0338PA1

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Court, this _seventh_ day of _January_

In the year of our Lord two thousand _four_

_____ Register



The Trial Court of Massachusetts, Probate and Family Department
Norfolk

| Case Name | Docket Type | Cross Reference | Docket Number |
|---|---|---|---|
| Child: LUAN DUONG<br>Plaintiff: NGOC SOUNG TRAN<br>Defendant: CHUONG DUONG | Paternity | | 02W0338PA1 |
| | Case Type | | |
| | Paternity | | |

| Plaintiff | Defendant | Third Party |
|---|---|---|
| NGOC SOUNG TRAN<br>5 N MAIN ST.<br>BELLINGHAM, MA<br>02019 | CHUONG DUONG<br>1550 HANCOCK ST.<br>QUINCY, MA<br>02169 | |

| Attorney | Attorney | Third Party Attorney |
|---|---|---|
| ANTHONY J. VOCI<br>888 WOCESTER STREET<br>SUITE250<br>WELLESLEY, MA<br>02482 | DIANE CAPOZZOLI<br>71 ADAMS STREET<br>P.O. BOX 67<br>MILTON VILLAGE, MA<br>02187-0067 | |

| Child's Name:<br>LUAN DUONG | New Name: | Aff Disclosing Care & Custody: ✓ | Military Affidavit: |
|---|---|---|---|
| Summons Filed: ✓ | Child's Date of Birth: 02/19/1999 | City/Town of Birth: | CCF: P   D   R |
| Judgment Date: | Birth Certificate: ✓ | Vol. Ack. Paternity: | |

| Event Date | Event No | Event Code | Document | Docket Date |
|---|---|---|---|---|
| 08/27/2002 | 1 | CMPPA | COMPLAINT TO ESTABLISH PATERNITY | 08/27/2002 |
| 08/27/2002 | 2 | CERTB | CERTIFICATE OF BIRTH | 08/27/2002 |
| 08/27/2002 | 3 | AFFCU | AFFIDAVIT DISCLOSING CARE AND CUSTODY PROCEEDINGS | 08/27/2002 |

| Event Date | Event No | Event Code | Document | |
|---|---|---|---|---|
| 08/27/2002 | 4 | M | NGOC SOUNG TRAN 'S MOTION FOR CHILD SUPPORT | 10/28... |
| 08/28/2002 | 8 | SUFIL | SUMMONS FILED; SERVICE MADE 09/10/2002 | 09/11/2002 |
| 09/05/2002 | 5 | M | NGOC SOUNG TRAN 'S MOTION FOR BLOOD GROUPING AND G.M.T. | 09/11/2002 |
| 09/05/2002 | 6 | AFF | AFFIDAVIT OF MOTHER IN SUPPORT OF MOTION FOR BLOOD GROUPING AND G.M.T. | 09/11/2002 |
| 09/07/2002 | 7 | FS | NGOC SOUNG TRAN 'S FINANCIAL STATEMENT | |
| 10/02/2002 | 9 | APPCNS | NOTICE OF APPEARANCE OF DIANE CAPOZZOLI, COUNSEL FOR CHUONG DUONG | 10/28/2002 |
| 10/02/2002 | 10 | STIP | AGREEMENT FOR BLOOD TESTING DATED 10/02/2002 | 10/28/2002 |
| 10/02/2002 | 11 | OR | TEMPORARY ORDER ON STIPULATION   David P. Kopelman, J.  ATTYS/PTYS NO | 10/28/2002 |
| 11/20/2002 | 12 | MISC | PARENTAGE TEST RESULTS. 99.995% ] | 12/02/2002 |
| 11/25/2002 | 14 | M | NGOC SOUNG TRAN 'S MOTION FOR COMPELING PRODUCTION OF FINANCIAL STATEMENT AND FOR SANCTIONS | 02/11/2003 |
| 12/03/2002 | 13 | M | NGOC SOUNG TRAN 'S MOTION FOR CHILD SUPPORT | 12/03/2002 |
| 01/31/2003 | 15 | REQ | NGOC SOUNG TRAN'S FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS | 02/11/2003 |
| 02/07/2003 | 16 | M | NGOC SOUNG TRAN'S MOTION FOR CHILD SUPPORT ON 3/26/03 | 02/11/2003 |
| 02/26/2003 | 19 | APPWDCNS | WITHDRAWAL OF APPEARANCE BY DIANE CAPOZZOLI, COUNSEL FOR CHUONG DUONG | 03/05/2003 |
| 03/03/2003 | 17 | M | NGOC SOUNG TRAN 'S MOTION FOR TO COMPEL PRODUCTION OF DOCUMENTS | 03/03/2003 |
| 03/03/2003 | 18 | AFF | PLAINTIFF'S ATTORNEY'S AFFIDAVIT IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS | 03/03/2003 |

