# DOCUMENT NOT SCANNED

COPY OF PASSPORT OF
DEFENDANT CHUONG DUONG
CR03-10363 RCL
ENTERED AS GOVERNMENT'S EXHIBIT No.2
1/8/2004-Rex Brown

FILED IN BOND DRAWER