UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE |
| | NO. 03-10363 RCL |
| V. | |
| CHUONG DUONG | |
|         Defendant | |

NOTICE
OF STATUS CONFERENCE

ALEXANDER, U.S.M.J.

      PLEASE TAKE NOTICE that the above-entitled case has been set for an **initial status conference** at **2:00 p.m., Thursday, February 19, 2003,** before Magistrate Judge Alexander in Courtroom #24, 7th floor, United States Courthouse, One Courthouse Way, Boston, MA 02210.

      PLEASE ALSO NOTE: counsel for the defendant is to fill out the enclosed Notice of Automatic Disclosure and file with the Court within ten (10) days of arraignment. The defendant need not be present on hearing date.

                                              HONORABLE JOYCE LONDON ALEXANDER
                                              U.S. MAGISTRATE JUDGE
                                              By the Court:

| | |
|---|---|
| <u>January 9, 2003</u> | <u>/S/ Rex Brown                </u> |
| Date | Courtroom Clerk |
| | (617) 748-9238 |

Notice:      Beryl Cohen, Esq.
                 AUSA Maureen Hogan, Esq.

Enclosure