

FILED
IN CLERKS OFFICE

2004 JAN 20 P 3: 19

DISTRICT COURT
DISTRICT OF MASS.

FleetBoston National Bank
Court Order Processing
Mail Stop: NY/UT/35402J
5701 Horatio Street
Utica, NY 13502
Fax (401) 458-4167

January 14, 2004

Clerk of The U.S. District Court
U.S. Courthouse
One Courthouse Way
Boston, MA 02110

Re: United States Of America
vs: Chuong Van Duong and Asia Golden Dragon Corporation

03CR10363RCL

Dear Sirs:

Pursuant to the Post-Indictment Temporary Restraining Order served on Fleet National Bank on December 29, 2003 in the above referenced matter $0.00 has been attached in Fleet Boston checking account number 602-14388 in the name of Asia Golden Dragon Corporation due to the fact that the account is closed.

We understand that this letter will serve in lieu of an appearance. We will proceed upon that assumption unless you inform us that our presence is required.

Very truly yours,

Sandra Allen
Court Order Processing Department