UNITED STATES DISTRICT COURT
DISTRICT OF MASSCHUSETTS

RECEIVED
Judge Alexander's Chambers

JAN 23 2004

UNITED STATES OF AMERICA

V.

CHUONG VAN DUONG

CRIMINAL NO. 2003-CR-10363-RCL

## DEFENDANT'S RESPONSE TO ORDER OF UNITED STATES MAGISTRATE JUDGE RELATIVE TO POTENTIAL CONFLICT OF INTEREST OF INTERPRETER

Upon review of the correspondence between Tai Van Ta, Vietnamese language interpreter, and the United States Magistrate Judge of January 12, 2004 (Exhibit A), the Defendant does not support a finding of conflict of interest by the interpreter for the following reasons:

1. Although Defense counsel was not made aware of any of the previous attorney-client relations with the Defendant or legal representations of the interpreter with other parties described in Exhibit A, the Defendant is content that the actual English-Vietnamese translation offered to the Court by the interpreter on January 8, 2004, of the testimony of Kimanh Dinh, David Vu, Glenn Pham, and Kim Tran, was a fair and accurate translation of their answers to questions of Defense counsel, Assistant U.S. Attorney, and the Court.

2. The separate, independent interpreter employed at the detention hearing to assist the Defendant did not notify Defense counsel that the Defendant was at that time aware of the previous legal representations by Tai Van Ta.

3. None of the witnesses presented by the Defendant, whose testimony was subject to the interpretation of Tai Van Ta, ever brought to the attention of Defense counsel that their responses were inaccurately translated to the Court.

4. Defense counsel believes no harm was done by Tai Van Ta to either the Government or the Defendant at the arraignment/detention hearing.

Defendant respectfully requests that Tai Van Ta not be retained hereafter as Vietnamese language interpreter in the above-entitled matter.

Respectfully submitted,
Chuong Van Duong
By his attorney,

Beryl W. Cohen
11 Beacon St.
Boston, MA 02108
(617) 742-3322
B.B.O.# 088620

DATED: January 22, 2004