UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 03 CR 10363 RCL |
| ) | |
| CHUONG VAN DUONG ) | |
| Defendant ) | |

GOVERNMENT'S RESPONSE
REGARDING CONFLICT OF INTEREST
OF COURT INTERPRETER THAI VAN TA

Upon review of the correspondence submitted by Thai Van Ta, the court interpreter assisting witness testimony during the detention hearing held on January 8, 2004, and after having a tape of the hearing reviewed to assure the accuracy of Mr. Ta's translation of the testimony, the government has no objection to Mr. Ta's translation services during the detention hearing. The government does, however, object to Mr. Ta serving as an interpreter during future hearings because he may actually be a witness in this case.

Upon learning of Mr. Ta's potential conflict, the government obtained a copy of the tape recording of the detention hearing. A Vietnamese interpreter with the Federal Bureau of Investigation reviewed the tape and reported that the translation provided by Mr. Ta was accurate. Mr. Ta interpreted only for the witnesses testifying at the hearing and not for the defendant. Thus, he was not involved in translating conversations between the defendant and his attorney. Another interpreter was retained and interpreted for the defendant. Accordingly, no prejudice was caused to the defendant or to the government by Mr. Ta's translation services or his relationship with the defendant and witnesses.

Additionally, after learning of the potential conflict, agents of the FBI interview Mr. Ta to

determine the extent of his connection with the defendant, his businesses and other individuals involved in this case. Given the connection of Mr. Ta to the defendant and his businesses, as well as with several victims and witnesses involved in this case, the government anticipates that Mr. Ta may actually be a witness in this case. Accordingly, the government objects to his retention as a Vietnamese interpreter in this matter in the future.

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

By:                                                
                                                Maureen B. Hogan
                                                Assistant U.S. Attorney

Dated: February 17, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Beryl W. Cohen, counsel of record for the defendant, by facsimile and by mail on February 17, 2004.

                                                MAUREEN B. HOGAN
                                                Assistant U.S. Attorney