UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
In Open Court
USDC, Mass.
Date 2-19-04
By [signature]
Deputy Clerk

CRIMINAL NO. 03CR10363RCL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) |
| | ) |
| CHUONG VAN DUONG, | ) |
| | ) |
| Defendant | ) |

## MOTION TO WITHDRAW APPEARANCE

Now comes Attorney Beryl W. Cohen in accordance with Local Rule 83.5.2(c) and moves this Court to enter an Order allowing him by leave of Court to withdraw his appearance as attorney for the Defendant, Chuong Van Duong, for reason that his services have been terminated and the Defendant seeks to obtain successor counsel.

Respectfully submitted,
CHUONG VAN DUONG,
By his attorney,

[signature]
Beryl W. Cohen
11 Beacon Street
Boston, MA 02108
617-742-3322
BBO # 088620

Dated: February 19, 2004

## CERTIFICATE OF SERVICE

I, Beryl W. Cohen, hereby certify that on this 19th day of February, 2004, I have served a copy of the foregoing motion by delivering in hand to the office of Maureen B. Hogan, Assistant United States Attorney, United States Attorney's Office, Moakley United States Courthouse, 9th Floor, 1 Courthouse Way, Boston, Massachusetts 02210, and by mailing to the Defendant, Chuong Van Duong, at Plymouth County Correctional Facility, 26 Long Pond Road, Plymouth, Massachusetts 02360.

[signature]
Beryl W. Cohen

Dated: February 19, 2004