UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
In Open Court
USDC, Mass.
Date 2-19-04
By ___
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | Criminal No.  03 cr 10363 RCL |
| ) | |
| CHUONG VAN DUONG  ) | |

### ASSENTED TO MOTION TO EXCLUDE TIME

The United States, with the assent of the Defendant, respectfully moves to exclude, in computing the time within which the trial of this matter shall commence under 18 U.S.C. §3161(c)(1), the time period from December 18, 2003 through February 19, 2004 and until hearing or other disposition of the Defendant's Motion for Review of Detention Order, for the reasons stated in Paragraph 5 of the Attached Report and Order on Initial Status Conference.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Maureen B. Hogan
Assistant U.S. Attorney

Assented:
_____
Beryl W. Cohen
Counsel for Chuong Van Duong

Dated: February 19, 2004

2/19/04  ao-lo-, M.J. Allowed