UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,          )
                                   )
            v.                     )Criminal Action No. 03-10363-RCL
                                   )
CHUONG VAN DUONG,                  )
            Defendant.             )

## UNITED STATES' BILL OF
## PARTICULARS FOR FORFEITURE OF ASSETS

The United States of America, by and through its attorney,

Michael J. Sullivan, United States Attorney for the District of

Massachusetts, hereby files the following Bill of Particulars for

Forfeiture of Assets.

The Forfeiture Allegations of the Indictment in this case

seek the forfeiture, pursuant to Title 18, United States Code,

Sections 981 and 982, and Title 28, United States Code, Section

2461(c), of any property, real or personal, that constitutes, or

is derived from, proceeds traceable to the commission of the

offenses alleged in the Indictment, and/or property, real or

personal, involved in such offenses, or any property traceable to

such property, in violation of 18 U.S.C. §§ 1341 and 1956(a), and

31 U.S.C. § 5324(a)(3).

On or about December 3, 2003, a Federal Grand Jury returned

the Indictment, which sought the forfeiture of the following

assets:

    a.    $200,000 in United States Currency which Duong took
          from approximately 10 or more investors;

    b.    all funds credited to Fleet Boston checking account

number XXX-X4388, held in the name of Asia Golden Dragon Corporation;

c.   all funds credited to Citizen's Bank checking account number XXXXXX-581-9, held in the name of Chuong Van Duong;

d.   all funds credited to Citizen's Bank checking account number XXXXXX-739-0, held in the name of Asia Golden Dragon Corporation;

e.   all funds credited to Citizen's Bank checking account number XXXXXX-778-8, held in the name of International Diamond and Gem; and

f.   $116,500 in United States currency, structured by Duong.

In addition to the above-named properties, the United States intends to forfeit the following assets based on the Forfeiture Allegations of the Indictment:

g.   assorted diamonds, rubies, gold pieces, loose stones, and other pieces of jewelry, seized from 1550 Hancock Street, Quincy, Massachusetts, on or about December 17, 2003.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

MAUREEN HOGAN
KRISTINA E. BARCLAY
Assistant U.S. Attorneys
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Dated:  3/16/04

2

## CERTIFICATE OF SERVICE

I, Kristina E. Barclay, Assistant U.S. Attorney, hereby certify that a true copy of the foregoing Bill of Particulars for Forfeiture of Assets, was served upon Beryl W. Cohen, Esquire, Room 900, 11 Beacon Street, Boston, Massachusetts 02108, as counsel of record for Defendant Chuong Van Duong, by first class mail, postage prepaid.

Kristina E. Barclay
Assistant U.S. Attorney

Dated: 3/16/04

3