UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 03-CR-10363-RCL

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | NOTICE OF APPEARANCE |
| ) | |
| Chuong Van Duong, ) | |
| Defendant ) | |

FILED
2004 MAR 26 P 12: 17
DISTRICT COURT
DISTRICT OF MASS.

Please enter my appearance as counsel for the Defendant, Chuong Van Duong, in the above-captioned matter.

Respectfully submitted,
**Chuong Van Duong**
By his attorney,

Dated: March 25, 2004

_____
Daniel G. Hovanesian, Esquire
278 Mystic Avenue, Suite 202
Medford, MA 02155
1(781) 395-9000
B.B.O. No.: 241540

## CERTIFICATE OF SERVICE

I, Daniel G. Hovanesian, attorney for Chuong Van Duong, do hereby certify that a copy of the foregoing Notice of Appearance has been forwarded by First Class Mail, Postage Prepaid, to Maureen Hogan, Assistant United States Attorney, at U.S. Courthouse, Suite 9200, 1 Courthouse Way, Boston, MA 02210, to George C. McMahon, co-counsel for Chuong Van Duong, at 308 Victory Road, North Quincy, MA 02171, and to Chuong Van Duong at ID 36716, Unit E3 (410), Plymouth County Correctional Facility, 26 Long Pond Road, Plymouth, MA 02360.

Date: March 25, 2004

_____
Daniel G. Hovanesian, Esquire