UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>CHUONG VAN DUONG,   )<br>)<br>Defendant   ) | CRIMINAL NO. 03-10363 |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Kindly enter the appearance of George C. McMahon, Marina Bay, 308 Victory Road, Quincy, MA 02171, as counsel to the Defendant Chuong Van Duong in the above-captioned matter.

Respectfully submitted,
CHUONG VAN DUONG,
By his attorney,

DATED: March 18, 2004

George C. McMahon BBO# 338240
Marina Bay
308 Victory Road
Quincy, MA 02171
(617) 770-0600

## CERTIFICATE OF SERVICE

    I, George C. McMahon, hereby certify that I have this day served the foregoing Notice of Appearance in hand on Maureen B. Hogan, U.S. Attorney's Office, One Courthouse Way, Boston, MA 02210.

_____
George C. McMahon

Dated: March 18, 2004