UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL CASE
V.                                                                                NO. 03-10363 RCL

CHUONG VAN DUONG
     Defendant

REPORT & ORDER ON
INITIAL & INTERIM STATUS CONFERENCE

ALEXANDER, U.S.M.J.

     On February 18, 2004, the parties appeared before this Court for an Initial Status Conference. On March 18, 2004, the parties appeared before this Court for an Interim Status Conference. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. Features of the case that deserves special attention or modification of the standard schedule include: 1) the government has produced extensive and voluminous discovery to the defendant, including approximately thirty-five (35) boxes of documents, many of which are written in either Chinese or Vietnamese, as well as over forty-two (42) tape recordings, the majority of which are in Vietnamese; and 2) the defendant may request non-government translations of the aforementioned documents;

3. Supplemental discovery is not required at this time;

4. Discovery concerning expert witnesses pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C) is not anticipated at this time;

5. The applicable periods of excludable delay under the Speedy Trial Act include: December 18, 2003, through December 23, 2003 (6 days); December 23, 2003, through December 30, 2003 (7 days); December 30, 2003, through January 8, 2004 (9 days); January 8, 2004, through January 15, 2004 (7 days); January 8, 2004, through February 5, 2004 (28 days); and February 5, 2004, through February 25, 2004 (20 days), for a total of seventy-seven (77) days as of February 25, 2004. The government shall file a joint motion for any additional periods of excludable delay;

6. Trial is anticipated.  The estimated duration of a trial is unknown;

7. Other matters: At the Interim Status Conference, this Court set a date for a hearing on the *"Motion of Defendant Chuong Van Duong For Review Of Order of Detention"* (Docket #20) for May 3, 2004 at 10:00 a.m.  In that the District Judge issued an order denying the aforementioned motion on February 25, 2004, this Court hereby VITIATES any dates set for a hearing on said motion and continues the case for Further Interim Status Conference only.

   IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12 (c) has not yet been established.  A **Further Interim Status Conference** is scheduled at **10:00 a.m.** on **May 3, 2004,** in Courtroom 24, 7th floor.

**Pursuant to LR 116.5 (C), parties shall confer and, not later than three (3) business days before the Final status Conference, prepare and file a joint Final Status Conference Memorandum.**

   HONORABLE JOYCE LONDON ALEXANDER
   U.S. MAGISTRATE JUDGE

   By the Court:

March 30, 2004   /S/ Rex Brown
Date   Courtroom Clerk
   (617) 748-9238