UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v.                        )<br>)<br>CHUONG VAN DUONG          ) | Criminal No.  03 CR 10363 RCL |

## JOINT MOTION TO EXCLUDE TIME

The United States and the Defendant jointly move this Court to exclude, in computing the time within which the trial of this matter shall commence under 18 U.S.C. §3161(c)(1), the following time periods:

1. February 19, 2004 through March 18, 2004 (inclusive). As reasons therefore, the parties state that such exclusion is appropriate under 18 U.S.C. §3161(h)(1)(F) because from February 3, 2004 through February 20, 2004, Defendant's Motion to Amend Order of Detention was pending and from February 19, 2004 through March 18, 2004, Defense Counsel Beryl Cohen's Motion to Withdraw as Attorney was pending.  Additionally, such time is also properly excluded under 18 U.S.C. §3161(h)(8)(A) because such time was needed for the Defendant to obtain new counsel and for his counsel to begin reviewing the voluminous discovery in this matter, and such continuance was therefore in the interests of justice.

2.  March 18, 2004 through May 3, 2004 (inclusive).  As reasons therefore, the parties state that such exclusion is appropriate under 18 U.S.C. §3161(h)(8)(A) because the Defendant requested such continuance and such continuance was granted to allow his new counsel, George McMahon, Esq., to become familiar with the case and the voluminous discovery provided by the government.  Such continuance, therefore, was in the interests of justice.

3.  From May 3, 2004 through July 2, 2004 (inclusive).  As reasons therefore, the parties state that such exclusion is appropriate under 18 U.S.C. §3161(h)(8)(A) because the Defendant requested such continuance and such continuance was granted to allow the Defendant time to review the voluminous discovery provided by the government in this matter, much of which is in Vietnamese and Chinese.  Such continuance, therefore, was in the interests of justice.

Accordingly, for the foregoing reasons, the parties jointly request that the above time periods be excluded in computing the time within which the trial of this matter shall commence under 18 U.S.C. §3161(c)(1).  The parties also state and agree that the time period from December 18, 2003 through February 19, 2004, was

previously ordered excluded by the Court on February 19, 2004 when it granted the parties joint motion to exclude such time.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                              By:  /s Maureen B. Hogan
                                              Maureen B. Hogan
                                              Assistant U.S. Attorney


                                              CHUONG VAN DUONG
                                              By his attorney


                                              /s George C. McMahon
                                              George C. McMahon, Esq.


Dated: May 3, 2004