UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 03-10363 RCL

CHUONG VAN DUONG

REPORT & ORDER ON
INTERIM STATUS CONFERENCE

ALEXANDER, U.S.M.J.

On May 3, 2004, the parties appeared before this court for an Interim Status Conference. With regard to status, the parties have represented that:

The government and defense have agreed, in the interests of justice, and pursuant to 18 U.S.C. §3161 (h)(8)(A) that the period beginning on February 25, 2004, and ending on the date of the Further Interim Status Conference, May 3, 2004, in the interests of justice. The government will file a joint motion for all periods of excluded delay.

A Final Status Conference is scheduled for **July 2, 2004,** at **11:00 AM** in Courtroom 24, 7th floor. The parties shall confer and, not later than three (3) business days before the Final Status Conference, prepare and file a joint Final Status Conference Memorandum.

HONORABLE JOYCE LONDON ALEXANDER
U.S. MAGISTRATE JUDGE

By the Court:

May 5, 2004  /S/ Rex Brown
Date  Courtroom Clerk
(617) 748-9238