UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 03-10363 |
| ) | |
| CHUONG VAN DUONG, ) | |
| ) | |
| Defendant ) | |

### JOINT MOTION FOR CONTINUANCE OF FINAL STATES CONFERENCE

Now come the parties in the above entitled matter and move this Honorable Court to continue the Final Status Conference presently scheduled for July 7, 2004 until July 15, 2004. Further, the parties respectfully suggest that a "Further Final Status Conference" should be scheduled beyond the July 15, 2004 hearing date.

As grounds therefore, the parties submit the following:

1) This case involves thousands of documents, some of which are only available in the Chinese and Vietnamese languages.

2) There are numerous recorded tapes of conversations which are also in the Chinese and Vietnamese languages.

3) The defendant speaks primarily the Vietnamese language, which further complicates preparations for trial and hinders effective communication with counsel.

4) The defendant is willing to waive his speedy trial rights for the period of time covered by the within requested motion.

WHEREFORE, the parties in the above entitled matter and move this Honorable Court to continue the Final Status Conference presently scheduled for July 7, 2004 until July 15, 2004.

Further, the parties respectfully suggest that a "Further Final Status Conference" should be scheduled beyond the July 15, 2004 hearing date.

Respectfully submitted,
CHUONG VAN DUONG,
By his attorney,

DATED: July 6, 2004

_____
George C. McMahon BBO# 338240
Marina Bay
308 Victory Road
Quincy, MA 02171
(617) 770-0600

_____
AUSA Maureen Hogan

## CERTIFICATE OF SERVICE

I, George C. McMahon, hereby certify that I have this day served the foregoing Joint Motion for Continuance of Final Status Conference by facsimile to Maureen B. Hogan, U.S. Attorney's Office, One Courthouse Way, Boston, MA 02210.

_____
George C. McMahon

Dated: July 6, 2004