UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 03-10363

UNITED STATES OF AMERICA

v.

CHUONG VAN DUONG

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, M.J.

On July 22, 2004, parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. There are not features of case that deserve special attention or modification of the standard schedule.

This case involves voluminous documents in both Vietnamese and Chinese, most of which are still being translated. Additionally, the case involves numerous consensual recordings in Vietnamese.

2. Discovery is not complete and there are no pending motions. If there are pending motions, then the pending motions include.

The Government has produced extensive and voluminous discovery to the defendant, including approximately 35 boxes of documents, many of which are written in either Chinese or Vietnamese, as well as over 42 tape recordings, the majority of which are in Vietnamese. Although the Government has produced all discovery in the case, because the discovery is voluminous, the Defendant has not yet had sufficient time to review all discovery materials. Accordingly, additional time is needed for review and processing the discovery before the Defendant can decide if any motions will be filed.

3. Supplemental discovery anticipated:

The Government anticipates calling expert witnesses in this case and additional discovery pertaining to expert witnesses.is anticipated. The Government reserves its right to supplement discovery in the future.

4. (a) Total amount of time ordered excluded under the Speedy Trial Act

217 Days

(b) Amount of time remaining under the Speedy Trial Act before trial must commence

70 Days

(c) Pending or anticipated motions that will cause additional excludable time under the Speedy Trial Act

Unknown at this time.

5. (a) The defendant does not intend to raise a defense of insanity.
(b) The defendant does not intend to raise a defense of public authority.

1

6.  The Defendant does not intend to raise an alibi defense in this case.

7.  (a)  Motions to sever, dismiss, suppress, or any other motion requiring a ruling by the District Court before trial

     The Defendant anticipates filing a Motion to Amend conditions of Release and a Motion to Suppress .

   (b) Briefing schedule established

     None at this time

8.  Need for schedule concerning any matter in the case other than trial

     Not at this time.

9.  Possibility of early resolution of case without trial

     The parties are involved in ongoing discussions regarding possible resolution of this case without trial and will report to the Court if an agreement is reached.

10.  Trial may be  necessary.  Estimated duration of trial is 4 weeks.

11.  Other matters

     None at this time.

     IT IS HEREBY ORDERED THAT

**Parties shall meet prior to the Final Status Conference in order to respond to the above stated inquiries.**

                                        By the Court,


     Date: July 22, 2004                _____
                                        Deputy Clerk

2