UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 03-10363 RCL

CHUONG VAN DUONG
    Defendant

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

    On July 22, 2004, the parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. Features of the case that deserve special attention or modification of the standard schedule includes voluminous documents in both Vietnamese and Chinese, most of which are still being translated. Additionally, the case involves numerous consensual recordings in Vietnamese;

2. The Discovery is not complete and there are no pending discovery motions. The government has produced extensive and voluminous discovery. Due to the nature of discovery, the defendant has requested additional time to review the discovery. And determine whether any motions will be filed;

3. Supplemental discovery anticipated includes expert witnesses;

4. The applicable periods of excludable delay under the Speedy Trial Act include: December 18, 2003, through December 23, 2003 (6 days); December 23, 2003, through December 30, 2003 (7 days); December 30, 2003, through January 8, 2004 (9 days); January 8, 2004, through January 15, 2004 (7 days); January 8, 2004, through February 5, 2004 (28 days); February 5, 2004, through February 25, 2004 (20 days); February 25, 2004, through, May 3, 2004 (68 days), May 3, 2004, through July 2, 2004 (60 days); July 7, 2004, through July 15, 2004 (9 days), for a total of two hundred and fourteen (214) days. The Time periods from July 3, 2004 through July 14, 2004 (11 days) and July 15, 2004 through August 17, 2004 (34 days), have not yet been excluded by motion of the parties. The total amount of time to proceed to trial is twenty-five (25) days as of August

17, 2004.  It is not yet clear whether there will be pending or anticipated dispositive motions that may cause additional excludable time on the Speedy Trial Clock;

5. (a)  The defendant does not intend to raise a defense of insanity;

   (b)  The defendant does not intend to raise a defense of public authority;

6. The government has not requested notice of alibi;

7. There are anticipated motions to dismiss or suppress that would require a ruling by the District Judge before trial;

8. A briefing schedule has not been established;

9. Early resolution of the case without trial is not likely;

10. Trial is necessary.  The estimated duartion of a trial is four (4) weeks;

11. There are no other matters.

      IT IS HEREBY ORDERED THAT

      A Further Final Status Conference is scheduled for **August 19, 2004,** at **2:00 PM** in Courtroom 24, 7th floor.

                         HONORABLE JOYCE LONDON ALEXANDER
                         UNITED STATES MAGISTRATE JUDGE
                         By the Court:

                         /S/ Rex Brown
                         Rex Brown
                         Courtroom Clerk

August 17, 2004
Date