UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                                                     CRIMINAL CASE

V.                                                    NO. 03-10363 RCL

CHUONG VAN DUONG
        Defendant

REPORT & ORDER ON
FURTHER FINAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

       On August 17, 2004, the parties appeared before this Court for a Further Final Status Conference. With regard to the following issues, the parties have represented that:

1. Features of the case that deserve special attention or modification of the standard schedule includes voluminous documents in both Vietnamese and Chinese, most of which are still being translated. Additionally, the case involves numerous consensual recordings in Vietnamese;

2. The Discovery **is** complete and there are no pending discovery motions. The government has produced extensive and voluminous discovery. Due to the nature of discovery, the defendant has requested additional time to review the discovery;

3. Supplemental discovery anticipated includes expert witnesses;

4. The applicable periods of excludable delay under the Speedy Trial Act include: December 18, 2003, through December 23, 2003 (6 days); December 23, 2003, through December 30, 2003 (7 days); December 30, 2003, through January 8, 2004 (9 days); January 8, 2004, through January 15, 2004 (7 days); January 8, 2004, through February 5, 2004 (28 days); February 5, 2004, through February 25, 2004 (20 days); February 25, 2004, through, May 3, 2004 (68 days), May 3, 2004, through July 2, 2004 (60 days); **July 2, 2004 through July 7, 2004 (4 days)**; July 7, 2004, through July 15, 2004 (9 days); **July 15, 2004 through August 17, 2004 (33 days)**, for a total of two hundred and fifty-one (251) days. **The parties will file a written motion to exclude the time periods from July 2, 2004 through July 7, 2004 (4 days) and July 15, 2004 through August 17, 2004 (33 days)**. The total amount of time to proceed to trial is seventy (70) days as of

August 17, 2004. There are anticipated motions to suppress that may cause dispositive motions that may cause additional excludable time on the Speedy Trial Clock;

5. (a) The defendant does not intend to raise a defense of insanity;

   (b) The defendant does not intend to raise a defense of public authority;

6. The government has not requested notice of alibi;

7. There are anticipated motions to suppress that would require a ruling by the District Judge before trial;

8. A briefing schedule has been established;

9. Early resolution of the case without trial is not likely;

10. Trial is necessary. The estimated duration of a trial is four (4) weeks;

11. There are no other matters.

    IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12 (c) has been set. All dispositive motions shall be filed on or before September 13, 2004, with the government's response due September 27, 2004.

Whereas all pre-trial matters referred to this Court by the District Judge have been resolved, the case is hereby returned to the District Judge.

    HONORABLE JOYCE LONDON ALEXANDER
    UNITED STATES MAGISTRATE JUDGE
    By the Court:

    /S/ Rex Brown
    Courtroom Clerk
August 17, 2004    (617) 748-9238
Date