UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA       )
                               )
        v.                     )    Criminal No.  03 cr 10363 RCL
                               )
CHUONG VAN DUONG               )


                    JOINT MOTION TO EXCLUDE TIME


    The United States and the Defendant, respectfully move to exclude, in computing the time within which the trial of this matter shall commence under 18 U.S.C. §3161(c)(1), the following time periods:

    a) from July 2, 2004 through July 7, 2004 (inclusive).  This continuance resulted from the Court's rescheduling, with the assent of the parties, a further status conference that was initially scheduled to give the defendant more time to review discovery.  As such, this continuance was necessary to give the defendant time to prepare his case and was thus, in the interests of justice.

    b) from July 15, 2004 though August 17, 2004 (inclusive). The continuance of the case during this period was requested by the defendant and necessary to allow the defendant to review the voluminous discovery produced in the case.  As such, this continuance was necessary to give the defendant time to prepare his case and was thus, in the interests of justice.

c) from August 17, 2004 through September 13, 2004 (inclusive). The continuance of the case during this period is necessary to allow the defendant to prepare and file dispositive motions, including a motion to dismiss. As such, this continuance is necessary to give the defendant time to prepare his case and is thus, in the interests of justice.

For the foregoing reasons, exclusion of these time periods serves the interests of justice and is appropriate under 18 U.S.C. §3161(h)(8)(A).

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

By:  s/ Maureen B. Hogan
     Maureen B. Hogan
     Assistant U.S. Attorney

     CHUONG VAN DUONG
     By his attorney,

     S/ George C. McMahon
     George C. McMahon

Dated: August 17, 2004

                                      Maureen B. Hogan
                                      Assistant U.S. Attorney