UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                      )<br>)<br>CHUONG VAN DUONG,       )<br>)<br>Defendant   ) | CRIMINAL NO. 03-10363 RCL |

## MOTION FOR LEAVE TO ENLARGE TIME
## FOR FILING DISPOSITIVE MOTIONS

Now comes the Defendant in the above-entitled matter and moves this Honorable Court for leave to enlarge the time for filing dispositive motions from September 13, 2004 until October 14, 2004. As grounds therefor, the Defendant states the following:

1. The Honorable Joyce London Alexander, U.S.M.J., issued a Report and Order on Further Final Status Conference on August 17, 2004. In said report, Judge Alexander noted, in part:

    A. "Features of the case that deserve special attention or modification of the standard schedule includes voluminous documents in both Vietnamese and Chinese, most of which are still being translated. Additionally, the case involves numerous consensual recordings in Vietnamese;" and

    B. "The Discovery is complete and there are no pending discovery motions. The government has produced extensive and voluminous discovery. Due to the nature of discovery, the defendant has requested additional time to review the discovery".

2. Due to the above-described problems, defense needs additional time to properly address said dispositive motions.

3. The Defendant will waive his rights under the Speedy Trial Act for any delay caused by the within Motion.

4. AUSA Maureen Hogan assents to this Motion.

WHEREFORE, the Defendant moves this Honorable Court to allow its Motion and enlarge the time for filing dispositive motions.

Respectfully submitted,
CHUONG VAN DUONG,
By his attorney,

*/s/ George C. McMahon*

George C. McMahon BBO# 338240
Marina Bay
308 Victory Road
Quincy, MA 02171
(617) 770-0600

ASSENTED TO:

*Maureen Hogan /by GCM*

Maureen B. Hogan, AUSA
United States Attorney's Office
U.S. Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3100

Dated: September 10, 2004

## CERTIFICATE OF SERVICE

    I, George C. McMahon, hereby certify that I have this day served the foregoing Motion by fax and by first-class mail on AUSA Maureen B. Hogan, U.S. Attorney's Office, One Courthouse Way, Boston, MA 02210.

/s/ George C. McMahon

Dated: September 10, 2004