# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal Action
No: <u>03-10363-RCL</u>

UNITED STATES

v.

CHUONG VAN DUONG
Defendant

## NOTICE OF CONFERENCE

LINDSAY, D.J.

TAKE NOTICE that the above-entitled case has been set for Pretrial Conference at **2:00PM**, on **November 10, 2004,** in Courtroom No. 11, 5th floor.

By the Court,

/s/ Lisa M. Hourihan

Deputy Clerk

October 25, 2004

To: All Counsel