UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No. 03 CR 10363 RCL |
| | ) | |
| **CHUONG VAN DUONG** | ) | |

**DEFENDANT'S MOTION TO CONTINUE
PRETRIAL CONFERENCE
ASSENTED TO BY THE GOVERNMENT**

The defendant hereby moves this Court to continue the pretrial conference in the above captioned matter from November 10, 2004 to December 2004. As reasons therefore, the defendant states that his counsel George McMahon will be on trial on November 10, 2004 and the defendant needs more time to review discovery prior to the pretrial conference. The United States assents to this motion.

Respectfully submitted,
CHUONG VAN DUONG
By his attorney,

/s/ George C. McMahon
George C. McMahon
Marina Bay
308 Victory Road
Quincy, MA 02171
(617) 770-0600

ASSENTED TO:

/s/ Maureen B. Hogan
Maureen B. Hogan, AUSA
United States Attorney's Office
U.S. Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210