UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA   )
                           )
        v.                 )   Criminal No.  03 cr 10363 RCL
                           )
CHUONG VAN DUONG           )

JOINT MOTION TO EXCLUDE TIME

The United States and the Defendant, respectfully move to exclude, in computing the time within which the trial of this matter shall commence under 18 U.S.C. §3161(c)(1), the following time periods:

a) from September 13, 1004 through October 14, 2004 (inclusive).  This continuance resulted from the Defendant's request for more time to review discovery and address dispositive motions.  As such, this continuance was necessary to give the defendant time to prepare his case and was thus, in the interests of justice.

b) from October 14, 2004 though the date scheduled by the Court for the rescheduled pretrial conference in December 2004 (inclusive).  The continuance of the case during this period was requested by the defendant and necessary to allow the defendant to review the voluminous discovery produced in the case.  As such, this continuance was necessary to give the defendant time to prepare his case and was thus, in the interests of justice.

For the foregoing reasons, exclusion of these time periods

serves the interests of justice and is appropriate under 18 U.S.C. §3161(h)(8)(A).

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

By:  s/ Maureen B. Hogan
     Maureen B. Hogan
     Assistant U.S. Attorney

     CHUONG VAN DUONG
     By his attorney,

     S/ George C. McMahon
     George C. McMahon

Dated: November 9, 2004

---

                                      Maureen B. Hogan
                                      Assistant U.S. Attorney