United States District Court.
District of Massachusetts.

United States of America
           v.                    Criminal No 1.03 CR-10363 CRL
Chuong Van Duong.


To: The Honorable Judge Reginald C. Lindsay


Your Honor,

It is with high hopes, that I'm writing this letter to you. I'm very worry and sad and would like to ask for your help.
I'm a permanent residence of the United States since 1993 by the human rights organization (HO) Policy for Vietnam veterans by US government. I'm a handicapp officer of Vietnam veteran; 70% I have been running my Business Broker Company for over 10 years. All my business activities in USA and Abroad are legal and of high standarts. I have both personal and business colleagues to attest to this. All my business documents are in order. As of today Dec-17-2004 I have been incarcerated for over a year. I have not been to court in over 10 months. I have not been inform as to what's

...I'm an innocent victim in this case.
...Please allow me a bail review hearing.
...Please allow me to go back to work so I
...can salvage my business before is too late.
...I'm a strong believer of the Justice system
...of the United States. I also swear
...under oath that all the details of this
...letter are true to the best of my
...knowledge. God Bless you and your family
...Good Health and Merry Christmas and
...Happy New Year!

Thank-you.

*Chuondueule*
_____

Chung Van Duong