To: The Honorable Judge Reginald C. Lindsay.

Your Honor,

It is with high hopes, that I'm writing this letter to you. I'm very worry and sad and would like to ask for your help.

I'm a permanent residence of the United States since 1993 by the human rights organization (HO) Policy for Vietnam veterans by U.S government. I'm a handicapp officer of Vietnam veteran; 70%

I have been running my Business Broker Company for over 10 years. All my business activities in USA. and Abroad are legal and of high standarts. I have both personal and business colleagues to attest to this. All my business documents are in order. As of today Dec-17-2004 I have been incarcerated for over a year. I have not been to court in over 10 months. I have not been Inform as to what's happening in my case, I feel Strongly my rights to freedom are being violated. I had many losses including property and business in U.S.A. and Abroad. my health and spirits Are also in a steep ~~~~~ to Please help me, better understand my situation.

DOCKETED

42