UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 03CR10363-RCL |
| | ) | |
| v. | ) | |
| | ) | |
| CHUONG VAN DUONG | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
TO FILE MOTION FOR REVIEW AND AMENDMENT OF ORDER
OF DETENTION ASSENTED TO BY THE GOVERNMENT**

Now comes the defendant, by the undersigned counsel, and moves this Honorable Court to enlarge the time for filing his Motion for Review and Amendment of Order of Detention.  After the pretrial conference held on January 18, 2005, this Court ordered the defendant to file his Motion for Review of Detention Order by January 26, 2005; for the government to respond in writing to said motion by February 2, 2005; and should any oral argument on said motion be deemed necessary by the Court, said hearing would occur on February 8, 2005.

Due to the blizzard that began on January 22, 2005, the undersigned counsel's office, which is situated at Marina Bay in Quincy, Massachusetts, was almost totally destroyed.  Sliding glass doors blew in from the force of the wind, pipes froze, and the entire office was flooded.  The first floor ceiling collapsed causing extensive flooding that damaged files and completely destroyed computer, telephone and other electronic office equipment.  Accordingly, the undersigned counsel needs an enlargement of time for the filing of said motion.

It is hereby respectfully requested that the following schedule be ordered by the Court:

The defendant shall file his Motion for Review of Order of Detention by February 16, 2005.  The government shall file its response to said motion by February 23, 2005.  The hearing on said motion, if deemed necessary by the Court, will be held on a date determined by the Court.  Regarding the hearing date, the parties request that the hearing be scheduled for March 3, 2005 or thereafter because AUSA Maureen Hogan will be out of the office from February 24 through March 2, 2005.

```
                              Respectfully submitted,
                              CHUONG VAN DUONG

                              /s/ George C. McMahon       _
                              George C. McMahon
                              Marina Bay
                              308 Victory Road
                              Quincy, MA 02171
                              617-770-0600
                              cell 733 1650
```

Assented to:


```
/s/ Maureen B. Hogan
Maureen B. Hogan
United States Attorney's Office
U.S. Courthouse
Suite 9200
One Courthouse Way
Boston, MA 02210
617-748-3106
```