UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

UNITED STATES OF AMERICA     )

                                )

        v.                        )

CHUONG VAN DUONG,       )

                                )

           Defendant    )

2005 FEB 17  P 4: 01

CRIMINAL NO. 03-10363  U. S. DISTRICT COURT
DISTRICT OF MASS.

## DEFENDANT'S MOTION FOR REVIEW AND AMENDMENT OF ORDER OF DETENTION

Now comes the Defendant pursuant to Title 18 U.S.C., Section 3145(b) and moves this Honorable Court to review the existing Order of Detention in the above-entitled matter and amend said Order to permit the Defendant to be released with specific conditions to include electronic monitoring, the posting of real property as security and a reasonable cash bond.  As grounds therefore, the Defendant contends that a further review of the factors pursuant to Title 18, Section 3142(g), together with the below submitted background information would reasonably assure the appearance of the Defendant and the safety of all other persons and the community.

The Defendant herein adopts and incorporates by reference all arguments, background information pursuant to Title 18, Section 3142(g), and suggested conditions of release set forth in the Motion of Defendant Chuong Van Duong for Review of Order of Detention, filed on February 2, 2003 to include, but not limited to, the offer and pledge of real estate as security as a condition of release.

Background Information

The Defendant has previously argued that he has no prior criminal record; no history of drug or alcohol abuse; or history of violent behavior of any kind; and the allegations in the indictment do not involve violence. The following additional background information is herein submitted.

(a)    <u>Family Ties</u>

Although he is divorced, the Defendant does have a relatively close relationship with this ex-wife, who resides in Memphis, Tennessee. Additionally, the Defendant has maintained his relationships with his children, who also reside in the United States. They are:

> Dang Hai Duong, 29 years old, Memphis, Tennessee
> Linh Thai Duong, 21 years old, Memphis, Tennessee
> Luan Kinh Duong, 7 years old, Bellingham, Massachusetts

(b)    <u>Community Ties</u>

The Defendant, while incarcerated since December of 2004, has arranged to continue lease payments for his jewelry business at 1550 Hancock Street, Quincy, Massachusetts. Although behind in rent two months, he has engaged other counsel in an attempt to negotiate the continuation of the lease agreement. Clearly, this fact demonstrates the Defendant's intent to remain in the jurisdiction.

(c)    <u>Character</u>

The Defendant served in the South Vietnamese Army from 1968 until 1975. He worked very closely with the United States Army in the intelligence field in various areas of South Vietnam. He was wounded and received numerous medals for valor and service to include an award from the United States Army. He reached the rank of Captain, and in 1975 he was imprisoned, as were all former South Vietnamese officers, for eight years in North Vietnam as a

2

political prisoner. During that time, he was interrogated and beaten on a regular basis. He suffered a fractured skull, broken facial bones and lost four teeth. At the time of his release, he weighed 97 lbs. and was 70% permanently disabled. He arrived in the United States with his family in 1993 and was granted special status as a political refugee pursuant to United States policy at that time. He was granted a green card and permanent resident status.

    (d)    <u>Health</u>

As stated herein, the Defendant suffers from his permanent disabilities and has been in poor health while incarcerated with numerous stomach ailments and chronic headaches. Although the Defendant receives regular medical treatment, he believes that he is in need of more specialized medical attention.

<u>Other Factors Pursuant to Title 18 Section 3142(g)</u>

    (a)    The Defendant contends that there are many factors which weigh heavily in his favor concerning the evidence in this case. The Defendant received a Bachelor of Science Degree in Economics and Politics from Dalat University in Vietnam. The Defendant will present evidence at trial that he had an industry acceptable, umbrella business plan which would have involved each of the various businesses mentioned in the indictment with inter-corporation trading. Further, evidence will be introduced that the Defendant had developed significant business and political connections which would have guaranteed markets and access for the various franchise owners.

Additionally, some of the alleged victims in the case still strongly support the Defendant and believe in his business plan. Some of the alleged victims will testify that the Defendant in fact paid significant amounts of money to bring them to the Orient where they met with some of the Defendant's contacts.

3

(b)    <u>Risk of Flight</u>

The Defendant, as previously herein stated, has been in custody for over 14 months. In the event of a conviction after trial, it is contended that even a guideline sentence would be somewhere in the range of 20 to 26 months. Accordingly, it would be in the Defendant's best interest to serve an additional 6 to 8 months rather than risk flight, the possibility of arrest and prosecution resulting in far greater consequences. This is particularly true given the fact that the Defendant might actually be able to remain in the United States, even if convicted in the instant case, owing to his former military service and affiliation with the U.S. Army.

WHEREFORE, the Defendant respectfully moves this Honorable Court to review the existing Order of Detention and amend said Order permitting the Defendant to be released with specific conditions as set forth herein.

The Defendant also respectfully requests a hearing on this motion.

Respectfully submitted,
CHUONG VAN DUONG,
By his attorney,

George C. McMahon BBO# 338240
Marina Bay
308 Victory Road
Quincy, MA 02171
(617) 770-0600

Dated: February 17, 2005

4

CERTIFICATE OF SERVICE

    I, George C. McMahon, hereby certify that I have this day served the foregoing Motion by fax and by first-class mail on AUSA Maureen B. Hogan, U.S. Attorney's Office, One Courthouse Way, Boston, MA 02210.

George C. McMahon

Dated: February 17, 2005