UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | |
| v.   ) | Criminal No. 03 CR 10363 RCL |
| ) | |
| CHUONG VAN DUONG   ) | |

### GOVERNMENT'S MOTION TO CONTINUE

The United States hereby moves this Court to continue the trial in the above captioned matter for a period of at least 60 days. This continuance is necessary to allow the government sufficient time to prepare for trial. See Affidavit in Support of Continuance. This case involves a complex fraud scheme in addition to money laundering and structuring charges. The government estimates that the trial will take a minimum of 6 weeks and that the government will call at least 20 witnesses in its case in chief. Many of the victims are Vietnamese and will require translators to testify and to prepare for trial. Additionally, many of the documents in this case are in Vietnamese and Chinese and the consensual recordings are also in Vietnamese. The government has been attempting to determine which, if any, translations the defendant will stipulate to, but this process has been slow and is continuing.[1] Both parties require additional time to agree upon translations and exhibits to assure that this trial proceeds in an efficient manner. This is the first occasion on which the government has requested a continuance in this matter and to date, no time has run under 18 U.S.C.

---

[1] Counsel for the defendant has been preparing for another trial for the past two weeks and is presently selecting a jury in connection with that trial, which makes him unavailable to participate in this necessary trial preparation.

§3161(c)(1).[2]

Accordingly, the government requests that the trial be continued for at least 60 days. Should this continuance be granted, the government also requests that the period of this continuance, from May 2, 2005 through the next scheduled trial date, be excluded in computing the time within which the trial of this matter shall commence under 18 U.S.C. §3161(c)(1). Because this continuance is necessary to allow the government and the defendant sufficient time to properly prepare for trial, exclusion of this time period serves the interests of justice and is appropriate under 18 U.S.C. §3161(h)(8)(A).

The government requests a hearing on this motion at the Court's earliest convenience.

Dated: March 21, 2005

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Maureen B. Hogan
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon counsel for the defendant, Chuong Van Duong, a copy of the foregoing motion and accompanying sealed affidavit by mail and facsimile.

This 21st day of March 2005.

_____
Maureen B. Hogan
Assistant U.S. Attorney

---

[2] The government has assented to all requests by the defendant for additional time.