```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )   CRIMINAL NO. 03-10363-RCL
       v.                   )
                            )
CHUONG VAN DUONG,           )
          Defendant         )


                         APPEARANCE
```

Please enter my appearance as an attorney for the United States in this matter.

```
                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

                    By:
                          /s/ Peter A. Mullin
                          PETER A. MULLIN
                          Assistant U.S. Attorney
                          John Joseph Moakley U.S. Courthouse
                          1 Courthouse Way, Suite 9200
                          Boston, MA 02210
                          617/748-3182
                          617/748-3960 (Fax)
                          peter.mullin@usdoj.gov
```

Dated: August 8, 2005