UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 03-10363-RCL |
| v. | ) | |
| | ) | |
| CHUONG VAN DUONG, | ) | |
| Defendant | ) | |

<u>APPEARANCE</u>

Please enter my appearance as an attorney for the United States in this matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:
<u>/s/ Patrick M. Hamilton</u>
PATRICK M. HAMILTON
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617/748-3251
617/748-3960 (Fax)
patrick.hamilton@usdoj.gov

Dated: August 8, 2005