UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
Vs
CHUONG VAN DUONG
DEFENDANT
ID. 36716  UNIT: E3 # 410
PCCF. 26 LONG POND RD
PLYMOUTH, MA. 02360

(1)

CRIMINAL CASE
03 CR 10363 ~~CRL~~ RCL

DATE: Aug 17, 2005

TOTAL: 4 PAGES

THROUGH TO

— MR. GEORGE. C. MCMAHON : ATTORNEY AT LAW
308. VICTORY. RD. NORTH QUINCY, MA. 02171. USA
TEL: 617- 770- 0600   FAX: 617- 773- 6934

— MR. DANIEL. G. HOVANESIAN : ATTORNEY AT LAW
278. MYSTIC AVE # 202  MEDFORD. MA. 02155 - USA
TEL. 781- 395- 9000   Fax: 781- 395- 7046

CC: MR JUDGE. REGINALD. C. LINDSAY
UNITED STATES DISTRICT COURT
THE OFFICE OF CLERK
UNITED STATES COURTHOUSE. SUITE. 2300
1 COURTHOUSE WAY, BOSTON, MA. 02210

INFO: THE WITNESSES
— DIRECTORS OF BOARD OF ASIA GOLDEN DRAGON CORP
— THE SOURCING COMPANIES RELATIONSHIP (AGDC)

Dear Sirs & Madams,

Many thanks for your visited me dated Aug 17. 2005 afternoon, and following your resquested: my witnesses names list, that prepare for my case, will to jury court open at 2:00 PM, date monday August 22. 2005 - located at Federal court Boston as belows -

②

THE WITNESES NAMES LIST:

(I) THE WITNESSES COMPANY NAMES RELATIONSHIP

1 - MS. KIM ANH DINH - Vice President
   240 REVERE BEACH - PKWY # 2
   CHELSEA, MA. 02150, USA
   TEL: 617. 884 - 2481

2 - MR. DAVIS VU - President
   379 - OCEAN RD. PORTSMOUTH, NH. 03801
   TEL: 603. 433 - 1941

3 - MS. KIM DUNG THI TRAN - President
   1560 DORCHESTER AVE, DORCHESTER, MA. 02122
   TEL: 617 - 288. 3939 -

4 - MR. MINH VU - President
   379 - OCEAN. RD. PORTSMOUTH, NH. 03801
   TEL: 603. 433. 1941

5 - MR. CHIEM MANH PHAM - Vice president
   TEL: 617 - 840. 3722

6- <u>MS. THEM NGUYEN</u> - Vice president
   379. OCEAN. RD. PORTSMOUTH, NH - 03801
   TEL: 603- 433- 1041

7- <u>MR. TY PHAN</u> - President
   240 REVERE BEACH PKWY # 2
   CHELSEA, MA - 02150
   TEL - 617- 884- 2481

(3)

(II) <u>THE INNOCENT WITNESSES NAMES</u> -

1- <u>MR. HENRY BINH VAN</u> - Rep Director in VN
   11. VERDUN, St. # 1 - Dorchester, MA - 02124
   TEL: 617- 953- 8345

2- <u>MISS. JULIA DUONG</u> - my daughter
   1858 CAPRI. RD. MEMPHIS. TENNESSEE : 38117
   TEL: 901- 767- 7560

3- <u>MS. HANH CHAU</u>
   1 GROVE, AVE, RANDOLPH, MA. 02368
   TEL: 781. 249. 4586

4- <u>MS. SANOMARCO DOTTI</u>
   364. WASHINGTON, St - E WALPOLE, MA. 02032
   TEL: 781- 749- 8883 (O) Cell - 508- 641- 1493

5- <u>MR & MRS. OORO & LISA</u> - Rep Director in Nigeria
   8. BRANCH - St, DORCHESTER, MA - 02122. USA
   TEL: 617- 282- 5846, Cell: 617- 283- 4037

(4) Without the witness names list as above, there are a lot of witness persons. I don't remember their phone and their address too — if you want or you need any thing, may you contact directly by phone or paperwork send to them.

I always trust and hope by US law fairly and clearly and your work harded in conferences too.

Please Reply as soon as possible — or visit me.

Thank you,

*Chuondwanl*

CHUONG VAN DUONG

PS — If you want to know about my lawyer KIM D. VO please contact: her law of office address — 74 ADAMS, St Milton Village, MA. 02187 — (P.O. BOX: 870067) TEL: 617-696-8265  Fax: 617-696-8269 over 20 months I have been in prison, I did not meet her and heared that, she moved to Hawaii with her new job — medicine nurse only —

Dear MR & MRS. GOKU & LISA.

This is good opportunity for me, after I have been in jail over 22 months, they did not bring me to court, now they did not find me any guilty, but they made for me many damages about business and my crisis too. Please help me at last terms and witness for me at hearing court — I am innocent victim

Thank you very much