| | | |
|---|---|---|
| với ổn định và phát triển; giữa độc lập tự chủ và chủ động, tích cực hội nhập quốc tế."Như thế là nó vẫn rối như bòng bong, guồng | tưởng và kim chỉ nam cho hành động của Đảng và cách mạng." Trong Báo cáo sau 20 Đổi mới họ cũng viết: ":"Cho đến nay, Đảng | Nông Đ... Trọng họ... nêu trên Chúng t... cũng biế... nhét đầy qua. Có l... 60 năm p... Trọng và... nói lại c... chưa biết... thế giới. |

HỘI ĐỒNG QUẢN TRỊ
CÔNG TY ASIA GOLDEN DRAGON CORP. (AGDC)
1550 HANCOCK STREET, QUINCY, MA 02169 USA
TEL: (617) 770-5988    FAX: (617) 770-5989

## CÔNG BÁO QUAN TRỌNG

V/V: HỘI ĐỒNG QUẢN TRỊ CÔNG TY CỔ PHẦN AGDC
ĐẢM BẢO TÀI SẢN ĐẦU TƯ GÓP VỐN CỦA
CÁC CỔ ĐÔNG PHÂN CÔNG TY TRỰC THUỘC

Hội Đồng Quản Trị công ty cổ phần AGDC trân trọng khẩn báo đến Quí Anh, Chị, Em, phân công ty cổ đông được rõ:

- Như anh chị em đã biết, lâu nay có một số thương lái cạnh tranh buôn bán xấu, đã dùng mọi thủ đoạn từ thảo luận, thương lượng, đến áp lực, bôi nhọ, bóp méo sự thật nhằm xô đẩy công ty AGDC của chúng ta đến chỗ tiêu diệt, phá sản để sang đoạt tất cả chương trình buôn bán đang mở rộng, và tiếp tục sinh hoạt dài hạn của chúng ta, đặc biệt là chương trình xử dụng rác rưới bỏ đi, tái tạo lại để cung cấp gây quỹ từ thiện cứu giúp nghèo đói, bệnh tật và thiên tai khắp nơi, đang được một số nước khuyến khích hợp tác trực tiếp cho công ty chúng ta vào Mỹ qua chương trình từ thiện kết hợp với tái sinh sản phẩm từ rác rưới.

Để bảo vệ quyền lợi chung của AGDC và của chính anh chị em phân công ty cổ đông chúng ta. Nay, HĐQT/AGDC trân trọng yêu cầu anh chị em cổ đông, hãy chuẩn bị đầy đủ các bằng chứng cụ thể và hợp pháp của mình dưới đây:

- Cổ phiếu hay chứng từ đầu tư của mình vào AGDC
- Lệnh bổ nhiệm, thẻ công ty, các chứng từ hành chánh về bổn phận và quyền lợi (NCND) tham gia HĐQT/AGDC
- Giấy phép và đầy đủ tài liệu công ty của mình
- Các hợp đồng quốc tế đã ký trực tiếp với nước ngoài và nội bộ với AGDC để xác minh lợi nhuận đã thỏa thuận
- Các chi phí, kèm biên bản đầy đủ về công ty của mình suốt thời gian qua
- Thẻ đoàn viên hợp tác từ thiện và Recycle quốc tế của mình nếu có

Xin gửi gấp phụ bản copy về ban lưu trữ hồ sơ của AGDC, để điều chỉnh lời lỗ theo tỷ lệ cổ phần hợp tác của mình trong mọi hoạt động của AGDC mà luật pháp đã qui định, và đối chiếu những thiệt hại tới đây do các hợp đồng quốc tế đã gây ra trước luật pháp tới đây. Ngày nào công ty AGDC còn tồn tại, thì ngày ấy tài sản, cổ phần, công sức của anh chị em chúng ta còn được đảm bảo. Đó là nhiệm vụ và bổn phận, cũng như danh dự, tài sản của chúng ta phải đoàn kết, bảo vệ và xây dựng trong giai đoạn sống còn này. Bản công báo này có giá trị pháp lý và được thông qua HĐQT/AGDC và được đăng công khai trên báo Việt Ngữ của cộng đồng Việt Nam Massachusetts và Hoa Kỳ liên tiếp trong ba tháng kể từ 22-9-2005 đến 22-12-2005.

Trân trọng kính chào đoàn kết xây dựng.  Thay mặt HĐQT/AGDC
Dương Văn Chương
Chủ Tịch

**Exhibit A**