TRANSLATION FROM VIETNAMESE INTO ENGLISH

Board of Directors
Asia Golden Dragon Corporation (AGDC)
1550 Hancock Street, Quincy, MA 02169 USA
TEL: (617)770-5988     FAX: (617)770-5989

## IMPORTANT PUBLIC NOTICE

RE:  BOARD OF DIRECTORS OF AGDC GUARANTEES
     ITS SUBSIDIARY SHAREHOLDERS' INVESTMENTS

The Board of Directors of AGDC respectfully and urgently inform you, the subsidiary shareholders, as follows:

- As you may have known for sometime now, some bad competitors have used all kinds of trick, from discussion, negotiation to pressure, slander, distortion of the truth, all in an effort to push our AGDC to destruction and bankruptcy so that they can rob us of our progressive business plans as well as our long-term continuous activities, especially the projects to make use of trash by recycling to provide funds to help fight poverty, disease, and natural disasters every-where.  These projects have the support and direct co-operations of several countries that would allow our corporation to enter America through programs that combine recycling and charity.

In order to protect our common rights and the rights of our subsidiary shareholders, the AGDC Board of Directors respectfully request that you, the shareholders, be prepared to have your tangible and legal proofs as the followings:

- Stocks or documents that prove your investments in AGDC
- Appointment letters, corporation cards and documents stating your rights and responsibility in participating in the BOD/AGDC
- Permits and all information about your corporation
- All contracts signed directly with foreign countries and with AGDC stating profits as agreed
- All expenses of your corporation with complete attachments up to the present
- Your membership cards of the co-operation between your charitable organization and International Recycle, if you have them.

Please send your copies immediately to the AGDC filing committee for the purpose of adjusting the profit or loss according to the percentage of your share in co-operating in AGDC activities, as defined by the law, and for confronting in

Exhibit B

Page 1 of 2

court, the future damages caused by some international contracts. As long as AGDC is still in existence, our assets, our shares and our labor are still guaranteed. It is our duty and responsibility to unite, protect and act constructively in this deciding period.

This public notice has legal value and was approved by BOD/AGDC and is being published in the Vietnamese newspapers in Massachusetts and throughout the United States continuously for three months from 09-22-05 to 12-22-05

Farewell in constructive unity. On behalf of BOD/AGDC

                         Duong Van Chuong
                            President

_____
Translated by Kim-Lan Bloom
Certified Vietnamese Interpreter/Translator