UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

---

① 

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE |
| VS | 03 CR 10363 ~~CRL~~ RCL |
| CHUONG VAN DUONG | |
| DEFENDANT | |
| ID. 36716  UNIT: E3 # 410 | DATE: Aug 17. 2005 |
| PCCF. 26 LONG POND. RD | |
| PLYMOUTH, MA. 02360 | TOTAL: 4  PAGES |

THROUGH TO:

- MR. GEORGE. C. MCMAHON : ATTORNEY AT LAW
  308. VICTORY. RD. NORTH QUINCY, MA. 02171. USA
  TEL: 617-770-0600  FAX: 617-773-6934

- MR. DANIEL. G. HOVANESIAN : ATTORNEY AT LAW
  278. MYSTIC. AVE # 202. MEDFORD. MA. 02155-USA
  TEL: 781-395-9000  FAX: 781-395-7046

CC: MR JUDGE. REGINALD. C. LINDSAY
    UNITED STATES DISTRICT COURT
    THE OFFICE OF CLERK
    UNITED STATES COURTHOUSE. SUITE. 2300
    1 COURTHOUSE WAY, BOSTON, MA. 02210

INFO: THE WITNESSES
    - DIRECTORS OF BOARD OF ASIA GOLDEN DRAGON CORP
    - THE SOURCING COMPANIES RELATIONSHIP (AGDC)

Exhibit C

Dear Sirs & Madams,

Many thanks for your visited me dated Aug 17. 2005 afternoon, and following your requested; my witnesses names list, that prepare for my case, will to jury court open at 2:00 PM, date monday August 22. 2005 - located at Federal court Boston as belows -

(2)

THE WITNESES NAMES LIST

(I) THE WITNESSES COMPANY NAMES RELATIONSHIP

1. MS. KIM ANH DINH - Vice President
   240. REVERE BEACH - PKWY # 2
   CHELSEA, MA. 02150, USA
   TEL: 617-884-2481

2. MR. DAVIS VU - President
   379 - OCEAN RD. PORTSMOUTH, NH. 03801
   TEL: 603-433-1941

3. MS. KIM DUNG THI TRAN - President
   1560 DORCHESTER AVE, DORCHESTER, MA. 02122
   TEL: 617-288-3939 -

4. MR. MINH VU - President
   379 - OCEAN RD. PORTSMOUTH, NH. 03801
   TEL: 603-433-1941

5. MR. CHIEM MANH PHAM - Vice President
   TEL: 617-840-3722

6- MS. THEM NGUYEN - Vice president
379. OCEAN RD. PORTSMOUTH, NH - 03801
TEL: 603-433-1641

7- MR. TY PHAN - President
240 REVERE BEACH PKWY #2
CHELSEA, MA - 02150
TEL: 617-884-2481

(3)

(II) THE INNOCENT WITNESSES NAMES -

1- MR. HENRY BINH VAN - Rep Director in VN
11. VERDUN, St; #1 - Dorchester, MA. 02124
TEL: 617-953-8345

2- MISS. JULIA DUONG - my daughter
1858 CAPRI RD. MEMPHIS. TENNESSEE · 38117
TEL: 901-767-7560

3- MS. HANH CHAU
1 GROVE, AVE. RANDOLPH, MA. 02368
TEL: 781.249.4586

4- MS. SANOMORCO DOTTI
364. WASHINGTON; St - E WALPOLE, MA. 02032
TEL: 781-749-8883 (O)  Cell. 508-641-1493

5- MR & MRS. GOKO & LISA - Rep Director in Nigeria
8. BRANCH St, DORCHESTER, MA - 02122. USA
TEL: 617-282-5846, Cell: 617-283-4037

(H) Without the witness names list as above, there are a lot of witness persons. I don't remember their phone and their address too — if you want or you need any thing, may you contact directly by phone or paperwork send to them.

I always trust and hope by US law fairly and clearly and your work harded in consciences too.

Please Reply as soon as possible — or visit me.

Thank you,

Thuondvanl

CHUONG VAN DUONG

PS— If you want to know about my lawyer KIM D. VO please contact: her law of office address — 71 ADAMS, St Milton Village, MA. 02187 — (P.O. Box: 870067) TEL: 617-696-8265  Fax: 617-696-8269
Over 20 months I have been in prison, I did not meet her and heared that, she moved to Hawaii with her new job — medicine nurse only —

Dear MR & MRS GOKO & LISA.
This is good opportunity for me, after I have been in jail over 22 months, they did not bring me to court, now they did not find me any guilty, but they made for me many damages about business and my crisis too — please help me at last term and witness for me at hearing court. I am innocent victim.
Thank you very much