**Internal Revenue Service**
**Criminal Investigation**

**Memorandum of Interview**

---

| | | | |
|---|---|---|---|
| **In Re:** | CHUONG V. DUONG | **Location:** | 364 Washington St. Walpole, MA |

**Investigation #:** 040330140
**Date:** 5/25/04, 6/1/04
**Time:** 3 p.m.
**Participant(s):** DOTTIE SANTOMARCO, Interviewee , Witness

Ann M. Cotellesso, IRS SA

I introduced myself and presented my credentials for inspection. SANTOMARCO stated the following in response to questions:

Her full name is DOTTIE SANTOMARCO, DOB: 6/23/52, SSN: 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. She resides at 364 Washington St., Walpole, Massachusetts, home tel: 508-668-8884, cell: 508-641-1493, work: 508-668-0304.

SANTOMARCO is a realtor dealing primarily with residential properties. She met DUONG through KIM VO sometime in 2002. VO had called SANTOMARCO to look at a property. At the time, SANTOMARCO was a broker with Home Center Real Estate in Hingham. SANTOMARCO left Home Center Real Estate in May 2003.

DUONG had seen one of SANTOMARCO's listings in Hingham. It was a residential property listing in the mid $500 thousands.

DUONG told SANTOMARCO that he was in the diamond jewelry business and he was also an exporter. DUONG said that he had many clients and he was very successful in his jewelry business.

After looking at this property, they went back to SANTOMARCO's office to look through more listings. DUONG was interested in another house in Hingham, listed at $1.3 million.

DUONG told SANTOMARCO that he brings people in from China for business and he needed an office for himself and a place for these visitors to stay. His Chinese visitors were staying at hotels and he did not want to continue doing this.

DUONG indicated to SANTOMARCO that he was going to pay cash for the property.

Exhibit D

U.S. Treasury Criminal Investigatic

At some point, weeks or months later, DUONG told SANTOMARCO that he was getting a large sum of money. DUONG told SANTOMARCO that he need 3 properties: one to live in, one to entertain foreign visitors and one for investment purposes. DUONG stated that he had students coming over from China on a government program and they needed housing. DUONG wanted to purchase an apartment building for these students to rent.

DUONG also wanted a property where he could build a recycling factory large enough to hold 5,000 employees.

DUONG also told SANTOMARCO that he had a charity. He showed her a tax id form and approval letter from the IRS.

DUONG showed SANTOMARCO many documents to show he her he was legitimate, including photos of himself and important Chinese people.

DUONG spoke fairly good English.

During a seven month period, SANTOMARCO showed DUONG many properties. In October 2002, DUONG called SANTOMARCO and he indicated to her that he was ready to move on two properties. One property was a residence on Martin's Lane in Hingham which listed for $1.3 million. The second property was a residence on Atlantic Avenue in Cohasset, which was listed at $2.3 million.

DUONG wanted the Martin's Lane property for his residence and the Atlantic Avenue property for his guests.

DUONG made an offer on both properties. Neither offer was accepted. DUONG did not want to make any deposit because he claimed he had $10 million locked up but could not access at that time. The sellers would not entertain an offer from a potential buyer if he would not put any money down.

SANTOMARCO thought it was odd that DUONG wouldn't put any money down, but he seemed legitimate to her, so she did not question it.

During this time, DUONG took SANTOMARCO to a mortgage company on the North Shore, in an attempt to get the money from Switzerland. SANTOMARCO believes a representative from either Fleet Bank or State Street Bank was there.

DUONG to SANTOMARCO that the FBI was investigating the source of the funds for him to ensure that it was legal money. DUONG claimed the source of the money was a Nigerian individual what was donating the funds to DUONG's charity. The name of the charity is INTERNATIONAL HELP CHARITIES. The purpose of the charity is to help families worldwide with food and medical supplies.

DUONG showed SANTOMARCO photos of what he claimed to be the Nigerian. DUONG also told SANTOMARCO that he had 10 year contracts with the Gap, Filenes's and other retailers to buy their clothes. DUONG said he was a broker

between these retailers and the Chinese government.

DUONG told SANTOMARCO that the money was supposed to come to the U.S. from Switzerland.  DUONG told her that he wanted to get the money in one lump sum because there was an exchange fee for each transaction.  DUONG stated that the only thing standing in the way of getting the money out of Switzerland was how to get it here.  DUONG showed SANTOMARCO documents including certificates.  To SANTOMARCO's eye, the documents looked legitimate.

DUONG traveled to China in October 2002.  He told SANTOMARCO that when he returned he would have the money to purchase the properties.  When he returned, he did not have the funds.

DUONG was not willing to commit any money until he got the money from Switzerland.

During this time, SANTOMARCO went to DUONG's jewelry store many times for many meetings.  JOHN CHANG was usually present at all the meetings.  DUONG introduced CHANG as his assistant.  CHANG usually had documents that he had prepared for DUONG to sign.  SANTOMARCO saw some of them and noted that they were contracts.

DUONG claimed to be an exporter/broker of sugar, fabric and models.  DUONG showed SANTOMARCO McCall's catalogs.

Very late into the relationship, SANTOMARCO met DAVID VU.  VU was doing a computer program for DUONG.

At one point, DUONG wanted to purchase a commercial property 534-536 Washington Street in Quincy.  This property had 2 apartments, a storefront and a factory. SANTOMARCO was not inVOlved in the negotiations for this property but, at DUONG's request, she drew up an offer to purchase.  SANTOMARCO also prepared a letter for VU.

SANTOMARCO believes that VU contacted the seller to inquire about the property.

DUONG offered to take SANTOMARCO to China on one of his business trips. DUONG did take an entourage of people to China in the autumn of 2003, but SANTOMARCO was not one of them.

SANTOMARCO kept in touch with DUONG until the beginning of December 2003. DUONG told SANTOMARCO that he had a grand opening for a factory in China scheduled for January 2004.

DUONG had shown SANTOMARCO a chart he had prepared.  The chart showed $21 million coming to AGDC.  However, DUONG told SANTOMARCO that someone named TONY WALL or HALL from London scammed DUONG out of that money.

Note: After the 5/25/04 interview, SANTOMARCO contacted VO.  VO told

SANTOMARCO that she had traveled to China with DUONG and when he returned he was arrested and charged with money laundering. VO said she did not believe that DUONG did anything wrong. VO said that DUONG had been planning this for 10 years and this was going to be the fruition of everything he was doing.

It was SANTOMARCO's impression that DUONG was a very successful businessman and that he was a man of many hats.

The contact ended at this time.


                                        Ann M. Cotellesso
                                        Special Agent

U.S. Treasury Criminal Investigation