UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | **CRIMINAL NO. 03-10363-RCL** |
| **CHUONG VAN DUONG,** ) | |
| ) | |
| **Defendant.** ) | |

### GOVERNMENT'S REPORT RE COMPETENCY EVALUATION

Now comes the United States of America, by and through the undersigned counsel, and submits the following report concerning options for conducting a competency evaluation of the defendant in the above-captioned matter.

On December 5, 2005, the government moved for an evaluation of the defendant's competency to stand trial. On December 19, 2005, the Court held a hearing on this motion, at the conclusion of which the Court indicated that it would order a competency evaluation for the defendant; invited the parties to inquire and report on how and by whom such an evaluation could be completed; and scheduled a further hearing for January 10, 2006. The Court also indicated its belief that it would be important that a qualified Vietnamese individual participate in the evaluation of the defendant, who himself is a Vietnamese immigrant to the United States. Concerned that language and/or cultural barriers (alone or in combination with his pre-trial detention) might have contributed to the concerns raised over the defendant's competency to stand trial, the Court explained that it would be important for the evaluation process to include a professional who could distinguish between those issues which truly bear on competency and those which might reflect only language or cultural differences.

The government has been able to identify just three Vietnamese psychiatrists in Massachusetts. One of them is a psychiatrist-in-training and is not yet licensed; a second is licensed

but is not board certified; and a third, Dr. Van Nguyen, is both licensed and board certified. Although the government had hoped to be able to include Dr. Nguyen's *curriculum vitae* with this report, the government learned today that Dr. Nguyen will not be able to fax his CV to the government until 6 p.m. today (January 9, 2006). The government hopes to be able to share Dr. Nguyen's CV with the Court and defense counsel at the January 10 hearing. Upon information and belief, Dr. Nguyen is a 1979 graduate of the University of Saigon, was a resident fellow at Harvard Medical School from 1988-1992, was a resident at Massachusetts General Hospital from 1993-1996 and was licensed in Massachusetts in 1994. Dr. Nguyen's current practice includes two days each week when he sees patients at the Dorchester House, a medical facility in the Dorchester section of Boston.

Dr. Nguyen has never evaluated a defendant for his/her competency to stand trial and the government has been cautioned that it would be ill-advised to have any defendant evaluated by someone who lacks any forensic experience. Therefore, the government has attempted to identify professionals whose forensic expertise could be paired with Dr. Nguyen's medical, linguistic and cultural expertise. As of this writing, the government believes that it has identified two such options.

Dr. Martin Kelly is a psychiatrist affiliated with Brigham & Women's Hospital who has performed many court-ordered competency evaluations for federal and state courts in Massachusetts. A copy of his *curriculum vitae* is attached hereto as Exhibit A. Dr. Kelly charges $350 per hour in connection with the review of written materials concerning the charges pending against a defendant; his face-to-face interview(s) with a defendant; and the preparation of a written report. Dr. Kelly also would be willing in principle to work with someone like Dr. Nguyen, although the two doctors have

never met and have not had any opportunity to discuss this particular assignment.

Dr. Ronald Schouten is an attorney who leads the Law and Psychiatry Service at Massachusetts General Hospital. His group also has conducted competency evaluations and he, too, has indicated in principle his willingness to work with a qualified Vietnamese professional to conduct such an evaluation of the defendant in this case. Unfortunately, Dr. Schouten had to travel out of state last week for a family medical emergency which concluded with the death of his father and we have not bee able to confirm his willingness to work with Dr. Nguyen. Dr. Schouten is expected back in his office tomorrow, January 10, 2006.

Regardless of which forensic specialist might be paired with Dr. Nguyen (assuming the latter's credentials prove acceptable to the Court), they would have to travel to the Plymouth County Correctional Facility to conduct one or more interviews with the defendant.

The undersigned have shared the foregoing information orally with defense counsel and the latter have indicated their satisfaction with the information obtained to date.

Based on the foregoing, the government suggests that the Court direct counsel to continue to pursue discussions with Dr. Schouten and Dr. Nguyen and that counsel prepare and submit a draft

order for the Court's consideration.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                              By:    *s/Patrick Hamilton/*
                                        PATRICK M. HAMILTON
                                        PETER A. MULLIN
                                        Assistant U.S. Attorneys
                                        One Courthouse Way
                                        Boston, MA 02210

Date:   January 9, 2006                 (617) 748-3100