UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10363 |
| | ) | |
| CHUONG VAN DUONG | ) | |

## DEFENDANT'S MOTION FOR REVIEW AND AMENDMENT
## OF ORDER OF DETENTION

Now comes the Defendant pursuant to Title 18 U.S.C., Section 3145(b) and moves this

Honorable Court to review the existing Order of Detention in the above-entitled matter and amend

said Order to permit the Defendant to be released with specific conditions.  As grounds therefor, the

Defendant contends that a further review of the factors pursuant to Title 18, Section 3142(g),

together with the amount of time the Defendant has been incarcerated while awaiting trial

reasonably assures the appearance of the Defendant and the safety of all other persons and the

community.

WHEREFORE, the Defendant respectfully moves this Honorable Court to review the

existing Order of Detention and amend said Order permitting the Defendant to be released with

specific conditions.

The Defendant also respectfully requests a hearing on this motion.

Respectfully submitted,
CHUONG VAN DUONG,
By his attorney,

George C. McMahon BBO# 338240
Marina Bay
308 Victory Road
Quincy, MA 02171
(617) 770-0600

DATED:  January 9, 2006