## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | **CRIMINAL NO. 03-10363-RCL** |
| **CHUONG VAN DUONG,** ) | |
| ) | |
| **Defendant.** ) | |

### ASSENTED-TO MOTION TO CONTINUE START OF TRIAL
### BY ONE WEEK TO OCTOBER 30, 2006

Now comes the United States of America, by and through the undersigned counsel, and hereby moves for a one-week continuance, from October 23 to October 30, 2006, of the start of a trial in the above-captioned matter. In support of its motion, the government sets forth the following:

1. At a recent hearing, after conferring with counsel, the Court scheduled a trial in this matter to begin on Monday, October 23, 2006.

2. Because of the scope of the case, the number of witnesses and the language-barrier issues involved in this case, two prosecutors have been assigned to prepare this case for trial (much as the defendant is represented by two attorneys). When the Court scheduled this matter for trial beginning on October 23, Assistant U.S. Attorney Patrick Hamilton did not realize that he has a serious schedule conflict that week. AUSA Hamilton's wife is turning 40 this year and, for her birthday, the family has decided to go to Disney World for the first time. This trip is scheduled to take place over the last four days of the Hamilton childrens' school vacation week, which begins on October 23, 2006.

3. The government has conferred with defense counsel, who have assented to this motion for a one-week continuance of the trial start date to October 30, 2006.

For all the foregoing reasons, the government respectfully requests that this Honorable Court continue the start of a trial in the above-captioned matter to October 30, 2006.

Respectfully submitted,

| | |
|---|---|
| ASSENTED-TO | MICHAEL J. SULLIVAN |
| CHUONG VAN DUONG | United States Attorney |
| By His Attorneys | |
| | By:   *s/Patrick Hamilton/* |
| *s/George C. McMahon/ pmh* | Patrick M. Hamilton |
| George C. McMahon, Esquire | Peter A. Mullin |
| 308 Victory Road | Assistant U.S. Attorneys |
| North Quincy, MA 02171 | U. S. Attorney's Office |
| (617)770-0600 | John Joseph Moakley |
| | United States Courthouse |
| *s/Daniel Hovanesian/* | 1 Courthouse Way, Suite 9200 |
| Daniel G. Hovanesian, Esquire | Boston, MA  02210 |
| 278 Mystic Avenue | |
| Medford, MA 02155 | |
| (781) 395-9000 | |

Date:   May 5, 2006