ESCROW AGREEMENT

ESCROW AGREEMENT entered into this ___18th___ day of May, 2006, among <u>Hanh Ngoc Chau</u> (herein "Surety"), Michael J. Sullivan, in his official capacity as United States Attorney for the District of Massachusetts (herein "United States Attorney") , and Sarah A. Thornton, in her official capacity as Clerk of the United States District Court for the District of Massachusetts (herein "Escrow Agent").

WHEREAS the Surety is desirous of effecting the release of <u>Chuong Van Duong</u> (herein "Defendant") in Criminal No. <u>03-10363-RCL</u>, on the terms and conditions of bail set forth in an Order Setting Conditions of Release (herein "Bail Order") dated ___May 18, 2006___, and entered by the Honorable <u>Judge Reginald C. Lindsay</u>, United States District Judge/Magistrate Judge, and has agreed to execute a appearance bond in the amount of <u>one hundred and fifty thousand</u> ($150,000.00) Dollars (herein "Appearance Bond") to secure the Defendant's compliance with the terms and conditions of the Bail Order.

NOW THEREFORE, in consideration of the mutual covenants and agreements contained herein, the parties hereto agree as follows:
1. The Surety shall execute a quitclaim deed to the parcel of real property located at <u>1 Grove Avenue, Randolph, Norfolk County, Massachusetts</u> in favor of the United States of America, and deliver said deed to the Escrow Agent to be held in escrow pursuant to the terms of this Agreement.

2. The Surety further agrees to execute any additional documents and take any action necessary to effectuate the transfer of said parcel of real property and facilitate the sale of such property in the event that the Defendant is in default of the terms and conditions of the Bail Order or Appearance Bond.

3. The Escrow Agent shall hold the quitclaim deed in escrow under the following terms and conditions:

   A. In the event that the Defendant fails to appear as required at all proceedings in Criminal No. <u>03-10363-RCL</u> or otherwise violates any condition of bail, and Defendant is declared to be in default by a judicial officer of the United States District Court for the District of Massachusetts, then, upon order of the Court, and in lieu of or in addition to foreclosure proceedings on any mortgage granted by the Surety, the Escrow Agent shall tender the quitclaim deed to the United States Attorney, and he shall cause the same to be immediately recorded without notice to the Surety. Any requirement that foreclosure proceedings be commenced upon any mortgage granted by the Surety in connection with Criminal No. <u>03-10363-RCL</u> is expressly waived by the Surety.

-2-

B. This Agreement shall terminate upon the final disposition of Criminal No. 03-10363-RCL and written discharge of the bond provided to the Surety by the United States of America. Upon such termination, and upon order of the Court, the Escrow Agent shall deliver the quitclaim deed to the Surety.

4. The validity and construction of this Agreement shall be governed by the law of the Commonwealth of Massachusetts.

6. This Escrow Agreement shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors, assigns and personal representatives.

IN WITNESS WHEREOF, the parties here have caused this Agreement to be executed as of the date first written above.

ESCROW AGENT:                                      SURETY:

SARAH A. THORNTON,
CLERK OF COURT

By: _____                      _____
     Deputy Clerk                                  Hanh Ngoc Chau
                                                   1 Grove Avenue, Randolph, MA


MICHAEL J. SULLIVAN,
UNITED STATES ATTORNEY

By: _____
     Asst. U.S. Attorney

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS                                        May _____8_____, 2006

Then personally appeared Hanh Ngoc Chau and acknowledged the foregoing to be ___her___ free act and deed before me.

                                                   _____
                                                   NOTARY PUBLIC: Daniel G. Hovanesian

DANIEL G. HOVANESIAN
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 15, 2012

My Commission Expires: 06/15/2012

ESCROW AGREEMENT

ESCROW AGREEMENT entered into this _18th_ day of May, 2006, among <u>Kim-Dung Thi Tran</u> (herein "Surety"), Michael J. Sullivan, in his official capacity as United States Attorney for the District of Massachusetts (herein "United States Attorney") , and Sarah A. Thornton, in her official capacity as Clerk of the United States District Court for the District of Massachusetts (herein "Escrow Agent").

WHEREAS the Surety is desirous of effecting the release of <u>Chuong Van Duong</u> (herein "Defendant") in Criminal No. <u>03-10363-RCL</u>, on the terms and conditions of bail set forth in an Order Setting Conditions of Release (herein "Bail Order") dated _MAY 18 2006_, and entered by the Honorable <u>Judge Reginald C. Lindsay</u>, United States District Judge/Magistrate Judge, and has agreed to execute a appearance bond in the amount of <u>one hundred and fifty thousand</u> ($150,000.00) Dollars (herein "Appearance Bond") to secure the Defendant's compliance with the terms and conditions of the Bail Order.

NOW THEREFORE, in consideration of the mutual covenants and agreements contained herein, the parties hereto agree as follows:
1. The Surety shall execute a quitclaim deed to the parcel of real property located at <u>178 Kingsbury Avenue, Haverhill, Essex County, Massachusetts</u> in favor of the United States of America, and deliver said deed to the Escrow Agent to be held in escrow pursuant to the terms of this Agreement.

2. The Surety further agrees to execute any additional documents and take any action necessary to effectuate the transfer of said parcel of real property and facilitate the sale of such property in the event that the Defendant is in default of the terms and conditions of the Bail Order or Appearance Bond.

3. The Escrow Agent shall hold the quitclaim deed in escrow under the following terms and conditions:

    A. In the event that the Defendant fails to appear as required at all proceedings in Criminal No. <u>03-10363-RCL</u> or otherwise violates any condition of bail, and Defendant is declared to be in default by a judicial officer of the United States District Court for the District of Massachusetts, then, upon order of the Court, and in lieu of or in addition to foreclosure proceedings on any mortgage granted by the Surety, the Escrow Agent shall tender the quitclaim deed to the United States Attorney, and he shall cause the same to be immediately recorded without notice to the Surety. Any requirement that foreclosure proceedings be commenced upon any mortgage granted by the Surety in connection with Criminal No. <u>03-10363-RCL</u> is expressly waived by the Surety.

-2-

B. This Agreement shall terminate upon the final disposition of Criminal No. 03-10363-RCL and written discharge of the bond provided to the Surety by the United States of America. Upon such termination, and upon order of the Court, the Escrow Agent shall deliver the quitclaim deed to the Surety.

4. The validity and construction of this Agreement shall be governed by the law of the Commonwealth of Massachusetts.

6. This Escrow Agreement shall be binding upon and shall inure to the benefit of the parties hereto and their respective successors, assigns and personal representatives.

IN WITNESS WHEREOF, the parties here have caused this Agreement to be executed as of the date first written above.

ESCROW AGENT:

SARAH A. THORNTON,
**CLERK OF COURT**

By: _____
Deputy Clerk

SURETY:

_____
Kim-Dung Thi Tran
178 Kingsbury Ave., Haverhill, MA

MICHAEL J. SULLIVAN,
UNITED STATES ATTORNEY

By: _____
Asst. U.S. Attorney

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS                                                                May ___, 2006

Then personally appeared Kim-Dung Thi Tran and acknowledged the foregoing to be _____ free act and deed before me.

_____
NOTARY PUBLIC: Daniel G. Hovanesian

DANIEL G. HOVANESIAN
Notary Public
Commonwealth of Massachusetts
My Commission Expires
June 15, 2012

My Commission Expires: 06/15/2012