```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 03-10363-RCL |
| v. | ) | |
| | ) | |
| CHUONG VAN DUONG, | ) | |
| Defendant | ) | |

<u>ORDER</u>

This matter is before the Court on the motion of the United States, pursuant to Fed. R. Crim. P. 15, to take the videotaped deposition of Ut Van Vuong, due to the expected unavailability of the witness at trial by reason of travel to Vietnam.

The Court having found that exceptional circumstances and the interest of justice warrant allowing this deposition, it is hereby

ORDERED:

1. The United States may take the videotaped deposition of Ut Van Vuong on July 7, 2006, beginning at 10:00 A.M. at the United States Attorney's Office in Boston, MA, or at such other time or place as the parties may agree.

2. The defendant shall have the right to be present for the deposition and the Pretrial Services Officer is authorized to permit the defendant to leave his residence to attend this deposition.

3. The United States shall pay the costs of the deposition transcript and provide a copy of the transcript to the defendant.

It is so Ordered.

```
                              _____
                              REGINALD C. LINDSAY
                              United States District Judge
```

Entered this ___ day of June, 2006 at Boston, MA.