UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 03-10363-RCL |
| v. ) | |
| ) | |
| CHUONG VAN DUONG, ) | |
| Defendant ) | |

DISMISSAL OF COUNTS 15 TO 23
AND THE FORFEITURE ALLEGATIONS

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney hereby dismisses Counts 15 to 23, inclusive, of the Indictment in this case, which charge the defendant, CHUONG VAN DUONG, with money laundering, in violation of 18 U.S.C. §1956, and the forfeiture allegations. In support of this dismissal, the government states that these dismissals will simplify and expedite this case and it is in the interests of justice to dismiss the money laundering charges and forfeiture allegations.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Diane C. Freniere
DIANE C. FRENIERE
Chief, White Collar Crime Section

PATRICK M. HAMILTON
PETER A. MULLIN
Assistant U.S. Attorneys

Dated: 7/25/06

Leave to file granted:

REGINALD C. LINDSAY
United States District Judge

7/29/06