UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    )<br>   v.    )<br>    )<br>CHUONG VAN DUONG    ) | CRIMINAL NO. 03-10363 |

**DEFENDANT'S ASSENT TO THE**
**UNITED STATES' MOTION TO CONTINUE**

Now comes the Defendant through the undersigned counsel and hereby assents to the United States' Motion to Continue Start of Trial to January 29, 2007 and for an Order of Excludable Delay for Purposes of the Speedy Trial Act. As grounds therefor, the Defendant states the following:

(1)   On September 12, 2006, the Defendant met with the undersigned counsel and court certified interpreter, Kim Lan Bloom, to discuss and consider the above-entitled motion.

(2)   As a result of said conference, the Defendant informed the undersigned counsel that he would assent to the aforementioned Government's Motion.

         Respectfully submitted,
         CHUONG VAN DUONG,
         By his attorneys,

         /s/ George C. McMahon
         George C. McMahon BBO# 338240
         Marina Bay
         308 Victory Road
         Quincy, MA 02171
         (617) 770-0600

         /s/ Daniel G. Hovanesian
         Daniel G. Hovanesian BBO# 241540
         278 Mystic Avenue
         Medford, MA  02155
         (781) 395-9000

DATED:  September 12, 2006