# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

United States of America

v.     **APPEARANCE**

Chuong Van Duong,

Defendant     Case Number:  03-10363-RCL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   the United States of America

I certify that I am admitted to practice in this court.

| | |
|---|---|
| January 16, 2007 | /s/ Mark J. Balthazard |
| Date | Signature |
| | Mark J. Balthazard            544463 |
| | Print Name                    Bar Number |
| | One Courthouse Way |
| | Address |
| | Boston          MA     02210 |
| | City            State  Zip Code |
| | 617-748-3208    617-748-3960 |
| | Phone Number           Fax Number |