**EXHIBIT A TO GOVERNMENT'S TRIAL BRIEF**
<u>United States v. Chuong Van Duong</u>
Criminal No. 03-10363-RCL

<u>**LIST OF NAMES LIKELY TO SURFACE AT TRIAL**</u>

**Asia Golden Dragon Corp.**    Chuong Van Duong's main business

**Avi Arazi**    diamond dealer, potential investor, traveled to China with Chuong Van
Boston, MA     Duong and other investors/potential investors, sold diamonds to Chuong
               Van Duong d/b/a International Diamond & Gem

**The Cao**    victim, invested $10,000, daughter of Katherine Nguyen
Trinity, FL

**John Chang**     associate of Chuong Van Duong, worked in latter's office,
whereabouts        translated conversations in Chinese, traveled overseas with
unknown            overseas with Chuong Van Duong and investors

**Christopher Cody**    sugar trader
J. Bauml & Company
New York, NY

**Ann Cotellesso**    IRS - Criminal Investigations Special Agent, case agent
IRS-CI
Special Agent

**Thinh Dao**    deceased victim, invested $20,000 lent to Joseph Hai Quoc
                 Nguyen

**David George**          FBI agent (now retired) who warned Chuong Van Duong
FBI Special Agent    that latter might be dealing with Nigerian fraudsters

**Pham Thi Hang**    victim, wife of duck farmer, invested $20,000 in her own name
Leicester, MA        (formed DCV International Trade & Investment Corp.), $20,000
                     in name of her husband, Dinh Quoc Nguyen, and $20,000 in name
                     of her son, Zung Nguyen

**Peter Karl**          State Street Bank representative, met with Chuong Van Duong
State Street Bank    and consensually recorded meetings and/or telephone
Boston, MA           conversations in 2003

**Ronald Keating**            FBI case agent
FBI Special Agent

| | |
|---|---|
| **Dr. Robert Q. Lam**<br>Vietnam and Kimball. CA | potential investor, traveled to China in 2003 with Chuong Van Duong and other investors |
| **Henry Le**<br>Methuen, MA | victim, invested $20,000, formed Thai Binh Minh International Corp. |
| **Hong Van Thi Le**<br>MA | wife/live-in girlfriend of Thinh Dao, shareholder in H&T Corporation |
| **James Leung**<br>Watertown, MA | victim, invested $20,000, married to Sharlena Leung, sister of John Chang |
| **Frank Leung**<br>Framingham, MA | victim, invested $20,000, brother of James Leung |
| **Dinh Quoc Nguyen**<br>Leicester, MA | victim, duck farmer, invested $20,000 in his own name (formed Golden Cayman International Investment Corp.), $20,000 in name of his wife, Pham Thi Hang, and $20,000 in name of his son, Zung Nguyen |
| **Joseph Hai Quoc Nguyen**<br>Quincy, MA | victim, invested $20,000 lent to him by Thinh Dao, formed H&T Corporation with Henry Tran |
| **Judy Nguyen**<br>Dorchester, MA | victim, invested $30,000, formed KTM International Design & Modeling Corp. |
| **Katherine Nguyen, also known as Katherine Khat and Khang Nguyen**<br>New Port Richey, FL | associate of Chuong Van Duong 1998-2000; invested $10,000 in her own name and $10,000 in name of her daughter, The Cao; owner of K&C Jewelry Store, 333 Washington Street (Downtown Crossing), Boston, MA |
| **Sau Van Nguyen**<br>Leicester, MA | victim, invested $20,000 |
| **Tho Van Nguyen**<br>Framingham, MA | victim, invested $15,000 |
| **Zung Nguyen**<br>Roxbury, MA | victim, son of Dinh Quoc Nguyen (duck farmer) and Pham Thi Hang who invested $20,000 in his name, formed Zuncle Investment International Corp |
| **Robert Papanos**<br>U.S. Rice Producers Association<br>Houston, TX | rice trade specialist |

| | |
|---|---|
| **Ramlan M. Salleh** | at Chuong Van Duong's direction, Vus made $100,000 check payable to him |
| **Kevin Swindon**<br>FBI Special Agent | operating in undercover capacity, posed as another representative of State Street Bank, consensually recorded personal and telephone conversations with Chuong Van Duong in 2003 |
| **Tai Van Ta**<br>Brookline, MA | attorney in Cambridge, interpreter, helped Chuong Van Duong incorporate Asia Golden Dragon, potential investor |
| **Kim Dung Thi Tran**<br>Dorchester, MA | friend/investor, hairdresser |
| **Nancy Tran** | victim, owns beauty salon in FL, invested $31,000 along with her husband, Y Du ("Danny") Truong |
| **Quang Tran**<br>Dorchester, MA | brother of Nancy Tran, introduced Chuong Van Duong to her and her husband |
| **Them Thi Tran**<br>South Portland, ME | victim, wife of Giang Vu and mother of David and Minh Vu, family invested $50,000 in name of each son and loaned Chuong Van Duong $410,000, traveled overseas with Chuong Van Duong, latter's associates and investors/potential investors in 2003 |
| **Tommy Tran**<br>Dorchester, MA | victim, invested $30,000, formed Super Jenny Fashions |
| **Michael Troccia**<br>UBS, A.G.<br>New York, N.Y. | UBS representative |
| **Kim D. Vo**<br>Honolulu, HI | associate of Chuong Van Duong, was practicing attorney with office in Dorchester, introduced Chuong Van Duong to Joseph Hai Quoc Nguyen, traveled overseas with Chuong Van Duong and investors |
| **David Vu**<br>South Portland, ME | victim, son of Giang Vu, family invested $50,000 in David's name (formed Sunray International Corp.), another $50,000 in name of David's brother, Minh Vu, and loaned Chuong Van Duong $410,000, traveled to China and Indonesia with Chuong Van Duong, latter's associates and investors/potential investors in 2003, purchased $100,000 in diamonds from Chuong Van Duong in 2003 |

**Giang Vu**     victim, family invested $50,000 in name of son, David Vu,
South Portland, ME     another $50,000 in name of son, Minh Vu, and loaned Chuong Van Duong $410,000

**Minh Vu**     victim, son of Giang Vu, family invested $50,000 in David's
South Portland, ME     name, $50,000 in David's name, another $50,000 in Minh's name (Red Phoenix Corp. formed for him) and loaned Chuong Van Duong $410,000, traveled to China and Indonesia with Chuong Van Duong, latter's associates and investors/potential investors in 2003

**Ut Van Vuong**     victim, invested $30,000
Vietnam & Worcester, MA

**Nguyen Ngoc Vuong** according to Chuong Van Duong, representative of Asia Golden Dragon in Vietnam