UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )    CRIMINAL NO. 03-10363-RCL
        v.                  )
                            )
CHUONG VAN DUONG,           )
        Defendant           )

## GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS

Pursuant to Fed. R. Crim. P. 24(a), the United States requests that the Court ask the following questions of the prospective jurors during voir dire examination:

1. The defendant in this case is CHUONG VAN DUONG. Mr. Duong has previously lived in Framingham, Dorchester, Quincy, and the Allston section of Boston. He previously operated businesses on Washington Street in Boston and Hancock Street in Quincy Center. He is the President of, or otherwise associated with several corporate entities including Asian Golden Dragon Corporation, Global Garment Exchange Internet Corporation, International Diamond and Gem Corporation, and Fifth Continental Capital Group Financial Corporation. Do you, any member of your family or anyone close to you know the defendant or any of these corporations? Have you, any member of your family or anyone close to you ever had any dealings with the defendant or any of these corporations?

2. The lawyers for the United States in this case are Patrick Hamilton and Mark Balthazard. They are Assistant U.S.

Attorneys in the U.S. Attorney's Office in Boston, MA.  Do any of you know either Mr. Hamilton or Mr. Balthazard?  Have you, any member of your family, or anyone close to you ever had any dealings with the U.S. Attorney's Office, either here in Massachusetts, or somewhere else around the country?

    3.   The attorneys for the defendant in this case are George McMahon, who practices law in Quincy and Daniel Hovanesian, who practices law in Medford, MA.  Do any of you know either of these gentlemen?  Have you, a member of your family or anyone close to you ever had any dealings with either of them?

    4.   I am going to read to you a list of names of people who may testify in this case or whose names may come up in testimony.  I ask you to listen carefully to the names I read and then let me know if you know any of these persons, or if you, a member of your family, or someone close to you has had any dealings with any of these persons:

        LIST OF NAMES ATTACHED AS EXHIBIT A

    5.   The trial of this case may require as much as eight weeks and may not be completed until March 30, 2007, with the week of February 19 off for school vacation week.  The usual hours for the trial each day will be 9:00 a.m. to 1:00 p.m.  Once the case goes to the jury and you begin deliberations, jurors will be asked to deliberate on a full workday schedule, from 9:00 a.m. until 4 or 5:00 p.m.  Do you have any important personal

commitments, which cannot be rescheduled, which would interfere with your ability to be here during those hours each weekday between today and March 30, 2007, excepting the week of February 19 and thereafter during any jury deliberations?

    6.  The evidence in this case will involve numerous references to international trade involving Vietnam, China, Nigeria and Indonesia and trading in rice, garments, gold, cement, recycled goods and fertilizer, among other things.  Do you, any member of your family or anyone close to you have any experience with international trade, or the countries or commodities I mentioned?

    7.  The defendant in this case, Mr. Duong, is Vietnamese and many of the witnesses who will testify in this case are Vietnamese by birth.  The United States fought a long war in Vietnam in the late 1960's and early 1970's.  This war was controversial and many people in the United States have strong feelings about the Vietnam war.  Do you have any strong feelings about Vietnam, the Vietnamese people or the Vietnam war that might influence your consideration of testimony from a Vietnamese witness or from someone who did or did not fight during that war?  Did you or a member of your family or a close friend serve or decline to serve in the United States armed services in Vietnam?

    8.  Many of the witnesses in this case are native Vietnamese speakers.  Some of the witnesses in this case are native Chinese

speakers. It will be necessary in this case to have interpreters to translate the questions asked and the answers given between Vietnamese and Chinese and English. Have any of you had any experience in dealing with translators? Do any of you speak Vietnamese or Chinese? Do any of you have strong feelings about hearing testimony through a translator?

    9. Federal law requires banks and certain other persons to report to the government transactions in U.S. currency in amounts over $10,000. The defendant is charged with having structured certain financial transactions to evade these reporting requirements. Have you, any member of your family or anyone close to you ever had any personal experience with federal currency transaction reporting requirements? Do you have any strong feelings about currency reporting requirements, favorable or unfavorable, which may influence your consideration of the evidence in this case?

    10. Have you, a member of your family, or someone close to you ever been arrested or charged with a criminal offense? Have you, a member of your family or anyone close to you ever been convicted of a criminal offense or had a criminal charge continued without a finding? Do any of you presently have a criminal charge pending against you, a member of your family or anyone close to you? Have you, a member of your family or anyone close to you ever been a victim or witness in a criminal case?

11.  Have you, a member of your family, or someone close to you ever been involved in the criminal justice system, either as a prosecutor, defense attorney, employee of a prosecutor's office or defense attorney, probation officer, court officer or court clerk?

12.  Have you, a member of your family or someone close to you ever been a law enforcement officer, such as a local police officer, state police officer or a federal law enforcement officer, such as an FBI agent?

13.  This is a federal case, brought in the name of the United States of America.  The federal government involves many agencies and departments, including the Federal Bureau of Investigation (FBI), the Internal Revenue Service (IRS) and Customs and Immigration Enforcement (ICE).  Have you, a member of your family, or anyone close to you ever had any dealings with the federal government, including the agencies I mentioned, whether favorable or unfavorable, which might influence your consideration of the evidence in this case?

14.  Have you ever served as a juror on a grand jury, in either state or federal court?

15.  Have you ever served as a trial juror, in either state or federal court, whether on a civil or a criminal case?

16.  At the end of the case the jurors will be asked to deliberate and decide, unanimously, whether the defendant is

guilty or not guilty.  Some people, for religious or other reasons, think that one individual should not sit in judgment of another individual.  Do you have any religious beliefs or strong feelings which will make it difficult for you to sit in judgment and reach a verdict in this case?

    17.  At the end of the case I will instruct you on the law applicable to this case.  Jurors are obligated to follow the law, as given to them by the trial judge.  Do you have any concerns that you might not be able to follow the law, as I give it to you, if you do not agree with the law or the legal principles I deem to be applicable to this case?

    18.  The purpose of the questions I have been asking is to provide information to the parties about the prospective jurors to assist the parties in selecting a fair and impartial jury in this case.  Is there anything else about you, your family, background, work, life experiences, or beliefs, that you think the parties should know which might help them pick a fair and impartial jury?

    If any of the prospective jurors respond positively to any of the above questions, the United States asks that there be

follow-up individual voir dire, out of hearing of the rest of the jury pool.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                UNITED STATES ATTORNEY

                        By:  /s/ Patrick M. Hamilton
                                PATRICK M. HAMILTON
                                MARK J. BALTHAZARD
                                Assistant U.S. Attorneys

DATED: January 16, 2007

## Certificate of Service

I hereby certify that on January 16, 2007, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                  /s/ Mark J. Balthazard
                                  MARK J. BALTHAZARD
                                  Assistant U.S. Attorney