**EXHIBIT A TO GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS**
<u>United States v. Chuong Van Duong</u>
**Criminal No. 03-10363-RCL**

**Asia Golden Dragon Corp.**

**Avi Arazi**
Boston, MA

**The Cao**
Trinity, FL

**John Chang**
whereabouts
unknown

**Christopher Cody**
J. Bauml & Company
New York, NY

**Ann Cotellesso**
IRS-CI
Special Agent

**Thinh Dao**          deceased

**David George**
FBI Special Agent

**Pham Thi Hang**
Leicester, MA

**Peter Karl**
State Street Bank
Boston, MA

**Ronald Keating**
FBI Special Agent

**Dr. Robert Q. Lam**
Vietnam and Kimball. CA

**Henry Le**
Methuen, MA

**Hong Van Thi Le**
MA

**James Leung**
Watertown, MA

**Frank Leung**
Framingham, MA

**Dinh Quoc Nguyen**
Leicester, MA

**Joseph Hai Quoc Nguyen**
Quincy, MA

**Judy Nguyen**
Dorchester, MA

**Katherine Nguyen,
also known as
Katherine Khat and
Khang Nguyen**
New Port Richey, FL

**Sau Van Nguyen**
Leicester, MA

**Tho Van Nguyen**
Framingham, MA

**Zung Nguyen**
Roxbury, MA

**Robert Papanos**
U.S. Rice Producers Association
Houston, TX

**Ramlan M. Salleh**

**Kevin Swindon**
FBI Special Agent

**Tai Van Ta**
Brookline, MA

**Kim Dung Thi Tran**
Dorchester, MA

**Nancy Tran**

**Quang Tran**
Dorchester, MA

**Them Thi Tran**
South Portland, ME

**Tommy Tran**
Dorchester, MA

**Michael Troccia**
UBS, A.G.
New York, N.Y.

**Kim D. Vo**
Honolulu, HI

**David Vu**
South Portland, ME

**Giang Vu**
South Portland, ME

**Minh Vu**
South Portland, ME

**Ut Van Vuong**
Vietnam & Worcester, MA

**Nguyen Ngoc Vuong**