UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 03-10363-RCL |
| CHUONG VAN DUONG, Defendant | ) ) ) | |

**ASSENTED TO MOTION FOR 2-DAY CONTINUANCE**
**TO FILE WITNESS AND EXHIBIT LISTS**

The United States of America, with the oral assent of counsel for defendant Chuong Van Duong, moves this Court for a two-day continuance for both parties to file witness and exhibit lists. As grounds therefor, the government states as follows:

The Court's pre-trial Order set January 22, 2007 as the date for both parties to file witness and exhibit lists and provide copies of exhibits they intend to offer in their cases in chief. Both parties have been diligently working to prepare their cases for trial. However, despite their best efforts, both parties need additional time to finalize their witness and exhibit lists. The parties request an additional two days to do so.

Respectfully submitted this 22nd day of January, 2007.

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

/s/ Patrick M. Hamilton
PATRICK M. HAMILTON
MARK J. BALTHAZARD
Assistant U.S. Attorneys

1

<u>Certificate of Service</u>

    I hereby certify that on January 22, 2007, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                          <u>/s/ Mark J. Balthazard</u>
                                          MARK J. BALTHAZARD
                                          Assistant U.S. Attorney