UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                           )<br>)<br>CHUONG VAN DUONG,      )<br>        Defendant.            ) | CRIMINAL NO. 03-1036-RCL |

## GOVERNMENT'S WITNESS LIST

**Avi Arazi**
Boston, MA

**Prof. James E. Byrne**
George Mason University School of Law
Arlington, VA

**The Cao**
Trinity, FL

**Khiem Cao**
Trinity, FL

**Hahn Chau**
Randolph, MA

**Ann Cotellesso**
IRS-CI
Special Agent

**Kim An Thi Dinh**
Chelsea, MA

**David George**
FBI Special Agent
(retired)

**Peter Karl**
North Attleboro, MA

**Keeper of the Records, FINCEN**

**Keeper of the Records, Gap, Inc.**

**Keeper of the Records, Home Depot, Inc.**

**Keepers of the Records for various banks, including but not necessarily limited to**

>Asian American Bank
>Bank of America
>Citizens Bank
>Sovereign Bank

**Dr. Robert Q. Lam**
Vietnam and Kimball, CA

**Henry Le**
Methuen, MA

**Hong Van Thi Le**
MA

**Nhi Le**
Owner
Asian Times
Boston, MA

**James Leung**
Watertown, MA

**Frank Leung**
Framingham, MA

**Dinh Quoc Nguyen**
Leicester, MA

**Duy Q. Nguyen**

**Joseph Hai Quoc Nguyen**
Quincy, MA

**Judy Nguyen**
Dorchester, MA

**Katherine Nguyen, also known as Katherine Khat,  Khang Nguyen and Khang Khat**
New Port Richey, FL

**Sau Van Nguyen**

Leicester, MA

**Tho Van Nguyen**
Framingham, MA

**Zung Nguyen, also written as Dzung Nguyen**
Roxbury, MA

**Robert Papanos**
U.S. Rice Producers Association
Houston, TX

**Glenn Manh Pham**

**Hang Thi Pham (also known as Mrs. Dinh Quoc Nguyen)**
Leicester, MA

**Ty Duong, Phan**

**Kevin Swindon**
FBI Special Agent

**Tai Van Ta**
Brookline, MA

**Kim Dung Thi Tran**
Dorchester, MA

**Nancy Tran**

**Quang Tran**
Dorchester, MA

**Them Thi Tran**
South Portland, ME

**Tommy Tran**
Dorchester, MA

**Michael Troccia**
UBS, A.G.
New York, NY

**Kim D. Vo**

3

Honolulu, HI

**David Vu**
South Portland, ME

**Giang Vu**
South Portland, ME

**Minh Vu**
South Portland, ME

**Ut Van Vuong**
Vietnam & Worcester, MA

**Teresa Yu**

**Various FBI Language Specialists**

The government respectfully reserves the right to supplement its witness list if and as the government becomes aware of additional witnesses.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

By:  *s/Patrick M. Hamilton/*
     MARK J. BALTHAZARD
     PATRICK M. HAMILTON
     Assistant U.S. Attorneys
     U. S. Attorney's Office
     John Joseph Moakley
     United States Courthouse
     1 Courthouse Way, Suite 9200
     Boston, MA  02210

Date: January 24, 2007     (617)748-3100

**CERTIFICATE OF SERVICE**

    I, Patrick Hamilton, do hereby certify that a copy of the foregoing was served this date on counsel of record for the defendant via electronic filing.

Date: January 24, 2007                          *s/Patrick Hamilton/*
                                                         Patrick M. Hamilton