```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA      )
                              )
          v.                  )  Criminal No. 03-10363-RCL
                              )
CHUONG VAN DUONG              )


                      GOVERNMENT'S EXHIBIT LIST


| Exh. # | Bates # | Description |
|---|---|---|
| A for ID | N/A | Videotape of deposition of Ut Van Vuong, conducted on 7/7/06. |
| B for ID | N/A | Transcript of videotaped deposition of Ut Van Vuong. |
| 1 | CVDI5494 | $30,000 check dated 1/29/96, payable to Asia Golden Dragon Corp., with deposit slip. Exhibit 1 to deposition. |
| 2 | CVDI5248 | Photo ID for Ut Van Vuong as Commercial Director of Asia Golden Dragon Corporation, dated 2/20/96. Exhibit 2 to deposition. |
| 3 | CVDI5249 | Business card for Ut Van Vuong as Commercial Director of Asia Golden Dragon Corporation. Exhibit 3 to deposition. |
| 4 | CVDI13 | Handwritten document (promissory note) in Vietnamese, dated 8/15/98. Exhibit 4 to deposition. |
| 4A | CVDI4917 | English translation of previous exhibit. |
| 5 | CVDI 652 | Copy of Commerce Bank check dated January 30, 1996 and made payable to Nguyen Sau |
| 6 | CVDI 653 | Letter in Vietnamese bearing four signatures including Chuong Van Duong and Nguyen Sau |

| | | |
|---|---|---|
| 7 | CVD 24882 | Photo of CVD w/flags |
| 8 | | Not Used |
| 9 | | Not Used |
| 10 | CVDI1923 | Non-Circumvention document, dated January 12, 1998 |
| 11 | CVDI1921 | The Nomination Decision, dated January 12, 1998 |
| 12 | CVD3367 | Non-Circumvention Agreement, dated 4/5/98. |
| 13 | CVDI5344-80 | Original Memorandum & Articles of Association of Team Seven Investment Ltd., dated 4/17/98. |
| 14 | CVD3294 | Non-Circumvention Agreement, dated 5/12/98. |
| 15 | CVD3366 | Fee Protection Agreement concerning 1 million metric tons cane sugar contract, dated 5/24/98. |
| 16 | CVD4039 | Non-Circumvention Agreement concerning Sugar Contract, dated 5/24/98. |
| 17 | CVD4044 | Joint Venture Corporation Contract for Sugar Transaction, dated 9/2/98. |
| 18 | CVDI5384-86 | Urgent Notice, dated 9/12/00, versions in English and Vietnamese, with copy of stamped and canceled envelope. |
| 19 | CVDI00292 | Photograph of Katherine Nguyen, also known as Khang Khat and Katherine Nguyen |
| 20 | CVDI05250 | Copy of $10,000 check dated 2/17/98 on account of Dinh Quoc Nguyen and Hang Thi Pham Nguyen payable to Duong Van Chuong (Asia Golden Dragon Corp.) |
| 21 | CVDI05251 | Copy of $10,000 check dated 2/19/98 on account of Douglas Nguyen to Duong Van Chuong (Asia Golden Dragon Corp.) |

| | | |
|---|---|---|
| 22 | CVDI05252 | Copy of $10,000 check dated 3/3/98 on account of Dinh Quoc Nguyen and Hang Thi Pham Nguyen payable to Duong Van Chuong |
| 23 | CVDI05253 | Copy of $10,000 check dated 4/13/98 on account of Dinh Quoc Nguyen and Hang Thi Pham Nguyen payable to Duong Van Chuong |
| 24 | CVDI05254 | Copy of $20,000 check dated 4/23/98 on account of Dinh Quoc Nguyen and Hang Thi Pham Nguyen payable to Duong Van Chuong |
| 25 | CVDI00408-412 | Envelope from Asia Golden Dragon Corp postmarked 24 Feb. 1998 and addressed to Mr. Quoc Dinh Nguyen containing copy of Application Form for a Company (Golden Cayman International Investment (IMC) Corp.) and copies of five $700 postal money orders |
| 26 | I5259-60 | Copy of Application Form for a Company naming Mrs. Pham, Thi Hang as director and dated Feb. 17, 1998 |
