FROM: CHUONG VAN DUONG – Defendant
CRIMINAL CASE: 03-CR-10363-RCL
178 KINGSBURY AVENUE
HAVERILL, MA 01835
TEL & FAX: 978-373-4772

# MAY DAY CALL LETTER

JANUARY 24 2007

Honorable Judge Lindsay:

I am very unhappy and frighten at this time. I have to send this letter directly to you for the second time for helping me to be a victim of a glaring injustice.

I have been arrested and put in jail for over three years before any guilt placed against me. Today I received a letter from my assigned lawyers – Mr. George McMahon and Mr. Daniel Hovanesian wanted me to plea guilty. They also informed me that I cannot say anything in the court, and I have to plea guilty. If I don't do what they want, I will be put back into jail for another five more years.

I have to send this may day call letter to you immediately along with the witness names who are willing to testify for me in the court so that you will understand my innocence.

Honorable Judge Lindsay, please help me to resolve this case fairly since I am only depending on you and the law of the United States.

Sincerely,

*[signature]*

CHUONG VAN DUONG

*Jan 24, 2007 at 8.00 PM*