LAW OFFICE
## GEORGE C. MCMAHON
**MARINA BAY OF BOSTON**
**308 VICTORY ROAD**
**NO. QUINCY, MASSACHUSETTS 02171-3104**

TEL: (617) 770-0600
FAX: (617) 773-6934
E-Mail: mcmltmc@aol.com

January 25, 2007

*Delivered in Hand on January 25, 2007*
*Copy Delivered by Certified Mail*

Mr. Chuong Van Duong
c/o Kim Tranh
178 Kingsbury Avenue
Haverhill, MA 01853

Re:   *United States v. Chuong Van Duong*
      Criminal No. 03-10363

Dear Mr. Duong:

    We are writing this letter to memorialize the advice that we have been giving you.

    It is our opinion that you should plead guilty in this case. We do not believe that we can win this case, and we are reasonably sure that you will, upon conviction, receive a very substantial jail sentence. This is especially true if you choose to testify and the jury returns a guilty verdict.

    We remind you that the law is such that, despite whatever "good intentions" you had or "honest belief" that your investors would succeed; if the jury finds that you misrepresented your past successes, you can be found guilty. Below we have listed some (certainly not all) of the reasons we feel we will lose this case. We have discussed these matters on numerous occasions and, in fact, you appeared in court in September of 2006 scheduled to enter a "guilty" plea, but changed your mind at the last moment. We believe that tomorrow is your last chance to avoid a lengthy prison sentence. Please very carefully consider the below and our very intense discussions during office conferences over the past few days.

    (1)    We have no witnesses. None of your "contacts" from China, Vietnam, Indonesia or India will come to testify as to the validity of your business.

THE MAY DAY CALL HEART LETTER
( urgent & confidential )

① 

DATE : NOV 15, 2004
CRIMINAL : 03CR 10363.CRL
TOTAL : 13 Pages.

**FROM :** THE DIRECTORS OF BOARD
ASIA GOLDEN DRAGON CORP (AGDC)
( International Joint Venture CORP )
1550 HANCOCK ST. QUINCY, MA. 02169. USA
TEL : 617.770.5988  FAX : 617.770-5989

— MR. CHUONG VAN DUONG
ID : 36716. UNIT : E3 # 410
PLYMOUTH COUNTY CORRECTIONAL FACILITY
26 LONG POND. RD. PLYMOUTH, MA. 02360. USA

— THE INVESTOR SOURCING COMPANIES OF AGDC
— THE PARTNERSHIP SHAREHOLDER OF AGDC

**THROUGH TO :**

MR. GEORGE C. MC.MAHON : ATTORNEY AT LAW

⑬ … to the the Directors Board of AGL group and all the sourcing companies, all the partnership investor, shareholders of NTD, we do take the oath by law that, all the details of our May day call letter are true and the witness legally.

This letter written by English (front) and Vietnamese languages (back). It has value by US law.

We always hope and believe the fair and the clear of US law and your Conscien for our case sooner.

God bless you and your family good hea

*Best Regardes*.

Representatives of AGDC Group.

| Represented of AGDC | Consultant Director AG |
|---|---|
| *[signature]* | |
| MR. CHUONG VAN DUONG | MS. KIM D. VO |
| president | ATTORNEY AT LAW |
| Represented of UNIVET CORP | |
| | Represented of Horizon lot |
| *[signature]* | |

Witness for defendant
Chuong Van Duong

1) David Vu (signature)
Home: 379 Ocean Rd
Portsmouth, NH 03801
Phone: 603-433-1941
fax: 603-373-8052

2) Glenn Pham (signature)
Home: Quincy  (617) 840-3722
He went to VNam.

