LAW OFFICE
## GEORGE C. MCMAHON
MARINA BAY OF BOSTON
308 VICTORY ROAD
NO. QUINCY, MASSACHUSETTS 02171-3104

TEL: (617) 770-0600
FAX: (617) 773-6934
E-Mail: mcmltmc@aol.com

January 25, 2007

*Delivered in Hand on January 25, 2007*
*Copy Delivered by Certified Mail*

Mr. Chuong Van Duong
c/o Kim Tranh
178 Kingsbury Avenue
Haverhill, MA  01853

Re:   *United States v. Chuong Van Duong*
      Criminal No. 03-10363

Dear Mr. Duong:

    We are writing this letter to memorialize the advice that we have been giving you.

    It is our opinion that you should plead guilty in this case. We do not believe that we can win this case, and we are reasonably sure that you will, upon conviction, receive a very substantial jail sentence. This is especially true if you choose to testify and the jury returns a guilty verdict.

    We remind you that the law is such that, despite whatever "good intentions" you had or "honest belief" that your investors would succeed; if the jury finds that you misrepresented your past successes, you can be found guilty. Below we have listed some (certainly not all) of the reasons we feel we will lose this case. We have discussed these matters on numerous occasions and, in fact, you appeared in court in September of 2006 scheduled to enter a "guilty" plea, but changed your mind at the last moment. We believe that tomorrow is your last chance to avoid a lengthy prison sentence. Please very carefully consider the below and our very intense discussions during office conferences over the past few days.

    (1)    We have no witnesses. None of your "contacts" from China, Vietnam, Indonesia or India will come to testify as to the validity of your business.

*Mr. Chuong Van Duong*
*January 25, 2007*
*Page Two*

 (2) The government has tapes of you grossly misrepresenting your business successes (see attached August 31, 2005 letter).

 (3) None of the investors ever made any money.

 (4) You have never made any money in your business dealings.

 (5) All of the investors' money was spent by you on either your personal expenses or travel.

 (6) The Rules of Evidence in criminal trials prohibit you from testifying as to conversations you may have had with any of your "business" contacts in another country.

 (7) If you testify at the trial and the Judge believes you lied, the jail sentence will be increased significantly.

As you know, we have discussed the above and many other reasons why we feel it is a serious mistake to go to trial in your case. This is your last chance. We urge you to enter a plea tomorrow.

Sincerely,

George C. McMahon

Daniel Hovahesian

Enc.

I, Chuong Van Duong hereby acknowledge receipt of this letter in hand this 25th day of January, 2007.

Chuong Van Duong