# URGENT REPORT

(CONFIDENTIAL)

FILED IN CLERKS OFFICE

DATE: JANUARY 30, 2007

U.S. DISTRICT COURT
DISTRICT OF MASS.

ATTN: HONORABLE JUDGE RIGINAL C. LINDSAY
U.S. DEPARTMENT OF JUSTICE
JOHN JOSEPH MOAKLEY U. S. COURTHOUSE
1 COURTHOUSE WAY – SUITE 9200
BOSTON, MA 02210 USA

Honorable Judge Lindsay:

We have been involving directly with all the details about Mr. Duong's case for over the past three years.

1.) **MS. KEVIN TREMBLY (Impartial Person)** – I have volunteered to translate in Vietnamese at no charge for Mr. Duong, and I have loan him $50,000 USD to pay the attorney fee for his two lawyers – Mr. George C. McMahon and Mr. Daniel G. Hovanesian. I know Mr. Duong is a good man, and he has done a great deal in charity works.

2.) **MS. HANH CHAU (Impartial Person)** – I have voluntarily used the equity on my house and be a Sponsor for Mr. Duong to bail him out. I am also helping him to translate all his evident documents into Vietnamese and English at no charge. I have known him well through my real estate business activities, and Ms. Kim D. Vo is my in-law relative who worked with him for five years.

3.) **MS. KIM DUNG THI TRAN (Investor Franchise Company)**
I have voluntarily used my house to sponsor Mr. Duong and bail him out. He is living at my house for over six months now. I had directly known all his business activities are real, and I am sure that he is an innocent victim.

Now Mr. Duong and we agree to sign below to verify that:

WITNESSES: There were many witnesses who have signed and testified for Mr. Duong when Judge Joyce London Alexander in charge of the case.

ALFORD PLEA CONDITIONAL AGREEMENT: Mr. Duong has showed his goodwill to accept the Alford Plea under the conditional agreement that he had expressed with his lawyers in order to end the case sooner – Mr.

George C. McMahon and Mr. Daniel G. Hovanesian (Attached evidence documents)

**IMPORTANT URGENT REPORT** - There was a prolong of times on negotiations of Mr. Duong's case. We need to alert you that there is a dubious affair of some power party who are trying to harm Mr. Duong with their dirty plot, and they can cause risky to him that we need to bring to your attention right now.

Once more time, we need to send this urgent report to you, and we all hope that you will look into this case with fairness and with your conscience before the U.S. Law.

We all wish you good health to continue the work that the U.S. Justice is entrusting in you.

Sincerely,

*[signature]*

CHUONG VAN DUONG


Ms. KEVIN TREMBLY (Tel: 978-973-9206)

*[signature]*
Signature

Ms. HANH CHAU (Tel: 781-885-1346)

*[signature]*
Signature

Ms. TRAN THI KIM DUNG (Tel: 978-373-4772)

*[signature]*
Signature

P.S. Ms. Hanh Chau has translated this report into Vietnamese and English version.

2