## CONDITIONAL AGREEMENT

FILED
IN CLERKS OFFICE

2007 FEB -1  P 1:38

U.S. DISTRICT COURT
DISTRICT OF MASS

DATE: JUNE 30, 2006

FROM: CHUONG VAN DUONG, DEFENDANT
CRIMINAL CASE #: 03-CR-10363-RCL
178 KINGSBURY AVENUE
HAVERILL, MA 01835
TEL: 978-373-4772

TO:  MR. GEORGE C. MCMAHON           MR. DANIEL G. HOVANESIAN
     308 VICTORY ROAD                278 MYSTIC AVENUE #202
     N. QUINCY, MA 02171             MEDFORD, MA 02155
     TEL: 617-770-0600               TEL: 781-395-9000
     FAX: 617-773-6934               FAX: 781-395-7046

Dear Sirs & Madam:

Thank you very much for the letter I just received from the law office of Mr. Daniel G. Hovanesian dated June 21, 2006 about my case.

However, I have read the letter and the explanation about the ALFORD PLEA at the meeting on June 15, 2006 at the law office of Mr. McMahon in Quincy with Mr. Daniel G. Hovanesian. I do not fully understand the meaning of ALFORD PLEA, and I do not find that it was written in the U.S. Law about these words. Therefore, I have a few questions for you and my requests as follows:

1) Why do you strongly recommend that I should accept "ALFORD PLEA"?

   a) Please give me specific details why you want to do this way
   b) How much chance that I will win?
   c) What does the likelihood of conviction will be in by the percentage?

2) If I accept the "ALFORD PLEA" agreement, what impact will this have on my future business here in the United States as well as

    international business? Can I still conduct my international business projects?

3) Agreement and Requirements

If the main meaning of "ALFORD PLEA" is exactly legally by U.S. Law and that it confirms my legal right and fairness, I am willing to accept this agreement under the below requirements:

- I will have my complete freedom back and my case will not be recorded in paperwork by law
- I will restore my rights as the permanent citizen of U.S.
- All my jewelry merchandise and documents that were confiscated by FBI will be returned to me
- I will have all the rights and freedom to continue to conduct my business here in the United States and business oversea in the future

Once more time, if all my demands above and your "ALFORD PLEA" agreement is a good opportunity for both sides to terminate the case by June 30, 2006, I am willing to accept the "ALFORD PLEA" as you had offered.

This letter is valid by law and is written in English and Vietnamese. I have faxed it to you on time on June 30, 2006 to make it easy for you to verify and prepare the document.

Sincerely,

*[signature]*

Chuong Van Duong

P.S. This letter will be typed by my sponsor, Ms. Hanh Chau. She will fax it to your office in good English format and clearer for you to understand.

2

# GIÁY THỎA THUẬN CÓ ĐIỀU KIỆN

NGÀY: 30/6/2006

FROM:  CHƯƠNG VĂN DƯƠNG – Kháng Cáo
       178 KINGSBURY AVENUE
       HAVERILL, MA 01835
       TEL: 978-373-4772

TO:    MR. GEORGE C. MCMAHON – ATTORNEY AT LAW
       308 VICTORY ROAD
       N. QUINCY, MA 02171 USA
       TEL: 617-770-0600
       FAX: 617-773-6934

       MR. DANIEL G. HOVANESIAN – ATTORNEY AT LAW
       278 MYSTIC AVENUE #202
       MEDFORD, MA 02155
       TEL: 781-395-9000
       FAX: 781-396-7046

Kính thưa Quí Vị,

Rất cám ơn tôi đã nhận được văn thư của luật sư Daniel G. Hovanesian đề ngày 21-6-2006 về án vụ của tôi.

Tuy nhiên tôi không hiểu đầy đủ ý nghĩa về chữ "ALFORD PLEA" và cũng không tìm thấy có điều luật nào của Luật Pháp Hoa Kỳ xác nhận về "ALFORD" như thế nào?! Mặc dầu tôi có được luật sư Daniel giải thích trong cuộc họp tại văn phòng của luật sư McMahon hôm 15/6/2006. Nên tôi có một số câu hỏi và yêu cầu dưới đây:

1) Tại sao các ông lại mạnh dạn tái yêu cầu tôi phải nhận "ALFORD PLEA"?

   A) Xin cho tôi biết chính xác nội dung chi tiết chính và các ông cảm nghĩ gì về cách làm này?
   B) Có thay đổi gì và bao nhiêu phần trăm tôi thắng vụ án này? Và có chắc thắng trong thời gian nào?

1

2) Nếu tôi bằng lòng "ALFORD PLEA", tôi có lợi gì cho tương lai của tôi và các sinh hoạt buôn bán trong nước và quốc tế của tôi vẫn được tiếp tục?

3) Thỏa thuận và yêu cầu:

Nếu chữ "ALFORD PLEA" có nghĩa và được bảo đảm cho tôi các quyền lợi pháp lý dưới đây thì tôi sẵn sàng tiếp nhận.

