UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CRIMINAL NO. 03-10363-RCL |
| CHUONG VAN DUONG, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S MOTION TO EXTEND
UNTIL FRIDAY, FEBRUARY 16, 2007 THE GOVERNMENT'S TIME
WITHIN WHICH TO SUBMIT TO THE PROBATION OFFICE
A STATEMENT OF THE DEFENDANT'S OFFENSE CONDUCT**

Now comes the United States of America, by and through the undersigned counsel, and hereby moves to extend from Friday, February 2, 2007 until Friday, February 16, 2007 the government's time within which to submit to the Probation Office a statement of the defendant's offense conduct in connection with the preparation of a Pre-Sentence Report. In support of its motion, the government sets forth the following:

1. The defendant in the above entitled case, Chuong Van Duong ("Duong"), unexpectedly pled guilty on Friday, January 26, 2007. Thereafter, the Court issued a procedural order directing the government to submit to the Probation Office by the following Friday, February 2, 2007, a statement of the defendant's offense conduct.

2. Of the two prosecutors currently assigned to this matter, Assistant U.S. Attorney Patrick M. Hamilton ("AUSA Hamilton") is much more familiar with the overall facts of the case. However, AUSA Hamilton was out of the office on sick leave on Friday, February 2 and Monday, February 5, 2007.

3. Moreover, ever since Duong entered his guilty plea in this matter, AUSA Hamilton has had to devote considerable attention to preparing appellate briefs in opposition to the

consolidated sentencing appeals in <u>United States v. Jhon Jairo Arango and Dario Osorio Norena</u> (USDC Criminal No. 00-10224-RCL; COA Nos. 06-1318 and 1319) and in connection with another defendant's appeal from the denial of his Rule 33 motion for a new trial in <u>United States v. James E. Manning</u> (USDC Criminal No. 01-10151-WGY; COA No. 06-2502).  In both of the foregoing matters, the government's briefs are due to be filed later this month and must first be reviewed by the Appeals Unit of the U.S. Attorney's Office.

   4. Since Duong is not scheduled to be sentenced until June 4, 2007, Duong will not be prejudiced by the two-week continuance requested by the government.  Similarly, if the Court grants the government's motion, the Probation Office still will have ample time within which to complete its Pre-Sentence Report.

   For all the foregoing reasons, the government respectfully requests that this Honorable Court grant the government's motion to extend until February 16, 2007 its time within which to submit to the Probation Office a statement of the defendant's offense conduct.

                  Respectfully submitted,

                   MICHAEL J. SULLIVAN
                   United States Attorney

             By: *s/Patrick M. Hamilton/*
                   MARK J. BALTHAZARD
                   PATRICK M. HAMILTON
                   Assistant U.S. Attorneys
                   U. S. Attorney's Office
                   John Joseph Moakley
                     United States Courthouse
                   1 Courthouse Way, Suite 9200
                   Boston, MA  02210
Date: February 7, 2007         (617)748-3100

**CERTIFICATE OF SERVICE**

     I, Patrick Hamilton, do hereby certify that a copy of the foregoing was served this date on counsel of record for the defendant via electronic filing.

Date: February 7, 2007                          *s/Patrick Hamilton/*
                                                               Patrick M. Hamilton