UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 03-10363-RCL |
| v. ) | |
| ) | |
| CHUONG VAN DUONG, ) | |
| Defendant ) | |

<u>WITHDRAWAL OF APPEARANCE</u>

    I hereby request that the Court withdraw my appearance as attorney for the United States in this case. Assistant U.S. Attorneys Patrick Hamilton and Mark Balthazard have entered their appearances on behalf of the United States. In addition to withdrawing my appearance as attorney for the United States, I request that my name and e-mail address be deleted from the list of persons receiving electronic notice of filings in this case.

                                            Respectfully submitted,

                                            <u>/s/ Peter A. Mullin</u>
                                            PETER A. MULLIN

Dated: February 7, 2007