UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 03-10363-RCL |
| CHUONG VAN DUONG, Defendant | ) ) ) ) | |

**GOVERNMENT'S REQUEST FOR EVIDENTIARY HEARING**

The government requests an opportunity to present testimony at the June 4, 2007 sentencing hearing to assist the Court in deciding two factual issues: whether the loss calculation includes the $410,000 from the Vu family; and whether Duong should receive a two-level enhancement for his role in the offense.  The government anticipates calling no more than two witnesses, and that their testimony will be brief.

In its Sentencing Memorandum, the government has described the evidence already in the record which it contends is more than sufficient for the Court to conclude that the $410,000 should be included (pg. 5-8) and the role enhancement imposed (pg. 1-5). As the government notes in its Memorandum, if the Court is not persuaded by the current record, it is prepared to present the testimony of David and Minh Vu.  Because most of the facts concerning the Vu family contained in the PSR are uncontested by Duong, the testimony to be elicited will be focused and brief.

For all the above reasons, and those set forth in the

1

Government's Sentencing Memorandum, the government requests an evidentiary hearing at sentencing.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      UNITED STATES ATTORNEY

                                      /s/ Mark J. Balthazard
                                      PATRICK M. HAMILTON
                                      MARK J. BALTHAZARD
                                      Assistant U.S. Attorneys

                        Certificate of Service

I hereby certify that on May 30, 2007, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                      /s/ Mark J. Balthazard
                                      MARK J. BALTHAZARD
                                      Assistant U.S. Attorney