

## ASIA GOLDEN DRAGON CORPORATION

金　龍　大　亞　商　行
INTERNATIONAL  INVESTMENT  IMPORT - EXPORT  &  SERVICES
國　　際　　合　　作　　出　　入　　口

1550 HANCOCK STREET, QUINCY, MA, 02169, USA
TEL 617-770-5988 FAX 617-770-5989
Web: asiagoldendragon.com  Email: chuong_agdc@hotmail.com

From: Duong Van Chuong, President
Asia Golden Dragon Corporation
1550 Hancock St., Suite A, Quincy, MA 02169, USA
Tel 617-770-5988 Fax 617-770-5989

No.: 410 / AGDC03
Date April 10, 2003

### Verification

To whom it may concern:

This is to verify that Mr. John K. Chang is currently employed by our company as clerk and he works a total of 30 hours a week at rate of $6.50 per hour. His weekly salary is $US195.00 (one hundred and ninety five US Dollars per week).

Please don't hesitate to contact for further information if required

Best regards,

*[signature and company seal]*

DUONG VAN CHUONG
President

CVD20898



# ASIA GOLDEN DRAGON CORPORATION

金　龍　大　亞　商　行

INTERNATIONAL  INVESTMENT  IMPORT - EXPORT  &  SERVICES

國　　際　　合　　作　　出　　入　　口

1550 HANCOCK STREET, QUINCY, MA, 02169, USA
TEL 617-770-5988 FAX 617-770-5989
Email: chuong_agdc@hotmail.com

From: Duong Van Chuong, President
Asia Golden Dragon Corporation
1550 Hancock St., Suite A, Quincy, MA 02169, USA
Tel 617-770-5988 Fax 617-770-5989

No.:   1108 / AGDC02
Date   Nov. 8, 2002

### Verification

To whom it may concern:

This is to verify that Mr. John K. Chang is currently employed by our company as clerk and he works a total of 40 hours a week at rate of $6.50 per hour. His weekly salary is $US260.00 (two hundred and sixty US Dollars per week).

Please don't hesitate to contact for further information if required

Best regards,

*[signature]*

**DUONG VAN CHUONG**
*President*

CVD20901

To Whom It May Concern:                     Date: Nov. 22, 2002

## WAGE STATEMENT

Name of employer: _Asia Golden Dragon Corp._

Address: _1550 Hancock St., Quincy MA 02169_

Telephone: ( 617 ) 770-5988

Employee's Name: _JOHN K. CHANG_

Social Security # _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_

Hourly rate                                      $6.50 / hour

Number of Hours Weekly / Monthly                 ≈ 18 hours / week

Weekly Salary (gross)                            /

Biweekly / Bi monthly Salary (gross)             /

Monthly Salary (gross)                           $480.00 / month (part time)

Employee's Share of Health Insurance             None

Employer Signature: _Chuong Duong_

Print Name: _CHUONG VAN DUONG_

Position: _PRESIDENT_



Please Put Company Stamp

DUONG VAN CHUONG
President

CVD20902

 

## ASIA GOLDEN DRAGON CORPORATION

金　龍　大　亞　商　行

INTERNATIONAL　INVESTMENT　IMPORT - EXPORT & SERVICES

國　　際　　合　　作　　出　　入　　口

1550 HANCOCK STREET, QUINCY, MA, 02169, USA
TEL 617-770-5988 FAX 617-770-5989
Email: chuong_agdc@hotmail.com

From: Duong Van Chuong, President
Asia Golden Dragon Corporation
1550 Hancock St., Suite A, Quincy, MA 02169, USA
Tel 617-770-5988 Fax 617-770-5989

No.:  423 / AGDC02
Date  April 23, 2002

### Verification

To whom it may concern:

This is to verify that Mr. John K. Chang is currently employed by our company as clerk and he works a total of 40 hours a week at rate of $6.50 per hour. His weekly salary is $US260.00 (two hundred and sixty US Dollars per week).

