11/19/01

I Kim Vo, as a vice-president (vice) of Asian Golden Dragon Corp. Certify that Mr. John Chang is our employee. His Salary from last year (Year 2000-2001) is $6.75 per hour for 40 hours. Starting Oct 1, 2001, we cut his hour to 20 hours for $7.00 per hour.

                             x _Kim D. Vo_
                                (Kim Vo)
                              Vice President
                              Asia Golden Dragon Corporation

CVD20914

115 CHAUNCY STREET

BOSTON, MASSACHUSETTS 02111

617-426-1636

## FAX TRANSMITTAL SHEET             FILE # : _____

DATE: Nov. 19, 2001

TO: Kim Vo

COMPANY: Asian Golden Dragon Corp.

FAX #: 617-770-5989

NUMBER OF PAGES: 2
(including this sheet)

FROM: Po Tan (S)

COMPANY: CHAUNCY HOUSE COMPANY

FAX #: (617) 426-6235

REMARKS: Please sign it and fax it back to me. Thanks

(NOTE: This transmittal is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this transmittal is not the intended recipient, or the employee or agent responsible for delivering the transmittal to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the address above via the U.S. Postal service. Thank you.)

CVD20915



# ASIA GOLDEN DRAGON CORPORATION
## 金 龍 大 亞 商 行
### INTERNATIONAL INVESTMENT IMPORT-EXPORT & SERVICES
國 際 合 作 出 入 口

333 WASHINGTON ST., SUITE 704, BOSTON, MA. 02108, USA
TEL 617-557-4181  FAX 617-557-4090
Web: asiagoldendragon.com E-mail: chuongduong@mindspring.com

From: Duong Van Chuong, President
Asia Golden Dragon Corporation
333 Washington St., Suite 704, Boston, MA. 02108
Tel 617-557-4181 Fax 617-557-4090

No.: 411 / AGDC00
Date  April 11, 2000

## Verification

To whom it may concern:

This is to verify that Mr. John K. Chang is currently employed by our company as clerk and he works a total of 30 hours a week at $6.50 his weekly salary is $US195.00 (one hundred and ninety five US Dollars per week).

Please don't hesitate to contact for further information if required

Best regards,

DUONG VAN CHUONG
*President*

CVD20917

To Whom It May Concern:                              Date: 8-17-2000

## WAGE STATEMENT

Name of employer: ASIA GOLDEN DRAGON CORP.

Address: 333 Washington St., Suite 704, Boston, MA 02108

Telephone: ( 617 ) 557-4181

Employee's Name: JOHN K. CHANG

Social Security # 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

Hourly rate                                          $7.50 / hour

Number of Hours Weekly / Monthly                     160 hours / monthly

Weekly Salary (gross)                                _____

Biweekly / Bi monthly Salary (gross)                 _____

Monthly Salary (gross)                               $1,200.00 / monthly

Employee's Share of Health Insurance                 None

Employer Signature: *Chuong Duong*

Print Name: DUONG VAN CHUONG

Position: PRESIDENT

Please Put Company Stamp



CVD20919



## ASIA GOLDEN DRAGON CORPORATION
金　龍　大　亞　商　行
### INTERNATIONAL INVESTMENT IMPORT-EXPORT & SERVICES
國　際　合　作　出　入　口
1444 DORCHESTER AVE., SUITE 4, DORCHESTER, MA 02122, USA
TEL 617-929-4181   FAX 617-929-4005
Web: asiagoldendragon.com  E-Mail: chuong@asiagoldendragon.com

From: Duong Van Chuong, President
Asia Golden Dragon Corporation
1444 Dorchester Ave., Suite 4, Dorchester, MA. 02122
Tel 617-929-4181 Fax 617-929-4005

No.:   1025 / AGDC00
Date   Oct. 25, 2000

### Verification

To whom it may concern:

This is to verify that Mr. John K. Chang is currently employed by our company as clerk and he works a total of 40 hours a week at rate of $6.75 per hour. His weekly salary is $US270.00 (two hundred and seventy US Dollars per week).

