

Government Exhibit
77b
03-10363-RCL

# FEDERAL BUREAU OF INVESTIGATION
# UNITED STATES DEPARTMENT OF JUSTICE



## 1 CENTER PLAZA, 6TH FLOOR
## BOSTON, MA 02108

**Case Number:**   196C-BS-88146
**Call:**          1432H
**Date:**          05/06/2001
**Time:**          1:30PM
**Language:**      Vietnamese
**Transcriber:**   H. Pham

**Participants:**

Dũng Nguyễn
Đinh Nguyễn
Hằng Phạm
Chương Văn Dương

**Abbreviations:**

| | |
|---|---|
| *Italics* | Spoken in English |
| IA | Inaudible |
| UI | Unintelligible |
| PH | Phonetic |
| [ ] | Background conversation / Noise |
| // …// | Interruption, Simultaneous Conversation |

Preamble: This is Special Agent Ronald J. Keating, I am here with Special Agent Edward Roderic. Today's date is May 6, 2001 at 1:30PM. I am about to provide a body recorder to Dũng Nguyễn for conversations that he will have along with his parents, his father, Đinh Nguyễn, and his mother, Hằng Phạm, that they will be discussing conversations with Chuong Duong and possibly John Tran and possibly others.

Case Number: 196C-BS-88146
Date: 05/06/2001
Time: 1:30PM

| | | |
|---|---|---|
| Chương | Dũng. | Dũng. |
| Hằng | Dạ | Yes. |
| Chương | Thì...Ông McCain...Cái văn phòng này Cuả ông McCain ra ứng cử tổng thống Mỹ đó. | So...Mr. McCain...This office used to belong to Mr. McCain who was the US presidential candidate. |
| Đinh | À há. | Uh huh. |
| Chương | Thì ông ấy giao cho tôi cái văn phòng này. | He turned this office over to me. |
| Đinh | Vâng. | Yes. |
| Chương | Giao không đó. (Ho) | Turned over for free of charge. |
| Đinh | Giao không. | For free of charge. |
| Chương | Rồi tôi bán được cái hợp đồng gia công may mặc... | I was able to sell a garment sewing contract... |
| Đinh | Dạ | Yes. |
| Chương | ...thì chú John đi Cộng Hoà Liên Bang Đức, đi bốn bữa. Có lẽ hôm nay hoặc ngày mai về, thì tuần tới tôi họp đại hội cổ đông. (UI) giai quyết. Tôi bán được một cái hợp đồng đưa sang Đức, một cái trung tâm độ khoảng hai chục triệu đô. Bán nguyên trung tâm...// | ...then John went to Federal Republic of Germany, for four days. Probably will come back today, or tomorrow, and then I will hold a general shareholders conference (UI) for resolution. I sold one of my contracts to Germany, a center estimated around twenty mllions dollars. I sold the whole center ...// |
| Đinh | Hai chục triệu? | Twenty million ? |
| Chương | Dạ vâng. Tôi bán một tỉ bạc. | Yes. I sold it for one billion dollars. |
| Đinh | Dạ. | Yes. |
| Dũng | Bán cái gì? | Sold what? |
| Chương | Bán cái trung tâm ơ...may mặc. | Sold the uh...garment sewing center. |
| Dũng | Cái...cái hồi mình ký đấy phải không? | At the ...the time we signed, right? |
| Chương | Hồi mình ký đó. | At the time we signed. |
| Dũng | Hồi... | The time... |
| Đinh | [ngắt lời] Thôi tôi cũng đến trước là thăm anh và mừng anh có một cái tiệm mới như thế này. | [Interruption] Well, I came here, first of all, to visit you and to congratulate you for having a new store such as this one. |

