| | |
|---|---|
| KEVIN: | Well, we have some questions for you. Ah, I guess ...we'll be directing toward Mr. Duong, and// |
| KIM: | Yeah, and John and I can...if we know the answers we can answer you, if not we can ask him, and he'll tell us and then we can tell you what he has. |
| KEVIN: | Excellent! I guess the first thing, that we'd like to do is to find out what your needs are from a customer's standpoint. What you would like State Street...you know, to be able to do for you. What, what types of services; we have a range of services and we're wondering what you'd need from us. |
| KIM: | [To Chuong, summarizing] What do you need him to do for you? |
| CHUONG: | [In Vn] I need to transfer a billion dollars in foreign currency for investment purposes in the U.S. |
| KIM: | [To Kevin, same answer] |
| KEVIN: | A billion? |
| KIM: | A billion. |
| KEVIN: | A billion, OK. So you need an account in order to move that money from? |
| KIM: | [To Chuong] Where does that money come from ? |
| CHUONG: | [In Vn] The money comes from Jakarta, Indonesia. |
| KIM: | [To Kevin, same answer] |
| KEVIN: | Jakarta, Indonesia? And you need the account here in the states in order to move that money in? |
| KIM: | [To Chuong, same question] |
| CHUONG: | [In Vn] In the U.S. yes. |
| KEVIN: | OK. How about...will there be money also be moved out of the account? |
| KIM: | [To Chuong, same question] |

Page 5

CVDI06137

KIM: [To Chuong] He needs to ask you some questions to prepare for the paperwork later.

CHUONG: Yes, OK.

KEVIN: OK. What names, what name will be on the account?

KIM: [To Chuong, same question]

CHUONG: [In Vn] It's [in] my name. Ah...name for this account or the one over there?

JOHN [In Vn] Name [of the person] receiving money.

CHUONG: [In Vn] It's [in] my name, [then].

KIM: [To Kevin] He's clarifying the account, over there or over here, and John just said, you know, "In America" so it would be under his name.

KEVIN: It would be under, OK, Mr. Duong's exact spelling here?

KIM: [To Chuong, same question]

CHUONG: Yes, yes.

KIM: [To Kevin] Yes.

KEVIN: OK. Will there be any other names, individual on the account?

KIM: [To Chuong, same question]

CHUONG: [In Vn] No.

KIM: [To Kevin] No.

KEVIN: How about...will, ah, for example, will Kim have power of attorney for the account?

KIM: [To Chuong, same question]

CHUONG: [In Vn] Ah, because we will establish a stock company for investment here, so later on, using the money I will add the name to the account at a later time.]

Page 7

CVDI06139

KIM:        [In Vn: You're [UI] wrong. Then to Kevin] He's off the mark. Let me re ask [repeat]

KEVIN:      OK.

KIM:        [In Vn: He asked that with the money, the billion dollars, that you're bringing in, would I have power of attorney over that or not? The answer should be "yes" or "no" only, no other elaboration.

CHUONG:     [In Vn] There is your name in the//

KIM:        [To Chuong]  No, the power of attorney.

JOHN:       [In Vn: power of attorney]//

KEVIN:      Kim, maybe, in his absence, will yourself or his attorney be able to make the decisions for him?

KIM:        [To Chuong, same question]

CHUONG:     OK, [In Vn]  There is power of attorney [then]

KIM:        [To Kevin, same answer]

KEVIN:      OK.  Would that be, would that be... Kim?

KIM:        [To Chuong] Who is that person? The person that would make the decision in your place for you?

CHUONG:     [In Vn]  The person who would make the decision in my place for me could be Mr. John [Chang?], my general direct; could also be you//

KIM:        [To Kevin] It could be Mr. John//

CHUONG:     [In Vn, continues]... being my attorney.

KIM:        [To Kevin]  It could be me.

KEVIN:      OK.  But there will be somebody else who will have ...OK.

KIM:        That's what he just said [?] [Some pause here]

KEVIN       OK. Who is the owner of the business?

KIM:        [To Chuong, same question]

Page 8

CVDI06140

| | |
|---|---|
| KEVIN: | Oh, cement! Cement.. I am sorry! [Chuckling] That's quite a...I was thinking food; I wasn't thinking cement! |
| KIM: | And fertilizer. |
| KEVIN: | And fertilizer, OK. |
| JOHN: | And sugar, and fertilizer. |
| KEVIN: | Excellent, OK. How about prior banking relationship Asian Golden has had? Do you have a bank now that the company uses currently? Do you use a bank? |
| KIM: | [To Chuong, same question] |
| CHUONG: | Chase Manhattan Bank, New York. |
| KIM: | [Repeating Chuong's answer] |
| KEVIN: | Is that a small business account or a personal account? |
| KIM: | [To Chuong, same question] |
| CHUONG: | <u>Business.</u> |
| KEVIN: | OK. And the number of employees that Asian Golden Dragon has? |
| KIM: | [To Chuong, same question, just didn't mention the AGD name] |
| CHUONG: | [In Vn] In this company then I have many employees, and a number of people under my name]// |
| KIM: | [Calling to Chuong's attention] Employees? |
| CHUONG: | <u>[In Vn] Employees -</u> then I don't have any at this time. Only a few people working on a <u>part time</u> basis. |
| KIM: | [To Kevin, same answer, adding " working on projects that he has] |
| KEVIN: | OK. So at any one given time, how many employees would you say that he had? |

Page 13

CVDI06145

KIM: OK.

CHUONG: [In Vn] From Union Bank, Switzerland.

