# PT. ANEKA METAL MULIA 

SPECIALIZE IN : GOLD BULLION - MINING & OWNER - ASSET TRUSTS

## COOPERATION ORDER ( R.W.A )

No.   : 721/ CO
Date  : July 21st 2003

Attn. : Mr. Duong, Chuong Van, President
        Asia Golden Dragon Corp.
        1550 Hancock St., Quincy, MA.02169 USA
        Tel. 617-770-5988  Fax. 617-770-5989

Issuing Bank     : Union Bank of Switzerland ( UBS AG.)
Certificate No.  : 3486098 ( Bank Guarantee )
Amount           : US$ 1,000,000,000.00 ( One Billion United States Dollars )

Dear Sir,

Subject          : Cooperation Order of Bank Guarantee
For Contract No. : 81260208 Dated July 21th, 2003
Amount           : US $ 1,000,000,000.00 ( One Billion United States Dollars )

Ordering Customer : PT. ANEKA METAL MULIA
                    Aneka Tambang Bldg. 2nd Floor, Jl. Let. Jen. TB. Simatupang
                    No. 1, Tanjung Barat, Jakarta Selatan

Beneficiary       : ASIA GOLDEN DRAGON CORP.
                    1550 Hancock St., Quincy, MA.02169
                    Tel. 617-770-5988 Fax. 617-770-5989
                    Rep. by: Mr. Duong, Chuong Van, President.

We, the ordering customer, are ready, willing and able to issue hereby this Cooperation Corp. in favor of Asia Golden Dragon Corp. ( The beneficiary ) for the amount of US $ 1,000,000,000.00 ( One Billion United States Dollars )

This order has legal validity of International Laws and it is a binding instrument for the above contract.
This order is subject to International Chamber of Commerce Provision 500 for the cooperation contract No. 81260208 dated July 21th, 2003.

*Kamiles M. Salleh*
*Sign for Full Power of Attorney*

Halim Darma Kusuma
Dated, July 21st, 2003

**Government Exhibit 145 03-10363-RCL**

CVDI00616

Aneka Tambang Building 2nd Floor
Jl. Let. Jen TB. Simatupang No. 1 Tanjung Barat, Jakarta Selatan - Indonesia 12530
Phone : (62-21) 78844957 (direct), 7891234 ext. 3251 (hunting) Fax. : (62-21) 78843048 E-mail : amm7id@yahoo.com
Account No. 129-0001314570 ; Bank Mandiri - Aneka Tambang Building Branch.

FROM : FAX NO. : Jan. 12 2003 10:27AM P1



# UBS

3486098

# BANK GUARANTEE

UBS AG
BAHNHOFSTRASSE 45
CH-8001 ZURICH
SWITZERLAND

Certificate Number : 3486098
Code : P - 98002
Date of Issue : October, 4th, 2000
Date of Expiration : P.S.D. 980 (1) One Year / Maturity/Profit
Date of Maturity : October, 14th, 2003

## Amount : US $ 1.000,000,000,00
(One Billion in United States Dollars)

We Union Bank of Switzerland- AG hereby confirm with full responsibility and authority having issued the bank guarantee carrying register number * 3486098 * with the date of issue, October, 4th, 2000 and maturity date October, 14th, 2003, we do hereby irrevocable, and unconditionally, without protest or notification promise to pay against this bank guarantee No 3486098 to the order of Mr. Halim Darma Kusuma (CDF-Bank Code/Bio date) Indonesia. The bearer or holder the sum of US $ 1,000,000,000,00 (One Billion in United States Dollars) in the law full currency of the United States of American, upon presentation and surrender of this guarantee at the offices of Union Bank of Switzerland - AG main office, Bahnhofstrasse 45 CH-8001 Zurich, Switzerland, Phone: 41-(0)-1-234 1111, Fax: 41-(0)-1-2343415, CFD/G/400897-TH884001/SS/F-654998373-Suisse.

Such payment shall be made without set and shall be free and clear of any dedications, charges, fees, or with the issuing country or any political subdivision or authority thereof or there in. This bank guarantee is assignable, divisible and transferable by the beneficiary or assigns, without presentation of it to us and without the payment of any transfer fee.

This bank guarantee is subject to the uniform customs and practise for documentary securities (1997 revision) International chamber of commerce publication number I.C.C 430, (DPT-F-/F86500089494.Control of the currency) this is an operative instrument and no mail confirmation will follow.

Union Bank of Switzerland

LUQMAN ARNOLD
Chief Financial Officer

FCSS-TG-754833-H-8774-FT-2-7-75000277599
UBS AG, Zurich, Switzerland

CVDI00617