

# ASIA GOLDEN DRAGON CORPORATION
金　龍　大　亞　商　行
## INTERNATIONAL INVESTMENT IMPORT - EXPORT & SERVICES
國　際　合　作　出　入　口

1550 HANCOCK STREET, QUINCY, MA, 02169, USA. TEL 617-770-5988 FAX 617-770-5989
Web: asiagoldendragon.com Email: chuong_agdc@hotmail.com

THIS DOCUMENT IS STRICTLY CONFIDENTIAL. NO INFORMATION CONTAINED HEREIN MAY BE DISCLOSED TO ANY THIRD PARTY. ANY UNAUTHORIZED USE OR DISTRIBUTION SHALL SUBJECT OFFENDER TO CIVIL AND CRIMINAL PROSECUTION.

# Bullion Sale and Purchase Agreement
# AU Metal Bullion
(Top Confidential)

*Transaction Code: 2000 AUT / IU*
*Seller's Code: 6 515 246*
*Contract No.: 3052303 SP / BA*

It is today ___21___ of ___July___, 2003 in Jakarta, Indonesia. Party A named PT Aneka Metal Mulia (Indonesia) and Party B named Asia Golden Dragon Corporation (USA), both Parties agree to sign this purchase contract confirmed by US Notary Public and Indonesia Notary Public Office

This Agreement is entered in this day 23rd of May, 2003 Reference an agreement (hereinafter referred to as the "Contract")

**Party A: Seller's Mandate**
    **Company Information**
    Company Name:    PT. ANEKA METAL MULIA
    Address:    Aneka Tambang Bldg 2nd Floor, Jl. Let. Jen. TB. Simatupang No. 1 Tanjung Barat, Jakarta Selatan, Indonesia 12530
    Tel:    62-21-788 44 957
    Fax:    62-21-788 37 048
    Permit for Establishment:    00246 / 1.824.52 dated March 31, 2003
    Represented by:    Halim Darma Kusuma, Ownership & Chairman
hereinafter called "The Seller",

**Party B: Buyer's Mandate**
    **Company Information**
    Company Name:    Asia Golden Dragon Corporation
    Address:    1550 Hancock St., Quincy, MA 02169, USA
    Tel:    617-770-5988
    Fax:    617-770-5989
    Permit for Establishment:    04-3266515, dated: 03-20-1995
    Type of Establishment:    Joint Stock
    Represented by:    Mr. Duong, Chuong Van, President
hereinafter called "The Buyer",

**Whereas:**
a)    The Seller warrants that he has in his possession and control, with the authority to sell and deliver TWO THOUSAND (2000) Metric Tons of 12.5 Kg Bullion bars of Gold (AU Metal) with a purity of 999.5/1000 or better (hereinafter referred to as " The Stock "), stamped with internationally known and accepted Hallmarks
b)    The Seller is desirous of selling, and The Buyer is desirous of buying a total of TWO THOUSAND (2000) Metric Tons of "The Stock", from all liens and encumbrances and subject to the terms and conditions hereinafter stated

CVD28529

The Parties hereto agree as follows

1.1 QUANTITY
The Seller hereby agrees to sell and The Buyer agrees to buy a total of TWO THOUSAND (2,000 MT) Metric Tons of "The Stock".

1.2 DESCRIPTION
The Stock is made up of Gold Bullion (AU Metal) in bar form, free from any liens encumbrances and of non-criminal origin with the following characteristics:

| | |
|---|---|
| Weight | : 12.5 Kg bar |
| Purity | : 999,5/1000 or better |
| Document | : "The Stock " is available with the usual document of Certificates of Ownership, Certificate of Origin, Commercial Invoice, Packing list, Export License, etc. |
| Notes | : Further description to be made available and directly exchanged between both Principals |

1.3 ASSAY
The Stock contracted to be sold are covered by Assay Reports, however in the event the Buyer intends to appoint his/her assayer, the expense will be borne by the Buyer, and certification of the appointed assayer shall be final.

