

*Transaction Code: 2000 AUT / IU*
*Seller's Code:  6 515 246*
*Contract No.: 3052303 SP / BA*

## EXHIBIT D

## BENEFICIARY'S BANKING DETAILS

### 1) Beneficiary's Information

| | |
|---|---|
| Name: | Asia Golden Dragon Corp. |
| Address: | 1550 Hancock St., Quincy, MA 02169, USA |
| Tel No.: | 1-617-770-5988 |
| Fax No.: | 1-617-770-5989 |

### 2) Banking Information of Beneficiary

| | |
|---|---|
| Bank Name: | **JP Morgan Chase** Bank |
| Bank Address: | 180 Canal Street, New York, NY 10013, USA |
| Bank Tel No.: | 1-212-334-9660 |
| Bank Fax No.: | 1-212-334-9738 |
| Account No.: | 695-5038461-65 |
| Swift Code: | CHASUS33 |
| Account Name: | Asia Golden Dragon Corp. (Rep. by Duong, Chuong Van, President) |

The above Banking Information is entered in this day 23rd of May, 2003 and given by the Beneficiary and to attest the formal exchange of banking information of each other, they hereunto set their signatures

SELLER                    BUYER                    BENEFICIARY SIGNATURE

DUONG VAN CHUONG
President July 16,

Duong van Chuong

July 16, 2003

CVD28537

EXHIBIT D

## BENEFICIARY'S BANKING DETAILS

### 1) Beneficiary's Information

| | |
|---|---|
| Name: | John K. CHANG |
| Address: | 115 W. Squantum St., # 506, N. Quincy, MA 02171, USA |
| Tel No.: | 1-617-328-1731 |
| Fax No.: | 1-617-770-5989 |
| Passport No. or ID No.: | 103963587 (US Citizen) |

### 2) Banking Information of Beneficiary

| | |
|---|---|
| Bank Name: | Fleet Bank |
| Bank Address: | 1400 Hancock St., Quincy, MA 02169, USA |
| Bank Tel No.: | 1-617-689-1055 |
| Bank Fax No.: | 1-617-689-5134 |
| Account No.: | 94775 98231 |
| Routing No. (ABA): | 011000138 |
| Swift Code: | FNBBUS33 |
| Account Name: | John K. CHANG |

The above Banking Information is entered in this day 23rd of May, 2003 and given by the Beneficiary and to attest the formal exchange of banking information of each other, they hereunto set their signatures

SELLER                    BUYER                    BENEFICIARY SIGNATURE

*Chungchuong*

*John K. Chang*

*July 21, 2003*

**DUONG VAN CHUONG**
*President*
*Tider 16, 2003*

CVD28538



*Transaction Code: 2000 AUT / IU*
*Seller's Code: 6 515 246*
*Contract No.: 3052303 SP / BA*

## EXHIBIT D

## BENEFICIARY'S BANKING DETAILS

### 1) Beneficiary's Information

| | |
|---|---|
| Name: | Tai Chau PHAM |
| Address: | P.O. Box 331, Westminster, CA 92684 |
| Tel No.: | 1-714-373-1432 |
| Fax No.: | 1-714-373-1432 |
| Passport No. or ID No.: | 205032219 (US Citizen) |

### 2) Banking Information of Beneficiary

| | |
|---|---|
| Bank Name: | Bank of America |
| Bank Address: | 13952 Brookhurst Street, Garden Grove, CA 92843, USA |
| Bank Tel No.: | 1-714-973-8495 |
| Bank Fax No.: | 1-714-741-3144 |
| Account No.: | 09324-17624 |
| Routing No.: | 121000358 |
| SWIFT Code: | BOFAUS6S |
| Account Name: | Tai Chau PHAM |

The above Banking Information is entered in this day 23rd of May, 2003 and given by the Beneficiary and to attest the formal exchange of banking information of each other, they hereunto set their signatures

SELLER                    BUYER                    BENEFICIARY SIGNATURE

DUONG VAN CHUONG
(President)    CVD28539

July 21, 03

*Transaction Code: 2000 AUT / IU*
*Seller's Code:  6 515 246*
*Contract No.: 3052303 SP / BA*



## EXHIBIT C

## BENEFICIARY'S PAY ORDER INSTRUCTION

Payment to the beneficiaries stated below, will be made without any impediment and strictly in accordance as follows:

| No. | Beneficiary's Name | of (%) | Buyer Side or Seller Side |
|-----|--------------------|--------|---------------------------|
| 1 | Halim Darma Kusuma | 0.25% | Seller Mandate |
| 2 | PAV International Trading, Inc. | 0.03% | Seller Side |
| 3 | Ramlan Mohamed Salleh | 0.22% | Seller Side |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |

