

# INTERNATIONAL HELP CHARITIES CORP.
## 國 際 扶 貧 慈 善 機 構
**NON-PROFIT – NON-GOVERNMENTAL – NON-POLITIC**
**NON DISCRIMINATIVE OF RACE & RELIGION AND WORKS FOR PEACE**
非年利-無政府-無政治並不分種族，宗教來服務於和平
1550 Hancock Street, Quincy, MA 02169, USA - Tel: 617-770-5988 Fax: 617-770-5989
EIN 65-1165728 & Int'l Joint Cooperation

## INTERNATIONAL DONATION CONTRACT FOR HOSPITAL PROJECT
( CONFIDENTIAL )

Contract No.: 117 / IHC 03

It is today ___21___ of ___July___, 2003 in Jakarta, Indonesia. Party A named PT Aneka Metal Mulia (Indonesia) and Party B named International Help Charities Corp. (USA), both Parties agree to sign this donation contract confirmed by US Notary Public and Indonesia Notary Public.

This contract is entered in this day 10th of March, 2003
**PARTY A: (DONATION GIVER)**
Company Name: **PT. ANEKA METAL MULIA**
Address: Aneka Tambang Bldg 2nd Floor, Jl. Let. Jen. TB. Simatupang No. 1 Tanjung Barat, Jakarta Selatan, Indonesia 12530
Tel: 62-21-7884 4957
Fax: 62-21-7884 3048
Permit for Establishment: 00246 / 1.824.52 dated March 31, 2003
Represented by: Halim Darma Kusuma, Ownership & Chairman
**Banking Information**
Bank Name: Bank Negara Indonesia (BNI)
Bank Address: Bank Negara Indonesia, Kebayoran Baru Branch
Bank Tel: 62-21-2700946
Account No.: 022.00195.203.001
Account Name: Halim Darma Kusuma
SWIFT: BNINIDJAKBY

Information of confirmed Bank Guarantee of UBS Bank, Switzerland:
Bank Name: UBS AG
Bank Address: **Bahnhofstrasse 45, CH 8001 Zurich, Switzerland**
Tel 41-(0)-1-234 1111 Fax 41-(0)-1-234 3415
Holder of Certificate Deposit: Halim Darma Kusuma
Certificate No.: 6982774
Name of Acct. Holder: **UBS Bank Profit**
Depositor's Name: Bank Profit No. 32786009
UBS A.G / Code 7411860982

**PARTY B: (DONATION RECEIVER)**
Company Name: INTERNATIONAL HELP CHARITIES CORP.
Address: 1550 Hancock St., Quincy, MA 02169, USA
Tel: 617-770-5988
Fax: 617-770-5989
Permit for Establishment: **65-1165728 dated Dec. 16, 2002**
Type of Establishment: Non-Profit Organization

1

CVD28496



Contract No.:   117 / IHC 03

Represented by:                Mr. Duong, Chuong Van, Chairman
hereinafter called " IHC "

**Banking Information**
Bank Name:              Citizens Bank
Bank Address:           1200 Hancock St., Quincy, MA 02169, USA
Routing No.:            211070175
Account No.:            113555-618-8
Account Name:           International Help Charities Corp.
SWIFT:                  CTZI US33

- Subject to the International Public Laws for Charitable Fund
- Subject to their volunteer ability of Party A

After a period of discussion, both hereby have mutually agreed to sign this Donation Contract covering following terms and conditions stipulated hereunder:

**PART 1: DESCRIPTION & INTRODUCTION OF IHC**

Many people all over the world are suffering from serious conditions such as hunger, poverty, disease, and abuse (most of them are old people, women, children and disabilities). Without the help and aid from other people like you, they are hardly, unable to exist and to survive.

In order to respond to their cry of help, charitable people including the leaders of the country, engineers, doctors, lawyers, scientists, business people, worldwide companies and other charitable organizations all over the world about 40 countries, are asked us to cooperate to form an international help charity in long term and with good result.

IHC is a non-profit charitable organization not affiliated with any government, and not discriminative of race, border, and religion and works for peace to help the poor and people in the area of development & disaster

In the development plan to raise fund for charities to aid the local area, developing countries all over the world. IHC makes every endeavor to develop its efficiently charitable activities in system as the following:



- To raise the donation of needed material & items such as clothing, food, medicine, financial aid for helping society and persons in need.