| Event Date | Event No | Event Code | Document | |
|---|---|---|---|---|
| 03/26/2003 | 20 | M | CHUONG DUONG 'S MOTION FOR CONTINUANCE TO 4/02/03. ALLOWED. D.H.K., J. | 04/28 |
| 03/26/2003 | 21 | SUFIL | CONTEMPT SUMMONS FILED; SERVICE MADE 03/06/2003 | |
| 03/26/2003 | 29 | CMPCTM | NGOC SOUNG TRAN 'S COMPLAINT FOR CONTEMPT FROM DATED , RETURNABLE 04/02/2003 , FOR PLAINTIFF | 05/22/2003 |
| 03/26/2003 | 30 | M | NGOC SOUNG TRAN 'S MOTION FOR SHORT ORDER OF NOTICE. ALLOWED. RETURNABLE ON 4/02/03. D.H.K., J. | 05/22/2003 |
| 03/26/2003 | 22 | M | NGOC SOUNG TRAN 'S MOTION FOR ATTORNEY'S FEES AND COSTS | 04/28/2003 |
| 03/28/2003 | 23 | AFF | AFFIDAVIT OF ANTHONY VOCI, PLAINTIFF'S COUNSEL IN SUPPORT OF MOTION FOR ATTORNEY'S FEES AND COSTS UNDER MASS. GEN. LAWS CHAPTER 215 SECTION 34A | 04/28/2003 |
| 04/02/2003 | 24 | M | CHUONG DUONG 'S MOTION FOR CONTINUING HEARING ON MOTIONS. ALLOWED. CONTINUED TO 4/16/03 @ 8:30 A.M. R. KAPLAN , J. | 04/28/2003 |
| 04/16/2003 | 25 | MISC | ADJUDICATION OF PATERNITY. D.H.K., J. | 04/28/2003 |
| 04/16/2003 | 26 | JCTM | JUDGMENT DATED 04/16/2003 ON CONTEMPT FILED 03/26/2003. EVENT NO. . " David H. Kopelman J. ATTYS/PTYS ND | 04/28/2003 |
| 04/16/2003 | 27 | STIP | STIPULATION DATED 04/16/2003 | 04/28/2003 |
| 04/16/2003 | 28 | OR | TEMPORARY ORDER ON STIPULATION.". David H. Kopelman , J. ATTYS/PTYS ND | 04/28/2003 |
| 05/05/2003 | 31 | M | NGOC SOUNG TRAN 'S MOTION FOR CHILD SUPPORT | 05/28/2003 |
| 06/23/2003 | 32 | M | NGOC SOUNG TRAN'S MOTION TO STRIKE DEFENDANT'S RESPONSES TO PLAINTIFF'S 1ST REQUEST FOR PRODUCTION OF DOCUMENTS AND TO COMPEL FURTHER ANSWERS. | 06/25/2003 |
| 06/23/2003 | 33 | MEMO | NGOC SOUNG TRAN'S MEMORANDUM IN SUPPORT OF MOTION DATED 6-23-03 | 06/25/2003 |
| 07/09/2003 | 34 | FS | NGOC SOUNG TRAN 'S FINANCIAL STATEMENT | 07/16/2003 |
| 07/09/2003 | 35 | FS | CHUONG DUONG 'S FINANCIAL STATEMENT | 07/16/2003 |