| 27 | I0020-21 | Application Form for a Company (Zuncle Investment International Corp.) dated April 15, 1998 |
| 28 | I197-199 | Copies of Certificate of Incorporation for Golden Cayman International Investment (IMC) Corporation and of March 16, 1998 from International Company Services Limited to Chuong Van Duong |
| 29 | N/A | Stamp in the name of Pham Thi Hang, General Director |
| 30 | N/A | Rubber stamp for DCV International Trade & Investment Corp. |
| 31 | | Rubber stamp for International Investment IMC Corp. |
| 32 | CVDI05255 | AGDC photo ID for Nguyen Quoc Dinh |
| 33 | CVDI05256 | AGDC photo ID for Hang Thi Pham |
| 34 | I204 | Corporation Certificate dated March 31, 1998 on Golden Cayman Int'l Investment (IMC) Corp letterhead |

| | | |
|---|---|---|
| 35 | I207 | Corporation Certificate dated March 31, 1998 on DCV Int'l Trade and Investment Corp. letterhead |
| 36 | I205-06 | Nomination Decision dated March 31, 1998 on DCV Int'l Trade and Investment Corp. letterhead |
| 37 | I179-180 | Nomination Decision dated March 31, 1998 on Golden Cayman IMC letterhead |
| 38 | I208 | Non-Circumvention and Non-Disclosure Agreement dated March 31, 1998 on DCV Int'l Trade and Investment Corp. letterhead |
| 39 | I174 | Non-Circumvention and Non-Disclosure Agreement dated March 31, 1998 on Golden Cayman Int'l Investment (IMC) Corp letterhead |
| 40 | I5268-71 | Joint Venture Corporation Contract dated April 1, 1998 between AGDC and DCV Int'l Trade & Investment Corp. |
| 41 | I5277 | Addendum A to Joint Venture Corporation Contract dated April 1, 1998 between AGDC and DCV Int'l Trade & Investment Corp. |
| 42 | I00175-178 | Joint Venture Corporation Contract dated April 1, 1998 between AGDC and Golden Cayman IMC Corp. |
| 43 | I00188 | Addendum A to Joint Venture Corporation Contract dated April 1, 1998 between AGDC and Golden Cayman IMC Corp. |
| 44 | I219-22 | Garment Processing Contract dated April 2, 1998 between DCV Int'l and AGDC |
| 45 | I189-192 | Garment Processing Contract dated April 2, 1998 between Golden Cayman IMC and DCV Int'l |
| 46 | I193-196 | Garment Processing Contract dated April 2, 1998 between John KC Int'l Trade and Investments Corporation and Golden Cayman IMC |

| | | |
|---|---|---|
| 47 | I211-216 | Purchase Contract for sugar dated April 2, 1998 between DCV Int'l and AGDC including Addendum A |
| 48 | I237-241 | Purchase Contract for sugar dated April 2, 1998 between Golden Cayman IMC and DCV Int'l |
| 49 | I217 | Fee Protection Agreement signed by Pham Thi Hang on May 12, 1998 |
| 50 | I242-243 | Joint Venture Corporation Contract for Sugar Transaction dated Sept. 2, 1998 between AGDC and Golden Cayman IMC |
| 51 | I404-407 | Envelope from AGDC postmarked 14 Sep. 2000 addressed to Mr. & Mrs. Nguyen Quoc Dinh containing Urgent Notice dated Sept. 12, 2000 in Vietnamese and English |
| 52 | I225-226 | Global Garment Exchange Internet Corp. stock certificate made out in name of Mr. [sic] Pham Thi Hang |
| 53 | I227-228 | Global Garment Exchange Internet Corp. stock certificate made out in name of Mr. Nguyen Quoc Dinh |
| 54 | I223-224 | Global Garment Exchange Internet Corp. stock certificate made out in name of Mr. Zung Quoc Nguyen |
| 55 | I5319-5321 | Copy of handwritten October 26, 2000 letter in Vietnamese from Nguyen Ngoc Dinh, Pham Thi Hang and Zung Quoc Nguyen to Chuong Van Duong and John K. Chang and translation of same |