3) Kim Dung Tran (signature)
Home (617) 288-3939
1560 Dorchester Ave
Dorchester MA 02122
Cel Phone
(617) 416-2725

4) Kim Anh Dinh (signature)
Phone 617-884-2481

Home address: 240 REVERE BEACH PARKWAY
CHELSEA MA 02150

5) Henry Binh Van Trieu (signature)
Home: 11 Verdun St
Apt 1
Dorchester, MA 0215
Phone 617-953-8345

THE MAY DAY CRY FOR HELP LETTER
(Urgent & Confidential)

        DATE: October 15, 2004
        CRIMINAL: 03-CR-10363-RCL
        TOTAL: 13 Pages

FROM: THE DIRECTORS OF BOARD
    ASIA GOLDEN DRAGON CORP. (AGDC)
    (International Joint Venture)
    1550 HANCOCK STREET, QUINCY, MA 02169 USA
    TEL: (617) 770-5988  FAX: (617) 770-5989

- MR. CHUONG VAN DUONG
  ID # 36716, UNIT E-3, #410
  PLYMOUTH COUNTY CORRECTIONAL FACILITY
  26 LONG POND ROAD, PLYMOUTH, MA 02360 USA

- THE INVESTOR SOURCING COMPANIES OF AGDC
- THE PARTNERSHIP SHAREHOLDERS OF AGDC

THROUGH TO:
- MR. GEORGE C. MCMAHON – ATTORNEY AT LAW
  308 VICTORY ROAD, N. QUINCY, MA 02171 USA
  TEL: (617) 770-0600 FAX: (617) 773-6934

- MR. DANIEL G. HOVANESIAN – ATTORNEY AT LAW
  278 MYSTIC AVENUE #202, MEDFORD, MA 02155 USA
  TEL: (781) 395-9000 FAX: (781) 395-7046

CC: U.S. FEDERAL GOVERNMENT
   (The U.S. Department Relations)
- U.S. DEPARTMENT OF JUSTICE
  JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
  1 COURTHOUSE WAY – SUITE 9200
  BOSTON, MA 02210 USA
- THE HONORABLE JUDGE REGINALD C. LINDSAY
  U. S. DISTRICT COURT
  OFFICE OF THE CLERK
  UNITED STATES COURT HOUSE
  1 COURTHOUSE WAY – SUITE 2300
  BOSTON, MA 02210 USA

1

INFO:

- INVESTOR CUSTOMER:

- MR. HALIM DARMA KUSUMA- CHAIRMAN
- MR. RAMLAN M. SALLEH - INT'L ATTORNEY AT LAW
  PT ANEKA METAL MULIA
  ANEKA IAMBANG BUILDING 2ND FLOOR JL.LET.JEI
  TB SIMATUPANG NO. 1 JANJUNG BARAT
  JAKARTA SELATAN – INDONESIA
- THE INTERNATIONAL BUSINESS JOINT VENTURE OF AGDC

Dear Sir & Gentlemen:
  We are undersigned as below:
- The Directors of Board of AGDC
- The Directors of Sourcing Companies of AGDC
- The investor shareholders of AGDC

We all agreed to write this "Cry for Help" letter that is urgently sent to you. Please help us to make clear the matter of our business and for being a victim of a glaring injustice and my business is driven into a lamentable position.

  I.  TO BE DISPSOSSES OF PROPERTY, TO LOOSE THE POWER OF FREEDOM, AND TO BE ARRESTED IN PRISON

  About 5:30 p.m. on December 17, 2003, we had an appointment with State Street Bank in Quincy, MA about recycle investment project in United States at our office located at 1550 Hancock Street, Quincy, MA. Suddenly, there were ten people who were equipped with weapons attacked into our office and forced everyone at the scene not to make a move. They cut off all our security system and camera and handcuff Mr. Chuong Van Duong, President of AGDC Corp. in front of Ms. Kim D. Vo, Attorney At Law of AGDC and Mr. David Wu, an officer of State Street Bank.

  They then searched everywhere in our office and confiscated all our jewelry merchandise and all international business contracts and documents of AGDC (AGDC and International & Gems Corp. are in the located in the same office). They did not let us witness

2

their act or let Mr. Duong sign any reports for what they have taken from the office.

We were very frightened and puzzled, and we asked them for the search warrant and arresting order of U.S. Court, but they did not have and took Mr. Chuong to their car and put him into prison.