- Tôi được trả tự do hoàn toàn và không ghi can án trên văn bản pháp lý

- Tôi được phục hồi quyền công dân

- Tôi được trả lại tất cả giấy tờ tài liệu và các hàng hóa quí kim đã bị FBI tịch thu

- Tôi có toàn quyền được tự do buôn bán, sinh hoạt trên đất Mỹ và quốc tế trong tương lai

Một lần nữa, nếu những yêu cầu hợp lý của tôi nêu trên và cơ hội "ALFORD PLEA" mà quí vị đã dành cho tôi, để hai bên đi đến chỗ chấm dứt án vụ của tôi trong thời gian ngắn nhất ấn định ngày 30/6/06. Thì tôi sẵn sàng chấp nhận từ "ALFORD PLEA" nêu trên.

Bản văn này được viết bằng Anh và Việt ngữ có giá trị pháp lý, được gửi bằng fax qua cho quí vị để kịp thời gian và xác minh trên giấy trắng mực đen để quí vị dễ làm việc.

Chân thành cám ơn

*[signature]*

DƯƠNG VĂN CHƯƠNG

TB - Bản văn này được viết và dịch lại thành văn bản rõ rang bằng Anh ngữ và Việt ngữ, qua sự phiên dịch của người bảo trợ của tôi là bà Hanh Chau sẽ gửi bổ sung đến cho quí vị.

2

# BỐ CÁO KHẨN
## (MẬT)

NGÀY: 30-1-2007

ATTN: Ngài Quan Tòa: REGINAL C. LINDSAY
U.S. DEPARTMENT OF JUSTICE
JOHN JOSEPH MOAKLEY U.S. COURTHOUSE
1 COURTHOUSE WAY – SUITE 9200
BOSTON, MA 02110 USA

Kính Gửi Ngài Quan Tòa:

    Chúng tôi là những người trực tiếp mọi diễn biến chi tiết về án vụ của ông Dương, kéo dài suốt hơn 3 năm qua.

    1) <u>Bà KEVIN TREMBLY</u>: (Vô Can) - Tôi đã tự nguyện, vô vị lợi làm thông dịch miễn phí và cho ông Dương vay $50,000 Mỹ Kim trả phí cho hai luật sư – George C. McMahon và Daniel G. Hovanesian, khi biết ông Dương là người tốt và làm từ thiện nổi tiếng.

    2) <u>Bà HANH CHAU</u>: (Vô Can) – Tôi đã tự nguyện thế chấp nhà làm Sponsor giúp ông Dương được hầu tra tại ngoại, vô vị lợi và dịch thuật các chứng từ, tài liệu cho án vụ ông Dương vì tôi biết ông Dương là người thật việc thật qua bà Luật Sư Kim D. Vo là họ hàng với gia đình tôi, đã làm luật sư cố vấn pháp lý cho công ty ông Dương trên 5 năm qua.

    3) <u>Bà TRAN THI KIM DUNG</u>: (Phân Công Ty đầu tư trực thuộc) Tôi đã tự nguyện bỏ nhà thế chấp Sponsor cho ông Dương được hầu tra tại ngoại ở nhà tôi đã 6 tháng qua. Khi tôi trực tiếp chứng kiến mọi thương vụ của ông Dương là thật và ông Dương là người vô tội.

    Nay, chúng tôi cùng ông Dương đồng ký tên dưới đây xác nhận:

<u>Nhân Chứng</u> – Ông Dương có rất nhiều người ký tên làm chứng và đã từng phát thệ trước tòa án (thời Quan Tòa Joyce London Alexander)

<u>Thỏa thuận ALFORD PLEA có điều kiện</u>: ông Dương đã tỏ thiện chí chấp thuận ALFORD PLEA để sớm giải quyết án vụ này qua thỏa thuận có điều kiện giữa 2 luật sư George C. McMahon and Daniel G. Hovanesian đính kèm.

<u>Khẩn Báo</u> – Qua nhiều sự kiện kéo dài án vụ ông Dương suốt thời gian qua và gần đây, chúng tôi khẩn cảnh báo rằng: có cái gì đó mờ ám, đồng lõa của một số thế lực cố tình hãm hại ông Dương trong một âm mưu đen tối bẩn thỉu, và có thể nguy hiểm đến tính mạng của ông Dương mà chúng tôi cần báo động trước.

Một lần nữa chúng tôi không còn cách nào khác, bằng cách viết thư này hy vọng vào lương tâm và lòng công bằng cố hữu của Ngài làm sáng tỏ án vụ ông Dương trước luật pháp.

Kính chúc Ngài mạnh khỏe, để tiếp tục sự nghiệp cao cả mà luật pháp Hoa Kỳ đang trao phó cho Ngài phụ trách.

Trân Trọng

*[signature]*

DƯƠNG VĂN CHƯƠNG

Bà <u>KEVIN TREMBLY</u> (Tel: 978-973-9706)

*[signature]*

Ký Tên

Bà <u>HANH CHAU</u> (Tel: 781-885-1346)

*[signature]*

Ký Tên

Bà <u>TRAN THI KIM DUNG</u> (Tel: 978-373-4772)

*[signature]*

Ký Tên

P.S. Bản văn này được viết thành Anh Việt và do Bà Hạnh Châu dịch.

2