Please don't hesitate to contact for further information if required

Best regards,

DUONG VAN CHUONG
*President*

CVD20903

**Chauncy House**
115 Chauncy Street
Boston, MA 02111-1740
Telephone: (617) 426-1636, Fax: (617) 426-6235

| **Verification of Employment** |

To: Ariel Golden Dream Corp
1550 Hancock St.
Quincy, MA 02169

Re: John Chaney
115 Chauncy St #406
Boston, MA 02111
SSN: 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

The above referenced person has applied or is living in a development governed by the Low Income Housing Tax Credit (LIHTC), and/or the U.S. Department of Housing & Urban Development (HUD). LIHTC/HUD requires the housing owner to verify all information that is used in determining this persons eligibility or level of benefits. We ask your cooperation in providing the following information and returning it in the **enclosed self-addressed, stamped envelope.** Your prompt return of this information will help to assure timely processing of the application for assistance. The applicant/resident has consented to this release of information as shown below.

Information Requested by: _____  Date: 10/8/01
Authorized Representative/Managing Agent

**Employment Data:**

When did this person start employment at this firm?  04 - 1999
Has this person worked continuously since the above date?  Yes ✓  No ___
Occupation Description
    Part Time ___   Full Time ✓   Seasonal ___
Funded under Job Training Partnership Act; Title V; other government program? (please specify)_____
Number of hours worked per week 20 (If this varies, please use an average)

**Compensation Data:**

Please base answers on employee's **gross** wages.

Method of Employee Payment:  Check all that apply
    1) Salary ___   2) Hourly Rate ✓   3) Commission ___   4) Other ___

) For **Salary**: Describe current arrangement $_____ per _____
Will this salary change in the next 12 months? Yes ___  No ___
If so, new amount $_____ Effective Date _____

) For **Hourly Rate**: Current gross rate per hour $ 7.80
Will this rate change in the next 12 months? Yes ___  No ✓
If so, new amount $_____ Effective Date _____

Average number of hours worked per week 20
Will these hours change in the next 12 months? Yes ___  No ✓
If so, new amount _____ Effective Date _____

Does the employee work overtime? Yes ___ No ✓
Average number of overtime hours per week ___ Rate of Pay for overtime $_____
Will these hours change in the next 12 months? Yes ___ No ___
If so, new amount _____ Effective Date _____

CVD20905

...ssion Pay: Any base pay amount $_____ per _____
...mmissions per month $_____
...amount change in the next 12 months? Yes ____  No____
...w amount _____ Effective Date _____

Other Pay Set-up: Including tips, bonuses, or any form of compensation. Describe and list amounts and pay period.

| Type of Pay | Amount | Monthly___ Yearly___ average(check one) |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

Do you anticipate a change in pay in the next 12 months? Cost of living adjustments, automatic pay raise, etc. Yes___ No___   If yes, new pay rate _____ Effective date _____

5) Please estimate the annual amounts the employee earned during the last 12 months from the following sources:

Wages or Salary: $ _7.800 per year_

Commission: $_____   Overtime $_____   Tips: $_____   Bonus $_____   Other $_____

---

Benefits Data:

Does your firm have a scheduled shut-down period each year? Yes___  No ✓
If yes, when? _____ How long? _____
Are employees compensated?  Yes___ No___

---

Employer Verification:

_DUONG VAN CHUONG, PRESIDENT_                    _Chung Duong_
Print Name & Title of person supplying this information        Signature & Date

_Asia Golden Dragon Corp._                       _617-770-5988_
Name of Firm/Organization                         Telephone #

---

**You do not have to sign this form if either the requesting organization or the organization supplying the information is left blank**

I, _Yohn Chanh_ _____ hereby authorize the release of the information to the individual named above. Information obtained under this consent is limited to information that is no older than 12 months. There are circumstances which would require the owner to verify information that is up to 5 years old, which would be authorized by me on a separate consent attached to a copy of this consent. I understand that a photocopy of this authorization is as valid as the original.