Please don't hesitate to contact for further information if required

Best regards,

DUONG VAN CHUONG
*President*

CVD20920

**Chauncy House**
*115 Chauncy Street*
*Boston, MA 02111-1740*
*Telephone: (617) 426-1636, Fax: (617) 426-6235*

| Verification of Employment |
|---|

To: Asian Golden Dragon Corp    Re: John K Chang
1444 Dorchester Ave Suite #9    115 Chauncy St #407
Dorchester MA 02122             Boston MA 02111
                                SSN: 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

e above referenced person has applied or is living in a development governed by the Low Income Housing Tax Credit (LIHTC), and/or the U.S. partment of Housing & Urban Development (HUD). LIHTC/HUD requires the housing owner to verify all information that is used in determining this sons eligibility or level of benefits. We ask your cooperation in providing the following information and returning it in the **enclosed self-addressed, mped envelope**. Your prompt return of this information will help to assure timely processing of the application for assistance. The applicant/resident consented to this release of information as shown below.

ormation Requested by: _____    Date: 10/27/10
                    Authorized Representative, Managing Agent

iployment Data:

ien did this person start employment at this firm?    04-1999
s this person worked continuously since the above date?    Yes ✓  No ___
cupation Description
            Part Time ___    Full Time ✓    Seasonal ___
ided under Job Training Partnership Act; Title V; other government program? (please specify) ___

mber of hours worked per week  40  (If this varies, please use an average)

npensation Data:

ase base answers on employee's **gross** wages.

thod of Employee Payment:    Check all that apply
    1) Salary ___    2) Hourly Rate ✓    3) Commission ___    4) Other ___

or **Salary**: Describe current arrangement $ _____ per _____
l this salary change in the next 12 months? Yes ___    No ___
), new amount $ _____ Effective Date _____

or **Hourly Rate**: Current gross rate per hour $ 6.75
l this rate change in the next 12 months? Yes ___    No ✓
), new amount $ _____ Effective Date _____

rage number of hours worked per week  40
l these hours change in the next 12 months? Yes ___    No ✓
), new amount _____ Effective Date _____

s the employee work overtime? Yes ___ No ✓
rage number of overtime hours per week _____ Rate of Pay for overtime $ _____
l these hours change in the next 12 months? Yes ___    No ___
), new amount _____ Effective Date _____

CVD20921

_____ Pay: Any base pay amount $_____ per _____
Average Commissions per month $_____
Will this amount change in the next 12 months? Yes ____ No____
If so, new amount_____ Effective Date _____

4) **Other** Pay Set-up: Including tips, bonuses, or any form of compensation. Describe and list amounts and pay period.

**Type of Pay     Amount                Monthly___Yearly___ average**(check one)
_____   $_____           $_____
_____   $_____           $_____
_____   $_____           $_____

Do you anticipate a change in pay in the next 12 months? Cost of living adjustments, automatic pay raise, etc. Yes___ No____    If yes, new pay rate _____ Effective date _____

5) Please estimate the annual amounts the employee earned during <u>the last 12 months</u> from the following sources:

Wages or Salary: $ _13,500.00 per year_

Commission: $_____    Overtime $_____    Tips: $_____    Bonus $_____    Other $_____

Benefits Data:

Does your firm have a scheduled shut-down period each year? Yes___ No ✓
If yes, when? _____ How long? _____
Are employees compensated?    Yes___ No___

Employer Verification:

_DUONG VAN CHUONG, PRESIDENT_    _Chung Duong_
Print Name & Title of person supplying this information    Signature & Date

_Asia Golden Dragon Corp._    _617-929-4181_
Name of Firm/Organization    Telephone #

You do not have to sign this form if either the requesting organization
or the organization supplying the information is left blank

_John K. Chang_ _____ hereby authorize the release of the information to the individual named above. Information obtained under this consent is limited to information that is no older than 12 months. There are circumstances which would require the owner to verify information that is up to 5 years old, which would be authorized by me on a separate consent attached to a copy of this consent. I understand that a photocopy of this authorization is as valid as the original.