3

Case Number: 196C-BS-88146
Date: 05/06/2001
Time: 1:30PM

| | | |
|---|---|---|
| Chương | Bây giờ công ty phát triển mạnh. Ngày mười tây này tôi tổng khai trương. (hắng giọng) | The company is expanding rapidly. On the 10th of this month I will have its grand opening. (Clears throat) |
| Đinh | Dạ. Tôi có ý đến...// | Yes. I come here with an intention to ...// |
| Chương | // Công ty bây giờ đã đến ngày hôm nay...Dạ? | // The company has arrive at this point...Yes? |
| Đinh | ...// để xin tiền anh đó. | ...// to ask you for the money. |
| Chuong | (Cười) Xin cứ yên chí nói chuyện. Trong công ty tất cả các hoạt động rất là mạnh. Anh thấy cái cơ ngơi bây giờ nó lớn không? | (laughs) Please be confident and let's talk. All of the company's activities are very strong. Do you see that the establishment is so grand now? |
| Đinh | Ừ hứ. | Uh huh. |
| Hằng | Đẹp qúa. | Very beautiful. |
| Chương | Ờ...tôi bị...từ cái hôm mà Catherine... thưa tôi ra tòa, bốn cái toà. | Uhm...I was...since the day Catherine...sued me in court, four different courts. |
| Dũng | Bốn cái toà? | Four courts? |
| Chương | Cái tòa thứ nhất ở Allston, mụ ta thua. | The first court was in Allston. She lost. |
| Dũng | Ai thua? | Who lost? |
| Chương | Bà Catherine thua. Rồi bả thưa (UI)... | Mrs. Catherine lost. Then she sued...(UI)// |
| Dũng | //Thưa...thưa về cái vấn đề gì? | //Sued...sued for what matter? |
| Chương | Để chú nói chuyện. Thưa là vì như thế này. Bà ấy không bỏ một đồng nào vô công ty tôi hết. Tất cả người bà ấy giới thiệu , những người vào công ty bà đều ăn hoa hồng. Công ty mẹ cho ăn hoa hồng. Bà nhân cái phần hoa hồng đó là cái chuyện cũ. Sau đó thì ngày 23 tây, như anh chị biết là ngày 31 tay tôi hết caí *lease* ở trên 333. Thì ngày 23, bả bồ với ông Hopkins, một trung sĩ FBI, ông Mike, cảnh sát, cũng là bồ cuả bà ta. Bà lên bà hăm doạ tôi, bả nói tôi đánh bà. Hôm sau là ngày 24, bà làm một cái *trial order* , tôi rời ra khỏi tiệm cách năm mươi thước không được gần bà ta. Anh chị biết, chứng | Let me tell you. This is why she sued. She didn't put any single dollar into my company. For every person she recruited, and those who agrees to join the company, she gets the commission. The parent company pays her the commission. The fact that she received the commission is an old matter. Afterward, on the 23rd...As you were aware, my *lease* at 333 was due on the 31st. On the 23rd, she , as a girlfriend of Mr. Hopkins – an FBI agent- and also the girlfriend of Mr. Mike – a policeman – came to threaten me and claimed that I hit her. The following day, the 24th, she obtained a *trial order* that I had to move from the shop and keep from physical contact with her with 150 meters. You have |