KIM: [To Kevin] He said that the money that will be coming from Union Bank, Switzerland is a...a an investment, investment?

CHUONG: <u>Investment. Foreign investment</u>.

KIM: Foreign investment.

KEVIN: OK. I just need to clarify a little further. Foreign investment, I mean, where does it originate from? Was this the sale of something or was this just a good investment or was it the number of years that the wealth was built?

KIM: [To Chuong, same question].

CHUONG: [In Vn] This money belongs to the Indonesian government, and coming from a classmate of mine back then. Currently he's the security lieutenant general commander in chief in Indonesia.]

KIM: John, you interpret that. I don't know the title so...

KEVIN: No problem, thank you.

JOHN: So the money is from [the] Indonesian government. It's [from] a friend of mine. Right now, he's a general and he ah...ah...so...supervises "financial" in Indonesia.

KEVIN: OK. So you're saying that the gentleman is a friend of yours from Indonesia. A friend of Mr. Duong [Kim interjected: "school friend, from earlier..."], school friend from Indonesia. OK. And he's trying to get...you're helping him or...

KIM: [To Chuong, same question]

CHUONG: [In Vn] He invests in a <u>business</u> with me that would be profitable for him, and for me.

| | |
|---|---|
| KIM: | [Interpreting] That's the copy of the license of the... I had asked him the permit to do business of the company in Indonesia. Just like what ah... government// |
| JOHN: | I'll copy this one for you. |
| KEVIN | Please! Thank you! |
| CHUONG: | [In Vn] And here is my license. |
| KIM: | [Interpreting] That's the license. |
| CHUONG | [In Vn] And this is the general, who is my close friend. |
| KIM: | [Interpreting] That's the individual who is his friend and he's also the contact person... who's doing business at the [UI] |
| CHUONG: | [Continued in Vn] And this is his lawyer. |
| KIM: | That's the ...uh...his lawyer. |
| CHUONG: | [Continued in Vn] This lawyer graduated in America. |
| KIM: | His lawyer? |
| KIM: | Oh, yes. |
| KEVIN: | Do you mind if I just write this name down, or is that... |
| KIM: | [To Chuong] These, [can] you give these to him? |
| CHUONG: | [In Vn] I'll photo them all [for him] |
| KIM: | [To Kevin, same answer] |
| KEVIN: | OK. |
| KIM: | [To Kevin] He said this gentleman was schooling in America. |
| KEVIN: | OK. This gentleman here? |
| CHUONG: | [In Vn] And here is// |

Page 32

CVDI06164

| | |
|---|---|
| CHUONG: | [In Vn]   Yes.  The minute the account is opened I will transfer [it] in. |
| KIM: | [To Kevin, same answer] |
| CHUONG: | [In Vn]   R.W.E - meaning it's possible...[The phone rings here] meaning it can be transferred within 48 hours. |
| KIM: | And he said whatever the abbreviation he just told you, it could be transferred within forty eight hours. [Phone still ringing.  Chuong picked it up: "Hello?] |
| KEVIN: | Forty eight hours? |
| CHUONG: | [In Vn] Who is it? |
| KIM: | He said R.W.E somewhere. It doesn't mean anything to me, but... |
| KEVIN: | R.W.A.  Yes, yes. |
| CHUONG: | OK, <u>right here</u>.  John! [passing the phone] Call transferred from China. |
| JOHN: | Hello? |
| Kim: | [To Kevin]   Call from China. [While John was talking] John speaks Chinese and Vietnamese. |
| CHUONG: | [In Vn]   And here's the contract. |
| KIM: | [To Kevin, same information] |
| CHUONG: | [In Vn]   I just signed the original, after signing the copy [Here John was speaking loudly in Chinese: "Can you please wait for an hour to call back?  We're having a meeting right now...", while Kim was interpreting what Chuong said] |
| KEVIN: | OK. |
| CHUONG: | <u>With the notary- U.S. national, notary public.  Indonesia national.</u> |
| KEVIN: | So, John is a notary? |
| Chuong: | <u>Yes</u>. |

Page 46

CVDI06168

| | |
|---|---|
| JOHN: | Yes. |
| KEVIN: | OK. You have a number, your notary number or... |
| KIM: | No. [UI]// |
| KEVIN | Do they issue certificate number or// |
| KIM: | They only have the "expursion" [?]// |
| KEVIN: | Oh, the "expursion" [?], that's right. That's right OK. |
| CHUONG: | [In Vn] And...the order to pay... |
| KIM: | They usually...What? [Turning to Chuong] |
| CHUONG: | [To Kim specifically] The disbursement order, and the bank warranty [guarantee], they go together. He only needs to submit [them], then collect the money. [Kim confused, mumbling "disbursement order"...] This is a disbursement order. |
| KIM: | [To Kevin, explaining the information] |
| CHUONG: | [In Vn] And here's the bank warranty. They go together. All he needs to do is submit them. |
| KEVIN: | OK. So when you submit the two originals together, the bank account information// |
| KIM: | Then they see that the money comes through. |
| KEVIN: | OK. OK. |
| CHUONG: | [In Vn] My account here has everything; very complete! |
| KEVIN: | Something I just thought of. Go back to our earlier conversation about the investors here, the 10 investors here. I'm trying to clarify what their relationship is with Mr Duong, only that if we make this transaction are they going to claim some, you know what I mean, some...// |
| KIM: | Part of the money? |
| KEVIN: | Some part of the money. And we want to clarify what the relationship is// |

Page 48

CVDI06170