1.4 HALLMARK:
The Stock's Hallmark is internationally known and accepted

1.5 STORAGE:
The Stock are located UBS Bank AG in Switzerland. The Stock will be deposit transferred and respectfully credited to the Buyer's bullion account

2.0 DELIVERY AND FOLLOW-UP DOCUMENTS
Delivery one time TWO THOUSAND (2,000 MT) metric tons
The Seller warrants the authenticity of all Certificates of the Stock, as well as its Commercial Invoices and the Stock's description. The following documents will be sent to the Buyer's Bank:
1. Four copies of Commercial Invoice issued to the Buyer and stating the sum to be paid for the delivered amount of AU Metal (Gold)
2. Metal Deposit Guarantee
3. Receipt of Warehouse
4. Certificate of Depository Bank
5. Certificate of Ownership
6. Pre-Assay Report
7. Certificate of Origin
8. Export Permit
9. **Clearance of tax, duty & customs**

3.0 LIFTING
The lifting schedule and amount are to be determined by the bank and by the new owner

CVD28530

*Transaction Code: 2000 AUT / IU*
*Seller's Code: 6 515 246*
*Contract No.: 3052303 SP / BA*

4.0   PRICE
Based on the corporate offer dated May 1, 2003 of Asia Golden Dragon Corporation
Based on the prevailing Gold Price quoted at the Second London Metal Exchange Rate (LMER) on the day of issuing and exchanging the Seller's bank Guaranteed Delivery of "The Stock" and The Payment based upon the total price as quoted, less a discount Gross Six Percent (6%) and Net Five Percent (5%) to The Buyer with One Percent (1%) is going to consultants, mandate, intermediaries and agent as the available commission.
0.5% for The Seller's mandate & Intermediaries and 0.5% for The Buyer's Mandate & Intermediaries (see "EXIBIT C" and "EXIBIT D")

The Parties hereto agree that for this price, One (1) Metric Ton will contain Thirty One Thousand Nine Hundred and Ninety (31,990) Troy Ounces, therefor the total price of TWO THOUSAND (2000) Metric Ton is:
Total Amount ($US) of 2000MT = One Troy Ounce ($US/oz.) x 31,990 x 2000

5.0   PAYMENT
Payment shall be made in United States Dollars and by irrevocable standby Letter of Credit, transferable and confirmed by top world bank

6.0   BANKING INFORMATION DETAILS:
Both, The Buyer and The Seller or their appointed Mandate Agents agree to furnish each other Banking coordinates and all relevant information immediately after by mail.
Failure by either The Buyer or The Seller, or their Mandate Agents, to furnish the appropriate Banking coordinates will constitute a breach of Contract of Paragraph 14 of this Agreement
(see Exhibit A and Exhibit B)

7.0.   CLOSING PROCEDURES
7.1   After signing the draft Contract by fax, the hard copy original Contract shall be signed in Jakarta, Indonesia
7.2   Then the Buyer sends to the Seller the Fee Protection Agreement and Non-circumvention of the Seller's Side (hard copy)
7.3   The Seller sends Proof of Product to the Buyer
7.4   Then The Buyer sends Proof of Fund to the Seller (documents in 2.0)
7.5   Then within 10 days the Buyer must open a L/C to complete the transaction
7.6   As each Tranche will be logged as paid for and ownership of this tranche transferred to The Buyer. The Buyer may decide to leave it in place or move it as he desires. Therefore all necessary permits and clearances will be furnished to The Buyer to move " The Stock " if he so desires to do so.

8.0   SECURITY
Both The Seller and The Buyer hereof agree for security reasons in order not let others know about the dealing in AU Metal, and in order not to disturb and destroy the World Gold Price at the International Bullion Center. The AU expression will be referred to in coming communications between The Buyer and The Seller as "The Stock"

9.0   PROHIBITIONS
All modes of communication between The Buyer's and The Seller's Prime Banks shall be conducted in accordance with the established and acceptable banking ethics, procedures and principals, and non of The Parties hereto or their respective Mandate Agents shall be allowed to contact or get in touch with the Banker of the other by any method whatsoever which may be regarded as unorthodox,

CVD28531



Transaction Code: 2000 AUT / IU
Seller's Code:  6 515 246
Contract No.: 3052303 SP / BA

unethical, or unacceptable means included but not restricted to, by way of telephone, plane telex, letter and visiting the other Party's Bank Officer or making any soft probe of any kind in order to obtain information and or make inquiries in respect of this transaction.