REMARK: WHEREAS all parties involved have agreed that Duong, Chuong Van, President of Asia Golden Dragon Corporation, holder of US Resident ID No. A073318268 as the Paymaster, as well as the Buyer Mandate (Signatory Mandate), so mandated on May 23, 2003

All payment will be made in clean and cleared US Dollars by SWIFT Transfer to the accounts as stated above after the closing of each tranche and every of referenced transactions. This payment order is entered in this day 23rd of May, 2003 and they hereunto set their signatures

SELLER

BUYER

**DUONG VAN CHUONG**
*President*

CVD28540

July 16, 2003

# BENEFICIARY'S BANKING DETAILS

**1) Beneficiary's Information**

| | |
|---|---|
| Name: | HALIM DARMA KUSUMA |
| Address: | Aneka Tambang Bldg. 2nd Floor, Jl. Let Jend. TB. Sirnatupang No. 1, Tanjung Barat Ps. Minggu Jakarta Selantan |
| Tel No.: | 62-21-788 44 957 |
| Fax No.: | 62-21-788 37 048 |

**2) Banking Information of Beneficiary**

| | |
|---|---|
| Bank Name: | **Bank Negara** Indonesia (BNI) |
| Bank Address: | Bank Negara Indonesia, Kebayoran Baru Branch |
| Bank Tel No.: | 62-21-270 0946 |
| Bank Fax No.: | 62-21-270 0950 |
| Account No.: | 022.00195.203.001 |
| SWIFT Code: | BNINIDJAKBY |
| Account Name: | Halim Darma Kusuma |

The above Banking Information is entered in this day 23rd of May, 2003 and given by the Beneficiary and to attest the formal exchange of banking information of each other, they hereunto set their signatures

SELLER                    BUYER                    BENEFICIARY SIGNATURE

DUONG VAN CHUONG
*President*

July 16, 2003

CVD28541



*Transaction Code: 2000 AUT / IU*
*Seller's Code: 6 515 246*
*Contract No.: 3052303 SP / BA*

## EXHIBIT D

## BENEFICIARY'S BANKING DETAILS

**1) Beneficiary's Information**

| | |
|---|---|
| Name: | PAV International Trading, Inc. |
| Address: | 9302 Bolsa Avenue, Westminster, CA 92683, USA |
| Tel No.: | 1-714-323-6446 |
| Fax No.: | 1-714-844-9494 |

**2) Banking Information of Beneficiary**

| | |
|---|---|
| Bank Name: | Bank of America |
| Bank Address: | 13952 Brookhurst Street, Garden Grove, CA 92843, USA |
| Bank Tel No.: | 1-714-973-8495 |
| Bank Fax No.: | 1-714-741-3144 |
| Account No.: | 09326-06790 |
| Routing No.: | 121000358 |
| SWIFT Code: | BOFAUS6S |
| Account Name: | PAV International Trading, Inc. |

The above Banking Information is entered in this day 23rd of May, 2003 and given by the Beneficiary and to attest the formal exchange of banking information of each other, they hereunto set their signatures

SELLER                    BUYER                    BENEFICIARY SIGNATURE

DUONG VAN CHUONG
President

July 16, 2003

July 21, 03

CVD28542



*Transaction Code: 2000 AUT / IU*
*Seller's Code:  6 515 246*
*Contract No.: 3052303 SP / BA*

## EXHIBIT D

## BENEFICIARY'S BANKING DETAILS

**1) Beneficiary's Information**

Name:                        RAMLAN MOHAMED SALLEH

Address:                     JL. Simatupang No. 1, Aneka Tambang Bldg 2 Floor

Tel No.:                     62-21-788 44 957

Fax No.:                     62-21-788 37 048

ID or Passport No.:          S 0070804 / F

**2) Banking Information of Beneficiary**

Bank Name:                   Bank Negara Indonesia (BNI)

Bank Address:                JL. Kebayoran Baru – JKT Selatan

Bank Tel No.:                62-21-270 0946

Bank Fax No.:                62-21-270 0950

Account No.:                 022.000.254073.901

SWIFT Code:                  BNINIDJAKBY

Account Name:                Ramlan Mohamed Salleh

The above Banking Information is entered in this day 23rd of May, 2003 and given by the Beneficiary and to attest the formal exchange of banking information of each other, they hereunto set their signatures

SELLER                       BUYER                        BENEFICIARY SIGNATURE

DUONG VAN CHUONG
President

CVD28543