- To set up schools, training institutions, hospitals, and sanitary clinics in the poor and developing areas in order to solve current sanitation concerns, disease sickness intervention, and malnutrition

- To cooperate and to invest into the production, trade service of other business entities in worldwide by receiving & using scrap, recycled material for manufacturing products to get the profit for the charities to serve the living of poor people and to create jobs for them

- To cooperate widely with other charitable organizations in the world to set up branches in the local area in order to give the help, the aid directly to the poor people, the victims of disaster in time and on time.

CVD28497

- participated as members of a particular program (Form of IHC C181)
- Party A has a will and desires to donate to IHC

**ARTICLE 2.2: VALUE OF DONATION**
- Amount donation of Party A to IHC is Five Hundred Million US Dollars ($US500,000,000.00)

**ARTICLE 2.3: DONATION**
- After signing this donation contract, Party A will make a donation of the above amount to IHC by wire transfer, by certified bank draft, by irrevocable Letter of Credit, confirmed by UBS Bank, Switzerland (the top world bank) or by Confirmed Bank Guarantee of UBS Bank with the payment order of Party A

**PART 3: DISTRIBUTION OF IHC**

**ARTICLE 3.1: VALUE OF HELP DISTRIBUTION**
- After receiving the above amount from Party A, IHC will donate a National Hospital Project valued Two Hundred and Fifty Million US Dollars ($US250,000,000.00)

**ARTICLE 3.2: DISTRIBUTION**
- Such help distribution fund is used to purchase land, equipment to set up a hospital chain for solving the sanitation system to prevent sickness in Indonesia.
- Party B will distribution this fund by certified bank draft or by irrevocable Letter of Credit, confirmed by the top world bank

**PART 4: GENERAL TERM**



**ARTICLE 4.1: FEE OF EUROCLEAR**
- After signing this contract, IHC agrees also to pay Euroclear Fee and other related fee total in the amount of One Hundred and Fifty Thousand US Dollars ($US150,000) with a non-operative AGDC's Cooperate Mutual Fund Share in hard copy acknowledged by US National Notary Public
- Such above fee is activated immediately to Party A after the donation amount received by IHC through bank to bank procedure of both sides.

**ARTICLE 4.2: EXECUTION**
- This contract has validity after signing and is executed step by step discussed and agreed by both sides

**ARTICLE 4.3: NON CIRCUMVENTION**
- Both parties abide by the International Chamber of Commerce's standards of non-circumvention and non-disclosure.
- Party A will have to protect the honors and credits of IHC and on the contrary IHC will have to protect the honors and credits of PARTY A

CVD28498

3

Contract No.:   117 / IHC 03

**ARTICLE 4.4: ENTIRE CONTRACT**
- Both Parties shall undertake themselves to strictly comply with all the terms and conditions of the contract. During the contract execution, both Parties should jointly survey their tasks in order to settle matters arising in due time. All amendment, modifications and addition to the main contract shall be made in writing and mutually confirmed by both Parties to be effected.
- For communication, both Parties shall use telephones, fax, telex and the original documents to sent later by Express Mail DHL to be effected.
- This agreement has legal validity in the Laws of the United States of America and the Laws of Indonesia on International Public Laws
- This donation contract is made of eight (8) copies in English. Each Party shall keep 4 original copies, which shall take affect after signing under seal

**PARTY A**
Mr. Halim Darma Kusuma, Chairman

*Sign for full Power of Attorney - 721*

**PARTY B**
Mr. Duong, Chuong Van, President

*Duong Van Chuong*
*Chairman & CEO*

July 16, 2003

**INDONESIA NATIONAL NOTARY PUBLIC**

Number : 194/MR/VII/2003.
-Registered in a special book by me SOEKARDIMAN, SH. Notary public in Jakarta on this day Monday dated 21th July 2003.
Notary public in Jakarta

SOEKARDIMAN, SH.

**US NATIONAL NOTARY PUBLIC**

JOHN K. CHANG
Notary Public
Commonwealth of Massachusetts
My Commission Expires
November 13, 2009

CVD28499

4