| Event Date | Event No | Event Code | Document | |
|---|---|---|---|---|
| 07/09/2003 | 36 | OR | ADDITIONAL TEMPORARY ORDER. David H. Kopelman, J. ATTYS/PTYS ND | |
| 08/20/2003 | 37 | M | CHUONG DUONG'S MOTION TO DISCHARGE ATTORNEY. | 08/26 |
| 08/26/2003 | 38 | M | ASSENTED TO MOTION TO CONTINUE WITHDRAWAL APPEARANCE OF COUNSEL. ALLOWED ON 8/27/03. D.H.K., J. | 08/27/200 |
| 09/10/2003 | 39 | CMPCTM | NGOC SOUNG TRAN'S COMPLAINT FOR CONTEMPT. RETURNABLE 09/17/2003. DEFENDANT DEFAULTED ON 9/17/03. CAPIAS TO ISSUE. D.H.K., J. | 10/01/2003 |
| 09/10/2003 | 40 | M | NGOC SOUNG TRAN'S MOTION FOR SHORT ORDER OF NOTICE. ALLOWED. HEARING ON 9/17/03 @ 8:30 A.M.   R.W.L., J. | 10/01/2003 |
| 09/10/2003 | 41 | SUFIL | SUMMONS FILED; SERVICE MADE 09/12/2003 | 10/01/2003 |
| 09/15/2003 | 42 | M | NGOC SOUNG TRAN 'S MOTION FOR ATTORNEY'S FEES AND COSTS. BY HER ATTORNEY ANTHONY VOCI. | 10/01/2003 |
| 09/17/2003 | 43 | CAPIS | CAPIAS ISSUED 09/17/2003, RETURNABLE FORTHWITH AT NORFOLK COUNTY. L. PETERSON, ASST. REG. | 10/01/2003 |
| 09/23/2003 | 44 | AFF | REVISED AFFIDAVIT OF ANTHONEY VOCI IN SUPPORT OF MOTION FOR ATTORNEY'S FEES AND COSTS UNDER MASSACHUSETTS GENERAL LAWS CHAPTER 215, SECTION 34A | 10/01/2003 |
| 09/24/2003 | 45 | FS | NGOC SOUNG TRAN 'S FINANCIAL STATEMENT | 10/01/2003 |
| 09/24/2003 | 46 | FS | CHUONG DUONG 'S FINANCIAL STATEMENT | 10/01/2003 |
| 09/24/2003 | 47 | STIP | STIPULATION DATED 09/24/2003 | 10/01/2003 |
| 09/24/2003 | 48 | JCTM | JUDGMENT DATED 09/24/2003 ON CONTEMPT FILED 09/10/2003. REVIEW ON 10/15/03 & ON THE 3RD WEDNESDAY OF EACH & EVERY MONTH. DEFENDANT MUST APPEAR, OR CAPIAS WILL ISSUE. David H. Kopelman, J. | 10/01/2003 |
| 12/17/2003 | 49 | STIP | STIPULATION DATED 12/17/2003 | 12/23/2003 |
| 12/17/2003 | 50 | JCTM | JUDGMENT DATED 12/17/2003 ON CONTEMPT FILED 09/10/2003.  EVENT NO.    David H. Kopelman,12/23/2003 J. ATTYS/PTYS ND | |

**Commonwealth of Massachusetts
The Trial Court
Probate and Family Court Department**

Norfolk Division

Docket No. 02W0338PA-1

## Complaint To Establish Paternity

NGOC Suong Tran, Plaintiff

DOCKETED AUG 27 2002

v.