| 56 | I414-417 and I05587 | Envelope from AGDC and Global Garment Exhange Corp. postmarked 15 Nov. 2000 and addressed to Mr. [sic] Mrs. Nguyen Quoc Dinh, letter in Vietnamese dated Nov. 2, 2000 and English translation of same |
| 57 | I5325 | Copy of Application Form for Selling Shares dated January 13, 2001 and signed by Hang Thi Pham |
| 58 | I5324 | Copy of Application Form for Selling Shares dated January 13, 2001 and signed |

| | | |
|---|---|---|
| | | by Nguyen Quoc Dinh |
| 59 | I5323 | Copy of Application Form for Selling Shares dated January 13, 2001 and signed by Zung Quoc Nguyen |
| 60 | I0026-27 | Nomination Decision dated May 12, 1998 on Zuncle Investment letterhead |
| 61 | I0028 | Non-Circumvention and Non-Disclosure agreement dated May 12, 1998 on Zuncle Investment letterhead |
| 62 | I0030-33 | Copies of Certificate of Incorporation for Zuncle Investment International Corp. and of April 28, 1998 letter from International Company Services Limited to Chuong Van Duong |
| 63 | I0034-48 | Memorandum & Articles of Association for Zuncle Investment International Corp. |
| 64 | CVDI05263 | AGDC photo ID for Zung Nguyen |
| 65 | I29 | Corporation Certificate dated May 12, 1998 on Zuncle Investment letterhead |
| 66 | | Not Used |
| 67 | | Not Used |
| 68 | I22-25 | Joint Venture Corporation Contract dated May 12, 1998 between AGDC and Zuncle Investment |
| 69 | I259 | Non-Circumvention and Non-Disclosure agreement dated May 24, 1998 on AGDC letterhead |
| 70 | I256 | Fee Protection Agreement signed by Zung Nugyen on May 28, 1998 |
| 71 | I257-258 | Joint Venture Corporation Contract for Sugar Transaction dated Sept. 2, 1998 between AGDC and Zuncle Investment |
| 72 | I170-171 | Handwritten notes |
| 73 | CVD24882 | Photograph of Chuong Van Duong standing behind flag display bearing his name over title "President" |

| | | |
|---|---|---|
| 74 | I5309-5310 | September 12, 2000 Vietnamese Notice of Urgent Meeting |
| 75 | I254-255 | Envelope from Duong Van Chuong postmarked 21 Sep. 2000 and addressed to Zung Quoc Nguyen and "Resolution Request Resignation of President of Global Garment Exchange Internet Corp." |
| 76 | I250-251 and 5341-5342 | Envelope from Chuong Van Duong postmarked 21 Feb. 2001 and addressed to Mr. Zung Quoc Nguyen, Vietnamese letter dated Feb. 19, 2001 on Fifth Continental letterhead and translation of same |
| 77<br>77a<br>77b | Transcript 1432E<br>Transcript 1432G<br>Transcript 1432H | Transcripts of tape recorded conversations with Chuong Van Duong |
| 78 | CVDI7008-7011 | Invoice from Avi Arazi Co K&C AGDC w/accompanying checks |
| 79 | CVDI7012-14 | Invoice from Avi Arazi Co Int'l Diamond & Gem Corp w/accompanying check |
| 80 | CVD31784 & 5 31794-8 | 3/16/99 Cover letter from Atty David Shlansky; draft general contract b/n Avi Arazi Co and K&C Jewelry Corp. |
| 81 | Not Used | |
| 82 | CVD24909-10 | Six Photos of Avi Arazi & others in China |
| 83 | CVD22317/18 | AGDC Photo ID |
| 84 | CVD23986/7 | 3/10/03 Invitation Letter to Chuong Van Duong |
| 85 | CVDI5391-92 | $20,000 check #1255, dated 9/20/99, payable to Asia Golden Dragon Corp. on account of Henry Le, with deposit slip. |
| 86 | CVDI6293 | Corporation Certificate dated 9/20/99. |
| 87 | CVDI6294 | Non-Circumvention letter to Sau Nguyen Le. |
| 88 | CVDI6295 | Fee Protection Agreement, dated 9/20/99. |