The next day, December 18, 2003, Mr. Duong appeared at the U.S. District Court of MA. The court has ordered to keep Mr. Duong in jail temporarily for investigation. They denied Ms. Kim D. Vo to be his attorney for his case even though she has been a consultant of law for ADGC for over five years. After that, they sent Mr. Duong to Rhode Island Correctional Facility in Rhode Island.

About two months later, Mr. Duong appeared to court the second time. Mr. Beryl W. Cohen was his defendant lawyer. Mr. Cohen has showed to the court many legal business activities of AGDC and Mr. Duong's over ten years of business activities in USA along with the witnesses to testify for him. There was no evidence that his business was illegal, and he was only an innocent victim. Mr. Cohen also requested the court to have Mr. Duong to be bailed out with Human Right Policy reasons - Mr. Duong was a wounded veteran 70% from the Vietnam War. He was a Vietnamese Officer in South Vietnam. He was captured by the North Vietnamese and was put in jail for eight years and his health condition was very bad. His family came to USA through the Human Right Organization on November 1993. One of his Sourcing Companies, Mr. David Vu, has used three houses that were worth $500,000 USD to bail Mr. Duong. But the court denied without any legal reasons.

After that, we decided to change to two new professional private lawyers to handle Mr. Duong's case – Mr. George C. McMahon and Mr. Daniel G. Hovanesian. But we were very disappointed and very painful to learn that the court kept cancelling the hearing date on Mr. Duong and delayed the case to nine more months. Total of 11 months that Mr. Duong has been in jail. Under U.S. Law, a person can only be kept in jail up to 120 days for investigation only! We were very puzzled and wondering that

3

there must be a dubious business in his case, or they have discriminated Mr. Duong's case?

II. THE LEGAL BUSINESS ACTIVITIES WITNESS AND THE EVIDENCE FOR THIS INNOCENT CASE

For the past eleven months, we have provided all legal documents for our business activities and witnesses through our two defendant lawyers, Mr. McMahon and Mr. Hovanesian to sen to the court, and to prove to the court that all our business activities of AGDC and Mr. Duong personally were legal and there were nothing wrong in our business. We will summarize and explain clearly the matter as follows

III. THE BUSINESS ACTIVITIES OF AGDC GROUP ARE LEGALY BASED ON THE SHAREHOLDER LAW OF U.S.

Based on the U.S. Shareholder Corporation Law, all the sourcing companies of AGDC Group were established with legal licenses for our business in USA. We have filed tax return annually and did not owe U.S. government any taxes. All investor partnership shareholders agreed to sign all legal documents such as Shareholder Certificate or Investor Certificate issued from AGDC, Appointment Order Certificate, Business card issued for investor, NCND form (None Circumventions and Non Disclosures). These documents are legal for investors in Directors of Board of AGDC and US corporation law. Each investor is a sourcing company of AGDC. They are in charged of their own business contract and the foreign companies by International Trade Law and US Trade together.

As the investor partnership of business franchise system of AGDC group, they can sign many business purchase contracts directly with the foreign companies which have the value in term from 1 to 10 years or more. That mean, any profit or loss activities in the company will be share equally with AGDC Corporation. Also, the investor money cannot be lost if AGDC Corporation do not file any bankruptcy and all activities are still going on by law.

IV. THE INTERNATIONAL BUSINESS OF AGDC GROUP LEGALLY PROTECTED BY THREE LAW SYSTEMS

Over the past ten years, our business activities of AGDC has step by step developed, and we have any international reputations and credits. We have signed many valuable international business contracts (Joint Venture Corp., Labor Processing Contracts, Purchase Contracts, Investment Contracts, and business service agreement). All of these business contracts were signed between us and the foreign countries. They have confirmed and guaranteed by National Notary Public of both countries, and they have value from one year to over ten years or more. They have also protected by the three law systems: U.S. law, Business Relation country law, and through International Trade law that were confirmed about it. This means all international business activities of AGDC Group are always safe, legal, and clear through the controlling of the three laws system above.