Signature of Applicant/Resident: _P_____  Date: _10/5/01_

---

**Penalties for Misusing this Consent:** Title 18, Section 1001 of the U.S. Code states that a person is guilty of a felony for knowingly and willingly making false or fraudulent statements to any department of the United State Government. HUD, the PHA and any owner (or employees of HUD, the PHA or the owner) may be subject to penalties for unauthorized disclosures or improper uses of information collected based on the consent form. Use of the information collected based on this verification form is restricted to the purpose cited above. Any person who knowingly or willfully requests, obtains or discloses any information under false pretenses concerning an applicant or participant my be subject to a misdemeanor and fined not more than $5000. Any applicant or participant affected by negligent disclosure or information may bring civil action for damages, and seek other relief, as may be appropriate, against the officer or employee of HUD, the PHA or the owner responsible for the unauthorized disclosure or improper use.  HUD Change 26 9/94-TCB Form 11/99



**ASIA GOLDEN DRAGON CORPORATION**
金　龍　大　亞　商　行
INTERNATIONAL INVESTMENT IMPORT-EXPORT & SERVICES
國　際　合　作　出　入　口
1550 HANCOCK ST., QUINCY, MA 02169, USA
TEL 617-770-5988   FAX 617-770-5989
Web: asiagoldendragon.com  E-mail: chuong_agdc@hotmail.com

From: Duong Van Chuong, President
Asia Golden Dragon Corporation
1550 Hancock St., Suite A, Quincy, MA 02169, USA
Tel 617-770-5988 Fax 617-770-5989

No.:   1112 / AGDC01
Date   November 12, 2001

### Verification

To whom it may concern:

This is to verify that Mr. John K. Chang is currently employed by our company as clerk and he works a total of 40 hours a week at rate of $7.00 per hour. His weekly salary is $US280.00 (two hundred and eighty US Dollars per week).

Please don't hesitate to contact for further information if required

Best regards,

DUONG VAN CHUONG
*President*

CVD20908



## ASIA GOLDEN DRAGON CORPORATION
### 金 龍 大 亞 商 行
### INTERNATIONAL INVESTMENT IMPORT-EXPORT & SERVICES
### 國 際 合 作 出 入 口

1550 HANCOCK ST., QUINCY, MA 02169, USA
TEL 617-770-5988   FAX 617-770-5989
Web: asiagoldendragon.com   E-Mail: chuong@asiagoldendragon.com

From:  Duong Van Chuong, President
Asia Golden Dragon Corporation
1550 Hancock St., Suite A, Quincy, MA 02169, USA
Tel 617-770-5988 Fax 617-770-5989

No.:   423 / AGDC01
Date   April 23, 2001

### Verification

To whom it may concern:

This is to verify that Mr. John K. Chang is currently employed by our company as clerk and he works a total of 40 hours a week at rate of $6.75 per hour. His weekly salary is $US270.00 (two hundred and seventy US Dollars per week).

Please don't hesitate to contact for further information if required

Best regards,

**DUONG VAN CHUONG**
*President*

CVD20910

**Chauncy House**
*115 Chauncy Street*
*Boston, MA 02111-1740*
*Telephone: (617) 426-1636, Fax: (617) 426-6235*

| **Verification of Employment** |

To: Asian Golden Dragon Corp  
1444 Dorchester Ave Suite #4  
Dorchester MA 02122

Re: John K. Chaung  
115 Chauncy St #808  
Boston MA 02111

SSN: 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

e above referenced person has applied or is living in a development governed by the Low Income Housing Tax Credit (LIHTC), and/or the U.S. partment of Housing & Urban Development (HUD). LIHTC/HUD requires the housing owner to verify all information that is used in determining this sons eligibility or level of benefits. We ask your cooperation in providing the following information and returning it in the **enclosed self-addressed, mped envelope**. Your prompt return of this information will help to assure timely processing of the application for assistance. The applicant/resident consented to this release of information as shown below.

ormation Requested by: _[signature]_   Date: 10/27/00
Authorized Representative, Managing Agent