Signature of Applicant/Resident: _John K. Chang_    Date: _10/27/00_

**Penalties for Misusing this Consent:** Title 18, Section 1001 of the U.S. Code states that a person is guilty of a felony for knowingly and willingly making false or fraudulent statements to any department of the United State Government. HUD, the PHA and any owner (or employees of HUD, the PHA or the owner) may be subject to penalties for unauthorized disclosures or improper uses of information collected based on the consent form. Use of the information collected based on this verification form is restricted to the purpose cited above. Any person who knowingly or willfully requests, obtains or discloses any information under false pretenses concerning an applicant or participant my be subject to a misdemeanor and fined not more than $5000. Any applicant or participant affected by negligent disclosure or information may bring civil action for damages, and seek other relief, as may be appropriate, against the officer or employee of HUD, the PHA or the owner responsible for the unauthorized disclosure or improper use. HUD Change 26 9/94-TCB Form 11/99

CVD20922



# ASIA GOLDEN DRAGON CORP.

## 金 龍 大 亞 商 行

### INTERNATIONAL INVESTMENT IMPORT - EXPORT & SERVICES

國 際 合 作 出 入 口

333 WASHINGTON ST., SUITE 715, BOSTON, MA 02108, USA
TEL 617 - 557 - 4181    FAX 617 - 557 - 4090
Web: www.asiagoldendragon.com
Email: chuongduong@mindspring.com

No.:  106 / AGDC99
Date  Oct. 6, 1999

### Verification

To whom it may concern:

Our Company verify that Mr. John K. Chang, address at 115 Chauncy St., # 808, Boston, MA. 02111, is now employed as part time clerk and his weekly salary is $US195.00 (one hundred ninety five US Dollars) for working 30 hours per week at $6.50 US Dollars per hour.

For further information if required, please get in touch with us at phone 617-557-4181 or facsmile 617-557-4090

Best regards,

*[signature and seal]*

**DUONG VAN CHUONG**
*President*

Duong Van Chuong, President
Asia Golden Dragon Corporation

CVD20924



# ASIA GOLDEN DRAGON CORPORATION

金　龍　大　亞　商　行

INTERNATIONAL INVESTMENT IMPORT – EXPORT & SERVICE

國　際　合　作　出　入　口

333 WASHINGTON ST., SUITE 715, BOSTON, MA. 02108, USA
TEL 617 - 557 - 4181   FAX 617 - 557 - 4090

From: Duong Van Chuong, President
Asia Golden Dragon Corporation
333 Washington St., Suite 715, Boston, MA. 02108
Tel 617-557-4181 Fax 617-557-4090

No.:   409 / AGDC99
Date   April 9, 1999

### Verification

To whom it may concern:

This is to verify that Mr. John K. Chang is currently employed by our company part-time as clerk and he works a total of 30 hours a week at $6.50 his weekly salary is $US195.00 (one hundred and ninety five US Dollars per week).

Please don't hesitate to contact for further information if required

Best regards,

*[signature]*

ASIA GOLDEN DRAGON CORPORATION
DUONG VAN CHUONG
President

CVD20925



# ASIA GOLDEN DRAGON CORPORATION
## 金　　龍　　大　　亞　　商　　行
### INTERNATIONAL INVESTMENT IMPORT - EXPORT & SERVICES
### 國　　際　　合　　作　　出　　入　　口

1550 HANCOCK STREET, QUINCY, MA, 02169, USA. TEL 617-770-5988 FAX 617-770-5989
Web: asiagoldendragon.com Email: chuong_agdc@hotmail.com

From: Duong Van Chuong, President
Asia Golden Dragon Corporation
1550 Hancock St., Suite A, Quincy, MA 02169, USA
Tel 617-770-5988 Fax 617-770-5989

No.: 918 / AGDC03
Date Sept. 18, 2003

**Verification**

To whom it may concern:

This is to verify that Mr. John K. Chang is currently employed by our company as clerk and he works a total of 40 hours a week at rate of $8.50 per hour. His weekly salary is $US340.00 (three hundred and forty US Dollars per week).

Please don't hesitate to contact for further information if required

Best regards,

DUONG VAN CHUONG
*President*

CVD20948