4

Case Number: 196C-BS-88146
Date: 05/06/2001
Time: 1:30PM

| | | |
|---|---|---|
| Dũng | Bây giờ ấy hả? | Right now? |
| Chương | Bây giờ. Cậu về cậu bấm lên, hai mươi hai ngàn công ty rồi, tham dự. Cho nên cái công ty Global Garment Exchange bây giờ hoạt động lớn mạnh khủng khiếp. Tôi có thị trường tiêu thụ. | Right now. You could go home and bring it up, twenty two thousand companies are participating. That's why the Global Garment Exchange company is expanding their operations immensely. I have outlets. |
| Dũng | Ô, tốt quá hà. | Oh, that's very good. |
| Chương | Tôi có hợp đồng. Tôi lớn cỡ như vậy. Và tôi đẻ ra một cái công ty nữa, tức là Tập Đoàn Tài Chánh Số 5. Tức là Tập Đoàn Tài Chánh liên doanh với Tổng Thống Bush. | I have contracts. I am that big. And I gave birth to another company, called the Financial Corporation Five. This Financial Corporation is a joint project with President Bush. |
| Đinh | Như vậy anh làm lớn quá rồi. | Then your're doing big business. |
| Chương | Dạ, tôi làm lớn. | Yes, I am. |
| Đinh | Lớn quá rồi. | Very big. |
| Chương | Không, không làm khác được anh ạ. | No, [I] can't do it any other way. |
| Đinh | Vâng. | Yes. |
| Chương | Tôi phải làm lớn như vậy. | I have to make it big like that. |
| Đinh | Lớn, và hy vọng là…là kỳ này tụi tôi đến là…Tôi cũng bệnh tật đó… | Big, and hopefully, this time we come here to…I am ill… |
| Chương | Dạ. | Yes. |
| Đinh | Thì…Tụi tôi có số tiền nó nhỏ đó, chẳng có đáng gì. | Uh…we had that small amount of money, it's not worth much. |
| Chương | Dạ. | Yes. |
| Đinh | Anh đã hứa với tôi là (UI). | You promised me that (UI) |
| Chương | Ờ. | Hm. |
| Đinh | Thì bây giờ đã…đã hơn ba năm .// | Well, it's been over three years now // |

7

Case Number: 196C-BS-88146
Date: 05/06/2001
Time: 1:30PM

| | | |
|---|---|---|
| Dũng | Đúng rồi. | That's right. |
| Chương | OK, tôi trả lời cho quí vị nhá. Tôi đã nói ngay từ lúc đầu, tôi mở cái cơ ngơi như thế này, tôi làm ăn được. Chú John chú ấy đi Cộng Hoà Liên Bang Đức, chú ấy trở về, mấy ngày nữa tôi họp, khai trương, tôi họp đại hội cổ đông tôi thanh toán tất cả. Những người nào còn ở trong công ty thì ở. Không ở thì tôi trả lại tiền. Những người nào đóng vốn từ xưa đến nay bao nhiêu được trả lại cái vốn đó và cộng lại thêm cái lời. Quí vị có muốn không? | OK, I will answer you, okay? As I told you right from the beginning, I opened an establishment such as this one, and I am doing well. John has gone to Federal Republic of Germany and will come back. In a few days I will hold a meeting at the grand opening, I will hold a general meeting with shareholders to settle all accounts. Those who wants to remain, can remain. If not, I will pay them back. Those who contributed capital, whatever the amount maybe since the beginning, will be paid the principal plus interest. Do you want that? |
| Đinh | Tôi bây giờ tôi nói // | I, right now, I am telling you // |
| Dũng | // Muốn, muốn (UI) | [we] want to, want to… |
| Đinh | // thế này, anh bây giờ anh có mời tôi tôi cũng không // | // this, that even if you invite me, I won't// |
| Chương | // Vâng, nếu mà muốn thì tôi phải làm... | // Yes. If so desired, I will have to do… |
| Đinh | Không, là vì anh đã lỗi lời hứa với tôi rồi. Cái hứa anh với tôi là từ ba tháng cho đến bốn tháng. | No, because you have broken your promises with me. The promise from you to me was from 3 to 4 moths. |
| Chương | Tôi cũng xin trả lời cho anh biết trong vấn đề thương trường buôn bán làm ăn, tôi cũng có cái lỗ và tôi cũng có cái lời. Tôi cũng bị người ta giật dọc, tôi không lường trước được. | My response to you is that, in the trading and business markets, I have had losses and gains. I have been cheated, and I could not foresee those. |
| Dũng | Ai, ai bị? | Who? Who did? |
| Đinh | Không, cái này... cái buôn bán anh nói vậy là đúng, nhưng tôi không đồng ý là vì chúng tôi không có buôn bán. Chúng tôi không có ý đưa tiền cho anh để buôn bán. Anh chỉ là nói dối chúng tôi để đưa tiền vào, để bond tiền ra để lấy tiền thôi. | No. This…You were right about the trading business, but I do not agree [with you] because we are not doing business here. We didn't give you money to do business. You just lied to us, so that we put in the money, just to bond the money out only. |

15