10.0    NON-CIRCUMVENTION
Each of the Parties agree not to circumvent the other whether directly or indirectly with reference to this transaction concerning " The Stock " to be sold hereunder of the Principals involved.

11.0    WARRANTIES AND AUTHORITY
The undersigned signatories of the Agreement warrant that they have all of the personal, corporate and legal authority vested in them personally and corporately to enter into this Agreement. Further, each signatory to this Agreement warrants that there is no violation of any laws by him or her in entering into this Agreement.

12.0    BINDING EFFECTS
This Agreement is binding upon the Parties hereto, their personal Mandate Agents, successors in titles of assigns.

13.0    PENALTY
Should any of the Parties fails to honor the transaction according to the foregoing procedures after the signing of this Agreement, the defaulting Party shall
- Be subject to applicable International Public Laws: INCOTERM 1990 and ICC 500 and loser shall pay all penalties and relevant legal fees

14.0    ARBITRATION:
In any action or proceeding relating to the Agreement, The Parties hereto shall settle friendly negotiations. In case of no agreeable solution reached, the case shall be submitted for arbitration to the International Court's Representative Office in Boston, Massachusetts, USA, subject to ICC 500 International Public Laws, INCOTERM 1990. Then its decision shall be final and binding. Cost to loser's side.
In case of the Letter of Credit received by The Seller and The Buyer do not receive gold bullion "The Stock", The Seller will be fined and remedy the damage of the Buyer and plus commercial interest rate to The Buyer

15.0    FORCE MAJEURE
The Parties hereto shall not be held liable for any failure to perform under Force Majeure clauses as stated by the International Chamber of Commerce, Paris, France, which clauses are deemed to be incorporated herein.

16.0    TIME
Time wherever mentioned herein is of the essence in this Agreement and shall at all times be followed. Failure to comply with the details shall result in breach of this Agreement and Perjury

17.0    EUROCLEAR
After signing this contract, Party B agrees also to pay Euroclear Fee and other related fee total in the amount of One Hundred and Fifty Thousand US Dollars ($US150,000) with a non-operative AGDC's Cooperate Mutual Fund Share in hard copy acknowledged by US National Notary Public Such above fee is activated immediately to Party A after certificates provided from Party A to Party B through bank to bank procedure of both sides

CVD28532

4

Transaction Code: 2000 AUT / IU
Seller's Code:  6 515 246
Contract No.: 3052303 SP / BA

18.0  **ENTIRE CONTRACT**
The Buyer and The Seller agree that this Agreement and the attached Schedules and Supplements incorporate herein by reference are made an integral part hereof, constitute the entire Agreement between The Parties. No agreement, representations or warranties other than those specifically set forth in this Agreement or in the attached Schedules and Supplements shall be binding on any of The Parties unless set forth in writing and duly executed by both Parties.

Facsimile copies will be considered and regarded as legal documents and binding on both parties. Both Parties obligate to send the originals to the other quickest within the time permit by DHL or Federal Express.

This contract has Eight (8) copies in English. Each Party keeps Four (4) original copies. This contract has an International validity of INCOTERM 1990 & ICC 500 and has legal validity of The laws of USA and Indonesia

This contract has international validity from the date of May 23, 2003 to 16:00 PM US Standard Time to May 22, 2004

IN WITNESS HEREOF this PARTIES have set their hands onto this Agreement on the date and year as stated in the facsimile copy to be an original and Eight (8) originals having equal force will be signed prior to the commencement of this Agreement and shall be in the possession of each of the Parties.