C Huong Duong, Defendant

1. Plaintiff, who resides at 5 N. Main Street (Street and No.), Bellingham (City or Town), Norfolk (County), MA (State), 02019 (Zip) is

    ☐ a child born out of wedlock.
    ☑ the mother/father of a child born out of wedlock.
    ☐ the guardian/custodian of a child born out of wedlock.
    ☐ the parent/personal representative of the mother/father of a child born out of wedlock.
    ☐ the Department of Social Services/agency licensed under G.L.M. c. 28A.
    ☐ the Department of Public Welfare/the Department of Revenue.

2. The child who is the subject of this complaint is:

    Name Luan Duong    Date of Birth 2/19/96
    5 N. Main Street (Street and No.), Bellingham (City or Town), Norfolk (County), MA (State), 02019 (Zip)

3. Defendant, who resides at 1550 Hancock St (Street and No.), Quincy (City or Town), Norfolk (County), MA (State), 02169 (Zip)

    is the father/mother of the above-named child who was born out of wedlock.

4. The plaintiff and defendant are not married.

5. The mother of the child was not married at the time of the child's birth and was not married within three hundred days before the birth of the child.

6. Wherefore, the plaintiff requests that the Court:

    ☑ adjudicate the plaintiff/defendant to be the father of the child.
    ☑ order a suitable amount of support for the child.
    ☑ order the plaintiff/defendant to maintain/provide health insurance for the benefit of the child.
    ☐ prohibit the defendant from imposing any restraint on the personal liberty of the plaintiff and/or child.
    ☐ grant the plaintiff/defendant custody of the child.
    ☐ grant the plaintiff/defendant visitation rights with the child.
    ☑ Order retroactive child support back to the child's birth And Any other orders as the Court decides is Appropriate.

Date August 20, 2002

Signature of Attorney or Plaintiff, if pro se: Anthony J Voci

Address 888 Worcester Street, Suite 26
Wellesley, MA 02482

Tel. No. (781) 237-3030

B.B.O. # 648121

CJ-D 106 (4/94)

**COMMONWEALTH OF MASSACHUSETTS
THE TRIAL COURT
THE PROBATE AND FAMILY COURT DEPARTMENT**

DOCKETED

APR 28 2003

__NORFOLK__ Division                                                                 Docket No. 02W0338PA1

_Ngoc Suong Tran_ Plaintiff

_Choung Văn Duong_ Defendant

**JUDGMENT OF CONTEMPT**
(On Complaint For Contempt Filed __3/26/03__ )

After hearing, it is adjudged that:

☐ Arrearages are hereby established in the amount of

_____

☒ Judgment shall enter in accordance with a Stipulation of the parties dated __4/16/03__ , which today has been filed with the Court, is approved, shall have the full force and effect of a Judgment of this Court, and is herewith incorporated into and made a part of this judgment; and the parties are ordered to comply with said Stipulation.

☒ This Contempt Judgment shall be reviewed for compliance purposes on __5/14/03 @ 8:30 AM__ . The defendant MUST appear in court that day, unless ALL required payments have been paid in FULL; in which case neither party need appear.

__4/16/03__                                                   __[signature]__
Date                                                                Justice of the Probate and Family Court

**Commonwealth of Massachusetts**
The Trial Court
Probate and Family Court Department

Norfolk Division

DOCKETED
OCT 01 2003

Docket No. 02W0338PA1

☒ Civil
**Complaint for**         **Contempt**
☐ Criminal

SEP 10 2003

__Ngoc Suong Tran__, Plaintiff

v.

__Chuong Van Duong__, Defendant

1) Plaintiff, who resides at __5 N. Main Street, Bellingham, MA 02019__

~~was x isx thexspousexxx~~ defendant, who now resides at __1550 Hancock Street, Quincy, MA__

2) By ~~judgment~~ - order - of the Court, dated __July 9, 2003__, defendant was ordered:

☒ to pay ~~alimony~~ - support of minor children - in the sum of $ __250.00__ forthwith and the further sum of $ __250.00__ weekly - ~~monthly~~ thereafter
☐ to grant plaintiff visitation rights with _____
☐ not to impose any restraint on the personal liberty of plaintiff
☐ to pay health insurance premiums for the plaintiff and/or minor child(ren)
☐ to pay reasonable medical and dental expenses
☐ _____

and said ~~judgment~~ - order - is still in force.