| | | |
|---|---|---|
| 89 | CVDI6296 | Non-Circumvention letter to Henry Le. |
| 90 | CVDI5394-5 | The Nomination Decision, dated 9/20/99, from AGDC to Henry Le. |
| 91 | CVD2885-6 | Handwritten Application Form for a Company, dated 10-15-99. |
| 92 | CVD2913-15 | Typed Application Form for a Company, dated 10-22-99, with attached handwritten letter from Henry Le. |
| 93 | CVDI6287 | Letter dated 10/26/99 from International Company Services (USA) Inc. faxed to Henry Van Le. |
| 94 | CVDI6279-80 | Typed Application Form for a Company, dated 11-1-99. |
| 95 | CVDI5402 | $1,945 bank check payable to International Company Services (USA) Inc., dated 11/1/99 re: Mr. Henry Van Le. |
| 96 | CVDI625178 | Original 11/24/99 letter from International Company Services (USA) Inc. to Henry Van Le, with attachments: 1)Certificate of Incorporation; 2) Copy Certificate of Exemption from Future Taxation; 3) Memorandum & Articles of Association of Thai Binh Minh Int'l Trade Corp.; 4) Board Minutes; 5) Share Certificate; and 6) Corporate seal. |
| 97 | CVDI6290-92 | Original Urgent Notice dated 9/12/00, from AGDC to Henry Van Le, versions in English and Vietnamese, with original stamped and canceled envelope. |
| 98 | CVDI6288-89 | Global Garment Exchange Internet Corp., stock certificate for 60 shares, dated 9/21/00. |
| 99 | CVDI269-70 | Manpower Tech Check #1489 $19,000 Check #1350 Deposit Ticket |
| 100 | I5438 | 4 checks/deposit slips |

| | | |
|---|---|---|
| 101 | I5440 | H&T Corp Waiver of Notice of Sp. Meeting |
| 102<br>102a<br>102b | I5441-5443 | H&T Corp #003 - 740 Shares<br>#008 - 1540 Shares<br>#003 - 840 Shares |
| 103 | I5444 | H&T Corp Non-Circumvention/Disclosure |
| 104 | I5446-48 | Minutes of Sp. Meeting/EW |
| 105 | CVDI 264-268 | Articles of Org for H&T Corp. |
| 106 | CVDI402 | Photograph of Henry Tran and Thinh Dao |
| 107 | CVD22343-44 | AGDC Photo ID/Card |
| 108 | CVD22305-306 | AGDC photo ID of Henry Tran |
| 109 | | Invitation to China |
| 109a | | Business card for Chen Shang Dai |
| 110 | N/A | Open Letter from CVD printed in Vietnamese paper |
| 111 | N/A | Translation of above letter |
| 112 | CVDI277 | Non-Circumvention/Disclosure b/n H&T Corp. & Thinh Dao |
| 113 | Not Used | |
| 114 | CVD 22347 & 48 | AGDC Photo ID of Frank Leung |
| 115 | CVD22323/4 | AGDC Photo ID of James Leung |
| 116 | CVD22327/8 | AGDC Photo ID of Sharlena Leung |
| 117 | CVDI5477-80 | Four checks, #130-133, on the account of Yen H. Nguyen, payable to International Diamond, dated 7/29/02, in the amounts of $9,000, $9,000, $9,000 and $3,000. |
| 118 | CVDI433-6 | Purchase Contract dated 8/17/02. |
| 119 | CVDI5485 | Share Corporation Certificate Agreement dated 8/19/02. |

| | | |
|---|---|---|
| 120 | CVDI5486 | Non-Circumvention and Non-Disclosure Agreement, dated 8/22/02. |
| 121 | CVDI5487-88 | Fee Protection Agreement, dated 8/22/02. |
| 122 | CVDI577 | Asia Golden Dragon Corporation Photo IDs for Tommy Tran and Yen Hoang Nguyen |
| 123 | CVDI5451 | $8,000 check payable to Judy Nguyen, with related deposit slip. |
| 124 | CVDI493 | Application for Employer Identification Number for KTM International Design & Model Corp., dated 6/10/02. |
| 125 | CVDI477 | Logo of KTM Design & Model |
| 126 | CVDI502-05 | Purchase Contract, dated 6/11/02, for 200,000 metric tons of white rice. |
| 127 | CVDI484-87 | Same contract in Vietnamese. |