V. AN IDEAL INTERNATIONAL INVESTMENT RECYCLES AND HELP CHARITY PROJECT OF AGDC GROUP

Per the requests of many countries and the situation of USA today, all of us at AGDC Group and especially from Mr. Duong, we have set up an investment for Non-Profit Program about Recycles and Help Charity by International through two legal licences in USA under the names: International Help Charity and International Recycles Corp. We have signed joint venture corporation with USA, China, India, Indonesia, Nigeria about these investment.

These are good public and ideal planning with the main purposes as below:
- Preserving, Solving, Economizing, and Avoid wasting for a lot of national public health, Department of Public Environment, National Public Social Worker, and National Public Fund to get rid of all the rubbish ( such as paper, nylon, glasses, plastic, and used tires etc.)
- Today a lot of rich countries and poor countries do need to combine their efforts to solve the above environment problems. Therefore, we have combined the planning of Charitable Project along with Recycles Project to help the poor countries. There already are many rich countries donated for us all the rubbish commodities and all the poor

  countries need joint venture investment with us in recycling under many ways bellows:
- Investment joint venture with us by their land
- Investment joint venture with us by their labor
- Investment joint venture with us by their finance to help charity too

We do use all rubbishes to recycle into different things to help poor countries around the world. Also, every year United States Federal Government and State Government must spend billion of USD to destroy the rubbish in fifty states.

After many years of hard work that we have spent a lot of times and effort in the planning of Charitable Project along with the Recycles Program, we were very fortunate to have foreign investors willing to invest into these programs into the United States as follows:

 A. THE HELP CHARITY INVESTMENT TO USA THROUGH FLEET BANK WITH AGDC GROUP

  After we received all the documents from the foreign investors about the investment into the Charitable and Recycle Program, our Director of AGDC Group has discussed with Fleet Bank in Quincy, MA about investing $500 million USD into Help Charity Project in United States. We provided Fleet Bank all investment legal documents, companies licenses, joint venture corporation contract, and a bank guarantee certificate issued and confirmed from UBS escrow bank of the third country for the investor from Indonesia through their national Indonesia bank for their investment.

  Result:

  After two months waiting, the Fleet Bank refused to work with us on the investment from Indonesia, and they told us to wait for a better opportunity in the future. We, as AGDC Group, and investor from Indonesia were very disappointed and did not know the reason why Fleet Bank refused such an ideal investment.

6

### B. THE RECYCLE INVESTMENT INTO USA THROUGH STATE STREET BANK WITH AGDC GROUP

One more time, we tried to discuss with State Street Bank at Quincy, MA, about investing $1 billion USD into Recycle Investment Project.

Our Directors of Board of AGDC also discussed many times with two bank officers of State Street Bank on this investment. We provided them with all legal investment documents about joint venture investment contract, UBS bank guarantee certificate with nation pin number, passwords of Indonesia bank, investor's passport that confirmed this investment project is clear and legal.

Result:

After working eight months with the State Bank and our AGDC Group. State Street Bank requested the following terms for this investment:

- The AGDC Group and the Indonesia Investor must pay them 5% commission on the total value of investment project ($1 billion USD)
- The AGDC Group and the Indonesia Investor must buy Mutual Fund from State Street Bank

We, as AGDC Group, and the Indonesia investor cannot accept the terms that they asked because they were illegal by U.S. investment law and international law. As a result, UBS bank guarantee certificates was due to expire on October 14, 2003 after a long process from State Street Bank side (took them about 8 months). Then, State Street Bank told us that if we want to discuss further with them on this investment, we must extended the time on the USB bank guarantee certificate.

On the first week of October 2003, our AGDC Group went on a business trip to Indonesia to talk to their investors about State Street Bank requirements. The Indonesia investors knew the difficulties that we have dealt with State Street Bank in USA. They helped us to work directly with bank officers at Indonesia bank and UBS Escrow bank of the third country in Jarkata branch. They provided us with legal documents for the investment as bellows:

7

- An original UBS bank guarantee certificate of $1 billion USD with a new expiration date
- An original UBS bank guarantee certificate confirmed $5 billion USD value with new expiration date
- An UBS bank note certificate that has value $100 million USD with no benefit name to guarantee and confirm that their money were clear and legal.
- The Indonesia investor also provided us with a written document to confirm and guarantee with the United States if needed, that all the investment documents were clear and legal. They want State Street Bank to expedite the investment as soon as possible.