**iployment Data:**

ien did this person start employment at this firm?     04-1999
s this person worked continuously since the above date?     Yes ___ No ✓
cupation Description
        Part Time ___     Full Time ✓     Seasonal ___
ided under Job Training Partnership Act; Title V; other government program? (please specify)___
mber of hours worked per week  40  (If this varies, please use an average)

**mpensation Data:**

ase base answers on employee's **gross** wages.

thod of Employee Payment:    Check all that apply
    1) Salary ___    2) Hourly Rate ✓    3) Commission ___    4) Other ___

'or **Salary**: Describe current arrangement $____ per ____
ll this salary change in the next 12 months? Yes ___  No___
o, new amount $____ Effective Date ____

'or **Hourly Rate**: Current gross rate per hour $ 6.75
ll this rate change in the next 12 months? Yes ___  No ✓
o. new amount $____ Effective Date ____

rage number of hours worked per week  40
] these hours change in the next 12 months? Yes ___  No ✓
). new amount____ Effective Date ____

s the employee work overtime? Yes___ No ✓
rage number of overtime hours per week ____ Rate of Pay for overtime $____
] these hours change in the next 12 months? Yes___ No___
). new amount____ Effective Date ____

CVD20912

3) For **Commission Pay**: Any base pay amount $_____ per \_\_\_\_\_.
Average Commissions per month $_____
Will this amount change in the next 12 months? Yes \_\_\_\_ No\_\_\_\_
If so, new amount_____ Effective Date _____

4) **Other** Pay Set-up: Including tips, bonuses, or any form of compensation. Describe and list amounts and pay period.

| Type of Pay | Amount | Monthly\_\_\_Yearly\_\_\_\_ average(check one) |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

Do you anticipate a change in pay in the next 12 months? Cost of living adjustments, automatic pay raise, etc. Yes\_\_\_ No\_\_\_  If yes, new pay rate _____ Effective date _____

5) Please estimate the annual amounts the employee earned during the last 12 months from the following sources:

Wages or Salary: $ _13500 per year_

Commission: $_____    Overtime $_____    Tips: $_____    Bonus $_____    Other $_____

Benefits Data:

Does your firm have a scheduled shut-down period each year? Yes\_\_\_ No _✓_
If yes, when? _____ How long? _____
Are employees compensated?    Yes\_\_\_ No\_\_\_

Employer Verification:

_DUONG VAN CHUONG_                              _Chuong Duong_
Print Name & Title of person supplying this information     Signature & Date

_Asia Golden Dragon Corp._                       _617-929-4181_
Name of Firm/Organization                         Telephone #

**You do not have to sign this form if either the requesting organization
or the organization supplying the information is left blank**

I, _John K. Chang_ hereby authorize the release of the information to the individual named above. Information obtained under this consent is limited to information that is no older than 12 months. There are circumstances which would require the owner to verify information that is up to 5 years old, which would be authorized by me on a separate consent attached to a copy of this consent. I understand that a photocopy of this authorization is as valid as the original.

Signature of Applicant/Resident: _John K. Chang_    Date: _10/27/00_

**Penalties for Misusing this Consent**: Title 18, Section 1001 of the U.S. Code states that a person is guilty of a felony for knowingly and willingly making false or fraudulent statements to any department of the United State Government. HUD, the PHA and any owner (or employees of HUD, the PHA or the owner) may be subject to penalties for unauthorized disclosures or improper uses of information collected based on the consent form. Use of the information collected based on this verification form is restricted to the purpose cited above. Any person who knowingly or willfully requests, obtains or discloses any information under false pretenses concerning an applicant or participant my be subject to a misdemeanor and fined not more than $5000. Any applicant or participant affected by negligent disclosure or information may bring civil action for damages, and seek other relief, as may be appropriate, against the officer or employee of HUD, the PHA or the owner responsible for the unauthorized disclosure or improper use. HUD Change 26 9/94-TCB Form 11/99

CVD20913