**SIGNED UNDER SEAL BY:**

| For and on behalf of the **SELLER** | For and on behalf of the **BUYER** |
|---|---|
| Date: 21 / JULY / 2003 | Date: 16 / 07 / 2003 |
| *(signature, seal)* | **DUONG VAN CHUONG** *President* *(signature, seal)* |
| Sign for full Power of Attorney no. 721 | |
| **INDONESIA NATIONAL NOTARY PUBLIC** | **US NATIONAL NOTARY PUBLIC** |
| Number : 197/WR/VII/2003 Registered in a special book by the SOEKARDIMAN, SH. Notary public in Jakarta on this day Monday dated 21th July 2003 Notary public in Jakarta *(signature, seal)* SOEKARDIMAN, SH. | *(signature, seal)* JOHN K. CHANG Notary Public Commonwealth of Massachusetts My Commission Expires November 13, 2009 |

5

CVD28533

Transaction Code: 2000 AUT / IU
Seller's Code: 6 515 246
Contract No.: 3052303 SP / BA



## EXHIBIT A

### SELLER'S BANKING DETAIL INFORMATION

| | |
|---|---|
| Bank Name: | Union Bank of Switzerland (UBS AG) |
| Bank Address: | Bahnhofstrasse 45 CH8098, Zurich, Switzerland |
| Bank Tel No.: | 41-(0)-1-234 1111 |
| Bank Fax No.: | 41-(0)-1-234 3415 |
| Bank Telex: | |
| Bank Officer: | Stephan Haeringer |
| Account No.: | Top Secret |
| SWIFT Code: | UBSWCHZH3424 W49 |
| Account Name: | Halim Darma Kusuma |

The above Banking Information is entered on this day 23rd of May, 2003 and given by the Seller and to attest the formal exchange of banking information of each other, they hereunto set their signatures

SELLER                                    BUYER

July 16, 2003

DUONG VAN CHUONG
President

6

CVD28534



*Transaction Code: 2000 AUT / IU*
*Seller's Code:  6 515 246*
*Contract No.: 3052303 SP / BA*

### EXHIBIT B

### BUYER'S BANKING DETAIL INFORMATION

| | |
|---|---|
| Bank Name: | JPMorgan Chase Bank |
| Bank Address: | 180 Canal Street, New York, NY 10013, USA |
| Bank Tel No.: | 212-334-9660 |
| Bank Fax No.: | 212-334-9738 |
| Bank Telex: | ----- |
| Bank Officer: | Salome Young |
| Account No.: | 695-5038461-65 |
| SWIFT Code: | CHASUS 33 |
| Account Name: | Asia Golden Dragon Corp. (Rep. by Duong, Chuong Van, President) |

The above Banking Information is entered in this day 23rd of May, 2003 and is given by the Buyer and to attest the formal exchange of banking information of each other, they hereunto set their signatures

SELLER                                          BUYER

July 16, 2003

**DUONG VAN CHUONG**
*President*

CVD28535

Transaction Code: 2000 AUT / IU
Seller's Code:  6 515 246
Contract No.: 3052303 SP / BA

## EXHIBIT C

## BENEFICIARY'S PAY ORDER INSTRUCTION

Payment to the beneficiaries stated below, will be made without any impediment and strictly in accordance as follows:

| No. | Beneficiary's Name | of (%) | Buyer Side or Seller Side |
|---|---|---|---|
| 1 | Asia Golden Dragon Corp. | 0.25% | Buyer Mandate |
| 2 | John K. CHANG | 0.0834% | Buyer Side |
| 3 | Tai Chau PHAM | 0.0833% | Buyer Side |
| 4 | Karwichai TEERAWUT | 0.0833% | Buyer Side |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |

REMARK: WHEREAS all parties involved have agreed that Duong, Chuong Van, President of Asia Golden Dragon Corporation, holder of US Resident ID No. A073318268 as the Paymaster, as well as the Buyer Mandate (Signatory Mandate), so mandated on May 23, 2003

All payment will be made in clean and cleared US Dollars by SWIFT Transfer to the accounts as stated above after the closing of each tranche and every of referenced transactions. This payment order is entered in this day 23rd of May, 2003 and they hereunto set their signatures

SELLER

BUYER

DUONG VAN CHUONG
President

CVD28536

July 16, 2005