3) Defendant has not obeyed that ~~judgment~~ - order - and
☒ is in arrears of court-ordered support payments
☒ there now remains due and unpaid to plaintiff the sum of $ __2,050.00__ plus such further amounts as may accrue to the date of hearing
☐ plaintiff has been denied visitation rights on _____
☒ has violated the order on __July 25, 2003__ by __sending the Plaintiff checks for child support that bounced on three seperate occasions. The Defendant has also reduced the amount he is paying from $250 per week to $150 per week since August 22, 2003 without Court approval.__

4) Wherefore, plaintiff requests that defendant be required to appear before this Court to show cause why said defendant should not be adjudged in contempt of Court and for such other relief as to said Court may seem just.

Date __September 3, 2003__

Name _Anthony J Voci_ (signature)

Anthony J. Voci
PRINT NAME

FILED: 9-10-03
SUMMONS ISS'D 9-10-03  SON
SUMMONS RET'D: 9-17-03

Address __888 Worcester St., Suite 260__

__Wellesley, MA 02482__

Tel. No. ( __781__ ) __237-3030__

CJ-D 103 (10/96)

415 DOCKETED
OCT 01 2003

COMMONWEALTH OF MASSACHUSETTS
The Trial Court
Probate and Family Court Department

Norfolk Division                                    Docket No. 02W0338PA1

## CONTEMPT SUMMONS

NGOC SUONG TRAN, Plaintiff

V.

CHUONG VAN DUONG, Defendant


To the above named Defendant:

You are ordered to appear at a Probate and Family Court to be held at **CANTON** in said County of **NORFOLK** on SEPTEMBER 17, 2003 at 8:30 A.M. in the forenoon to show cause why you should not be held in civil and/or criminal contempt, the penalty for which may be a jail sentence.

You are hereby summoned and required to serve upon ANTHONY J. VOCI whose address is 888 WORCESTER ST., SUITE 260, WELLESLEY, MA 02482 your answer, if any, to the complaint which is herewith served upon you, within 2 days after service of this summons upon you, exclusive of the day of service. You are also required to file your answer, if any, to the complaint in the office of the Register of this Court at **CANTON** either before service upon plaintiff's attorney or within a reasonable time thereafter.

Failure to appear on this date may result in the issuance of an order for your arrest.

Witness **DAVID H. KOPELMAN**, Esquire, first Justice of said Court at **CANTON**

this 10TH day of SEPTEMBER, 2003.

                                                        _____
                                                        Register of Probate

Copy

DOCKETED
OCT 01 2003

**Commonwealth of Massachusetts**
The Trial Court
Probate and Family Court Department

NORFOLK Division

Docket No. 02W0338-PA1

CS

## Capias

To the Sheriffs of our several Counties, or their Deputies, or Constables:

GREETINGS:

1) Whereas, Chuong Van Duong of 1550 Hancock Street
   (Street and No.)
   Quincy          Norfolk          MA          02169
   (City or Town)  (County)         (State)     (Zip)

   was duly ordered to appear before said Probate and Family Court on the seventeenth day of September, 20 03, at ten o'clock in the forenoon, then and there to show cause, if any he/she had, why he/she should not be held to be in contempt of said Court in not obeying its order dated July 9, 20 03, wherein he/she was ordered to pay ~~into Court the sum of~~

   $ _____ ~~as an allowance to his/her spouse~~ - certain sums ~~as alimony and~~ for the support and maintenance - of his/~~her spouse and~~ minor child _____, ~~from which said~~ _____ ~~day of _____, 20__ the consideration of said case~~ was continued from time to time this _____ ~~day of~~ _____, 20__,

   and has neglected to appear, in contempt of said Court:

2) You are hereby commanded to apprehend the body of the said Chuong Van Duong if he/~~she~~ may be found in your precinct, and bring him/her before said Court, at Dedham ~~on the~~ forthwith _____ ~~day of_____, 20__, at ten o'clock in the forenoon~~, that he/~~she~~ may submit himself/~~herself~~ to an examination according to law, and also to answer for his/~~her~~ contempt on not obeying the aforesaid decree of said Court, and in not appearing according to a summons served on him/her agreeably to law. Hereof fail not, and make due return of this precept, with your doings herein.