| 128 | CVDI431 | Copy of Envelope, post stamped 7/16/02, from Vietnam to Judy Nguyen or Duong Van Chuong in Quincy. |
| 129 | CVDI450,5466 | Letter dated 7/6/02 from Bich Ngoc Import-Export Service Trading Construction Co., Ltd. In Vietnam to Duong Van Chuong, with English translation. |
| 130 | CVDI5462-64 | Letter dated 7/14/02 from Nguyen Ngoc Duong in Vietnam to Chuong Van Duong, with English translation. |
| 131 | CVDI5467-68 | Letter dated 8/4/02 from Bich Ngoc Import-Export Service Trading Construction Co., Ltd. In Vietnam to Duong Van Chuong and Judy Nguyen, with English translation. |
| 132 | CVDI428 | Nomination Decision dated 8/16/02 |
| 133 | CVDI429 | Non-Circumvention letter dated 8/16/02 |
| 134 | CVDI430 | Share Corporation Certificate Agreement |

| | | |
|---|---|---|
| | | dated 8/16/02. |
| 135 | CVDI6580-83 | Purchase Contract dated 3/4/03 concerning Uninettrade Corporation. |
| 136 | CVDI6585 | $31,000 cashier's check, dated 10/15/03, and $19,000 check #604, dated 10/17/03, both payable to Int'l Diamond & Gem Corp. |
| 137 | CVDI6686-89 | Articles of Organization of Sixty Eight International Trade Corporation |
| 138 | CVDI6682 | Articles of Organization stamped as filed with Mass. Secretary of State on 10/17/03. |
| 139 | CVDI6575-78 | Purchase Contract dated 10/23/03. |
| 140 | CVDI6657 | Logo of Sixty Eight International Trade Corporation. |
| 141 | N/A | Application for Employer Identification Number for Sixty Eight International Trade Corporation, dated 10/22/03. |
| 142 | CVDI587-591 | 3 business cards and an AGDC pamphlet |
| 143 | CVDI622 | Letter from CVD to Peter Karl |
| 144 | CVDI608-12 | UBS Bank guaranty for $20 Billion and 2 pp from Indonesian passport of Halim Darma Kusuma |
| 145 | CVDI616/17 | UBS Bank guaranty for $1 million & letter re same from Halim D Kusuma CVD |
| 146 | CVDI606/7 | UBS Bank Guaranty for $20 bal bearing a photo of Halim D Kusuma |
| 147 | CVDI613/14 | Portions of passport for Halim D Kusuma |
| 148 | CVDI615 | PP from Republic of Singapore passport of Ramlan Bin Mohamed Sallem |
| 149 | CVDI618/19 | MA Secty of State Certificate that Int'l Recycle Investment Grp Import & Export Corp. was incorporated on 3/5/03 (619) Application for employer identification # for Int'l Recycle |

| | | |
|---|---|---|
| 150 | N/A | 7 pages of documents relating to UBS bank guarantees & passports bearing AGDC fax trail for 5/20/03 |
| 151 | #32 | Recording & translated transcript of 7/17/03 Conv. b/n CVD & Kevin S. Swindon |
| 152 | #33 | Recording & translated transcript of 7/24/03 Conv (#33) b/n CVD & KS |
| 153 | #34 | Recording & translated transcript of 7/28/03 Conv (#34) b/n CVD, KS Peter Karl, Kim Vo & John Chang |
| 154 | #35 | Recording & transcript of 8/5/03 Conv (#35) b/n CVD, Peter Karl & Ron Keating |
| 155 | #36 | Recording & transcript of 8/12/03 Conv (#36) b/n CVD & KS |
| 156 | #38 | Recording & transcript of 8/22/03 Conv (#38) b/n CVD KS & John Chang |
| 157 | CVDI549 | Asia Golden Dragon Corporation 2001 tax return |
| 158 | CVDI555 | International Diamond and Gem Inc. 2001 tax returns. |
| 159 | | 5 page Purchase Contract dated 3/4/03 On Uninettrade Corporation letterhead |
| 160 | | Franchise Cooperation Agreement dated 4/25/03 between AGDC & Sunray International Trade Corporation |
| 161 | | 4/27/03 Non-Circumvention/Non-Disclosure/Agreement between AGDC & David T. Vu |