## VI. THE EMERGENCY OF OUR BUSINESS AND LAMENTABLE SITUATION OF AGDC GROUP

Mr. Chuong Van Duong has been in jail for over 23 months in which

- All of our business activities of AGDC Group have collapsed and were stagnant and have a great loss in our business.
- All our international business contracts have also collapsed and have great damages with other countries.
- All our business honors and credits have to suffer a loss as well as Mr. Duong's reputation. Who will be responsible for all of these?
  Mr. Duong has been in jail for over 23 months without seeing the judge. They took away his freedom and his business possession. His health currently is a warning sign.

## VII. OUR GOOD WILL AND THE URGENT REQUEST

- By the interest, credit, and reputation of the U.S. Government
- By the right, honor, credit of our AGDC Group, especially of Mr. Duong.

We always carry out and respect all the procedures and administration of the court and the law of the United States. We were sincere and patient, and we have expressed our good will through this cry for help and complaint letters. These letters were sent to the Judge, U.S. District Court, and to our attorneys – Mr. George C. McMahon and Mr. Daniel G. Hovanesian on November 15, 2004 to appeal and ask all of you to make clear this case for us as AGDC Group, and

8

especially for Mr. Duong for being a victim of a glaring injustice in United States Law.

However, we all were very disappointed and upset for being treated unfairly and Mr. Duong's case was delayed even more. The Court has denied all the reasons of Human Right Policy and his health to have Mr. Duong to be bail out and they continue to keep him in jail. They used many unreasonable excuses such as the authorities have to be on vacation, holidays, relatives were sick, hospital appointment, Mr. Duong has no relative in this country, risk of flight, or they have to switch a two new DA lawyers etc.

It looks as if there must be a dubious business in Mr. Duong's case. Or they discriminate his case or someone try to plot this case? Or did they make a mistake in keeping Mr. Duong in jail? Or problem of the two languages or the lack of responsibility on government side? They were indirectly and directly keeping Mr. Duong in jail for 23 months now and dispossess his citizen right. Mr. Duong has no chance to appear in court according to the Docket Report has stated the hearing for him. (The U.S. Law stated that the accused person can only be kept for investigation up to 120 days and has the right to the 70 days Speedy Court for decision). But Mr. Duong has been in jail for 23 months now and he was treated as a criminal without charges.

On August 22, 2005 at the U.S. District Court in Boston, Ms. Julia Duong, his daughter, came to the hearing that day and she has proved to the government of her father's background. She also has signed the paper to bail him out for his health condition and his old age, but the court again denied her request and moved the jury date to January 2006. Many times, the court did not act as stated in the Docket Report, and this time they did not allow Mr. Duong to appear in Court.

However, we have collected many documents from our clients who have sent their merchandise to our business Diamond & Gem Corporation in Quincy to sell for them, or merchandise needs to be fixed and repaired and we will receive commission from them after they were sold. However, we have compared these documents with the reports from the FBI's list, and we have found that they were incorrect (on the quantity and listing that they have confiscated in 35

9

boxes of cartons of our merchandise). For this reason, it has proved that there was a deceitful and dubious business in this case. The court also recommended and intimidated Mr. Duong to plead guilty of a charge even though he has many witnesses to defend for him and legal documents to prove the Mr. Duong has done nothing illegal with his business and he was strongly refused their act. We, therefore, have to send this cry for help letter to the Court, the Judge, and to our lawyers, and this letter was done in three different languages – Vietnamese, English and Chinese.

We will take our action to the State Officials, the Congress, and the United States government as well as the media, newspaper inside and outside United States, if we are treated unfairly in our case.

One more time, we proclaim an official statement – that we are not responsible for all the collapsed, delayed, interrupted, breaking of the contracts that have caused a great loss in our international contracts, investments, joint venture investments, and especially all the garment contracts invested in China, Vietnam, Indonesia, and Nigeria that have signed and notarized between the United States and these countries. There has been a big loss of business here and overseas and reputation on the part of United States as well as the involved foreign countries for all these times the Mr. Duong has been in kept in jail for investigation.