Witness, David H. Kopelman _____, Esquire, First Justice

of said Court, at Dedham _____

this seventeenth day of September, 20 03.

This capias may be served on Saturday, Sunday and after sunset.
This capias shall expire two years from the date hereon unless extended by order of this Court.

_____ ~~Register~~/Assistant Register

Commonwealth of Massachusetts
The Trial Court
Probate and Family Court Department

DOCKETED
OCT 01 2003

Norfolk Division                                    Docket No. 02W0338-PA1

Ngoc Suong Tran, Plaintiff

v.

Chuong Van Duong, Defendant

**JUDGMENT OF CONTEMPT**
(on Complaint for Contempt filed September 10, 2003)

After hearing, it is Ordered and Adjudged that:

1. The parties shall comply with the stipulation dated September 24, 2003, which is incorporated and made part of the within judgment.

2. This matter is hereby continued for review to Wednesday, October 15, 2003 and on the third Wednesday of each and every month thereafter to insure that the defendant fully complies with all of the provisions of the within judgment.

3. The plaintiff, and her attorney, shall not be required to appear at each and every review date, but may attend if they so elect.

4. The defendant shall be required to appear on the third Wednesday of each and every month in person. In the event he fails to do so, a capias shall issue for his arrest.

September 24, 2003                              _____
Date                                                     Justice

**COMMONWEALTH OF MASSACHUSETTS**
**THE TRIAL COURT**
THE PROBATE AND FAMILY COURT DEPARTMENT

DOCKETED
DEC 23 2003

Norfolk Division                                  Docket No. 02W 0335 PM

NGOC Suong Tram _____ Plaintiff

v.

Chuong Van Duong _____ Defendant

**JUDGMENT OF CONTEMPT**
(On Complaint For Contempt Filed ___ 9/10/03 ___)

After hearing, it is adjudged that:

[ ] Arrearages are hereby established in the amount of
_____

[X] Judgment shall enter in accordance with a Stipulation of the parties dated _12/17/03_, which today has been filed with the Court, is approved, shall have the full force and effect of a Judgment of this Court, and is herewith incorporated into and made a part of this judgment; and the parties are ordered to comply with said Stipulation.

[ ] This Contempt Judgment shall be reviewed for compliance purposes on 1 Wednesday of the month _____. The defendant MUST appear in court that day, unless ALL required payments have been paid in FULL; in which case neither party need appear.

Date _12/17/03_                           _____
                                          Justice of the Probate and Family Court

# THE COMMONWEALTH OF MASSACHUSETTS
## THE TRIAL COURT

DOCKETED DEC 23 2003

PROBATE FAMILY COURT DEPARTMENT

PROBATE & FAMILY COURT
No. 02W 0338 PA1

NORFOLK DIVISION    NGOC Suong Tran, Plaintiff

v.

Chuong Van Duong, Defendant

STIPULATION OF THE PARTIES

It is hereby agreed by the parties with the advice of counsel that the following stipulation shall be made an order or judgment of this court:

1. Chuong Van Duong shall pay Ngoc Suong Tran $750.00 by Friday December 19, 2003 to bring his child support payments up to date as of December 19 2003.

2. Chuong Van Duong will make a prepayment of the monthly child support ($250.00 week) due Ngoc Suong Tran each month by the First Friday of the month. ($1,083.33 PER MONTH).

3. IF DEFENDANT IS CURRENT, HE SHALL NOT BE REQUIRED TO APPEAR ON THE 3RD WEDNESDAY OF EACH MONTH.

Plaintiff _____

Defendant _Chuong Duong_

Plaintiff's Attorney _____

Defendant's Attorney _____

Date: 12/17/03

Witness: _____