| 162 | | 4/27/03 Nomination Decision appointing David Vu as Marketing Director of AGDC |
| 163 | | Copies of $50,000 check dated Apr 28, 03 (front and back) & page from bank statement |
| 164 | | 5 page Purchase Contract dated 4/29/03 between Hathanh Trading & Import-Export Co. Ltd. and Sunray International Trade Corp. |

| | |
|---|---|
| 165 | 8/28/03 Request for Official Check to Chase for $150,000 from David T. Vu |
| 166 | 9/25/03 Diplomatic Invitation on letterhead of PT. Aneka Metal Mulia to Duong Van Chuong, President, AGDC |
| 167 | 4 page Chase Bank statement for 8/22-9/22/03 for account held in the name of David Vu with an ending balance of $449,341.68 |
| 168 | 4 page Chase Bank statement for 9/23-10/22/03 for account held in name of David Vu with an ending balance of $0 |
| 169 | Chase Funds Transfer Application dated 10/17/03 from David (Dung) Vu to Minh D. Vu in the amount of $400,025.00 |
| 170 | Chase Debit Advice for $31,335.68 closing Acct. No. 359001643965 in the name of David Vu and copy of official check deposited to Int'l Diamond & Gem |
| 171 | 2 copies of Diplomatic Invitation dated 10/21/03 to Duong, Chuong Van, President, AGDC re Garment Transaction & Olympic Investment |
| 172 | Diplomatic Invitation dated 10/21/03 to Duong, Chuong, Va, President, AGDC re Garment Transaction and Investment |
| 173 | 10/21/03 Annex Extending Contract between Hathanh Trading & Import-Export Co. Ltd. and Tem Charoenchai Company LTD on Sunray Int'l Trade Corp. letterhead |
| 174 | Annex Contract regarding request to extend the validity of sales and purchase contract no. 01402SIT/03CT dated 10/23/03 on Sunray Int'l Trade Corp. letterhead |
| 175 | Annex Purchase Contract dated 10/23/03 between Hathanh Trading & Import-Export Co Ltd. and Tem Charoenchai Company Ltd. on Sunray Int'l Trade Corp. letterhead |
| 176 | Sale & Purchase Contract dated 12/1/03 |

| | | | |
|---|---|---|---|
| | | | b/n Pt. Aneka Metal Mulia & Red Phoenix Int'l Trade Corp. |
| 177 | | | Copy of $100,000 Check from Minh Vu to Ramlan M. Sallah |
| 178 | | | 12/12/03 fax copy of TDBN Record of $310,000 wire by Minh Vu to acct holder in Hong Kong |
| 179 | | | Bank of NH Bank Statement of Minh Vu for the period 12/6/03 - 1/5/04 showing a balance of $71,423.73 |
| 180 | | | Sale & Purchase Contract dated 12/8/03 b/n Red Phoenix Int'l Trade Corp. & Zhaoqing Jinlong Asia Garment Co. Ltd. in China |
| 181 | | | 10 Pages of handwriting by CVD |
| 182 | | | 8 Pages of handwriting by CVD |
| 183 | | | Xerox copy of Photo IDs (front & back) for Ty Phan & Kim Ann Dinh |
| 184 | | | 2/19/04 Letter from CVD in Vietnamese to Chi Giang Them |
| 185 | | | Recording and/or translations of voicemail messages left on David Vu's cellphone |
| 186 | A | CVD 24922 | Photo w/woman in head dress |
| 187 | B | CVD 24926 | Photo w/cranes in background |
| 188 | C | CVD 24927 | Photo of men on pavement |
| 189 | D | CVD 24929 | Photo in front of water fountains |
| 190 | E | CVD 24932 | Photo of meeting w/food |
| 191 | F | CVD 24933 | Photo on bridge |
| 192 | G | CVD 24937 | Photo bearing 9/03 date stamp |
| 193 | H | CVD 24913 | Photo w/Holim Darima Kusuma |
| 194 | I | CVD 24914 | Photo with framed photo of HD Kusuma (3rd Indonesian w/portrait) |

| | | |
|---|---|---|
| 195 | | 10 Page Handwritten letter from CVD to attorney at law dated 2/18/04 |