We were very sorry to see the collapse of the international investment for Recycles through Help Charity Non-Profit Organization, to help the poor and the sick around the world, and natural calamity. We have had many foreign countries invested in this business that the United States has called upon and has encouraged investment into this country. However, these international contracts have suffered a loss to the interest of the United States, as well as the operation of our business as a middle man broker, and our business is on the way to bankruptcy without the government's defend and U.S. Law, even though we had all the legal documents and have met all the requirements of tax filing.

Finally, we are calling upon the joint venture international company, all the United States officials, all the countries that have businesses

with AGDC Group, the media, radio, news, in this country as well as overseas, to help us with the unjust attitude before it is too late.
We asked you to make clear this matter in front U.S. Law and the return of Mr. Duong's freedom and possession since he is an innocent victim.

### VIII. WE TAKE THE OATH UNDER LAW

We are the Directors of Board of AGDC Group, and all the Sourcing Companies, all the investor partnership and shareholders of AGDC, we do take this oath by law that all the details in our May Day Cry Letter for Help are true before U.S. Law.

We always hope and believe in your conscious and fairness to make this matter clear for Mr. Duong's case.

God Bless you and your family in good health.

Best Regards,

*[signature]*

Representatives of AGDC Group
Mr. Chuong Van Duong

*Jan 24, 2007 at 8:00 PM*

*PS. This my letter I send you only.*

11

## THE ATTACHED LIST OF WITNESSES

1) 1) <u>MR. DAVID VU</u> – President of SUNRAY CORP.
   379 Ocean Road, Portsmouth, NH 03801 USA
   Tel: (603) 433-1941

2) <u>MS. KIM DUNG THI TRAN</u> – President of UNINET CORP.
   1560 Dorchester Avenue, Dorchester, MA 02122 USA
   Tel: (617) 288-3939

3) <u>MS. KIM ANH ĐINH</u> – Vice President of HORIZON CORP.
   240 Revere Beach Parkway #2, Chelsea, MA 02150 USA
   Tel: (617) 884-2481

4) <u>MR. GHENN MANH PHAM</u> – Vice President NEW HORIZON
   CORP. Tel: (617) 840-3722

5) <u>MR. MINH VU</u> – President of RED PHENIX CORP.
   379 Ocean Road, Portsmouth, NH 03801 USA
   Tel: (603) 433-1941

6) <u>MS. THEM TRAN</u> – Vice President of SUNRAY CORP.
   379 Ocean Road, Portsmouth, NH 03801 USA
   Tel: (603) 433-1941

7) <u>MR. TY PHAN</u> – President of NEW HORIZON CORP.
   240 Revere Beach Parkway #2, Chelsea, A 02150 USA
   Tel: (617) 884-2481

8) <u>MR. HENRY BINH</u> – Manager for Viet Nam
   Tel: (617) 953-8345

9) <u>MR. CHAU TAI</u> – Manager for Indonesia
   Tel: (714) 373-1432

10) <u>MR. & MRS. GOKO LISA</u> – Managers for Niegeria
    Tel: (617) 282-5846 – Cell: (617) 283-9037

12

11) <u>MS. HANH CHAU</u> - (Friend)
    1 Grove Avenue, Randolph, MA 02368 USA
    Tel: (781) 885-1346

12) <u>MS. DOTTI SANTONARCO</u> - (Friend – Real Estate)
    364 Washington Street, E. Walpole, MA 02032 USA
    Tel: (508) 641-1493 (Home)    (781) 749-8883 (Office)

13) <u>JULIA DUONG</u> - (Daughter)
    35 Union Avenue, Suite 101, Memphis, TN 38103 USA
    Tel: (901) 52502833 (Office)    (901) 767-7560 (Home)

14) <u>MS. CUC NGUYEN</u> - (Customer)
    3 Dracut Street #2, Dorchester, MA 02124 USA

15) <u>MS. NGO THI TUYET HOA</u> – (Customer)
    173 Hardward Street, Medford, MA 02155 USA
    Tel: (617) 306-7487