| 196 | | Currency Transaction Report (Form 4789) for David Vu |
| 197 | CVDI6354-57 | Chuong Van Duong's Immigration and Naturalization Service Application for Naturalization, dated 8/20/98 |
| 198 | Not Used | |
| 199 | N/A | Citizen's Bank a/c 110412-739-0 |
| 200 | N/A | Fleet Bank a/c 937317-0338 |
| 201 | N/A | Bank of Boston a/c 602-14388 |
| 202 | | Not Used |
| 203 | N/A | Asian American Bank a/c 210054490 |
| 204 | N/A | Citizen's Bank a/c 110732-581-9 |
| 205 | N/A | Bank of Boston a/c 14-12199 |
| 206 | N/A | Citizen's Bank a/c 110408-929-4 |
| 207 | N/A | Citizen's Bank a/c 113382-778-8 |
| 208 | N/A | Summary of bank accounts |
| 209 | N/A | Schedule of all deposits to bank accounts in Exhibits XX to XX |
| 210 | N/A | Summary (pie chart) of all deposits to bank accounts |
| 211 | N/A | Schedule of all disbursements from bank accounts in Exhibits XX to XX |
| 212 | N/A | Summary (pie chart) of all disbursements from bank accounts |
| 213 | N/A | Schedule of Investors and amounts invested |

| | |
|---|---|
| | <u>Chuong Van Duong tax returns (IRS certified)</u>: |
| 214 | 1994 IRS Certificate of Assessments, Payments, and other specified matters. |
| 215 | 1995 IRS Certificate of Assessments, Payments, and other specified matters. |
| 216 | 1996 IRS Certificate of Assessments, Payments, and other specified matters. |
| 217 | 1997 IRS Certificate of Assessments, Payments, and other specified matters. |
| 218 | 1998 IRS Certificate of Assessments, Payments, and other specified matters. |
| 219 | 1999 1040 |
| 220 | 2000 1040 |
| 221 | 2001 1040 |
| 222 | 2002 1040 |
| 223 | 2003 IRS Certificate of Lack of Record |
| | <u>Asia Golden Dragon Corporation returns (IRS certified)</u>: |
| 224 | 1995 IRS Certificate of Assessments, Payments, and other specified matters. |
| 225 | 1996 IRS Certificate of Assessments, Payments, and other specified matters. |
| 226 | 1997 IRS Certificate of Assessments, Payments, and other specified matters. |
| 227 | 1998 IRS Certificate of Assessments, Payments, and other specified matters. |
| 228 | 1999 1120 |
| 229 | 2000 1120 |
| 230 | 2001 1120 |

| | | |
|---|---|---|
| 231 | | Lack of record certification for 2002 and 2003 |
| | | <u>International Diamond and Gem Inc. tax returns (IRS certified):</u> |
| 232 | | 2001 IRS Certificate of Assessments, Payments, and other specified matters |
| 233 | | Lack of record certification for 2002 and 2003 |
| 234 | | Not Used |
| 235 | N/A | Certificate of Currency Transaction Report Filings |
| 236 | CVDI298 | Articles of Organization of Asia Golden Dragon Corporation, filed with Mass. Secretary of State on 3/20/95. |
| 237 | CVDI567 | Chuong Van Duong Financial Statement filed in Probate and Family Court Department, dated 1/15/03. |

The government respectfully reserves the right to revise this exhibit list.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

                    By: _____
                        PATRICK M. HAMILTON
                        MARK J. BALTHAZARD
Date: January 24, 2007    Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

    I, Patrick Hamilton, do hereby certify that a copy of the foregoing was served this date on counsel of record for the defendant via electronic filing.

Date: January 24, 2007            <u>   *s/Patrick Hamilton/*   </u>
                                        Patrick M. Hamilton