
# PT. ANEKA METAL MULIA

SPECIALIZE IN : GOLD BULLION - MINING & OWNER - ASSET TRUSTS


## FULL POWER OF ATTORNEY

Number    : 721
Date      : July 21, 2003

- Subject to the Gold Contract No. 3052303 SP/BA. Transaction Code 2000 Mt/AU with Seller's Code 6515246
- Subject to the International Contract, No. 81260208
- Subject to the Donation Contract, No. 117/ 1H103

Between
Party A :    { Grantor }

Company   : PT. ANEKA METAL MULIA
Address   : Aneka Tambang Building 2nd Floor Jl. Let. TB. Simatupang No.1 Tanjung Barat, Jakarta Selatan – Indonesia
Telephone : 6221-788 44 957
Facsimile : 6221-788 37 048

Represented By : Mr. Halim Darma Kusuma – Ownership & Chairman

And            : Authorized Person
Party B        : Ramlan Mohamed Salleh
Address        : Jl. Simatupang No. 1 Aneka Tambang Building 2nd Floor
Passport No.   : S. 0070804-F
Company        : PT. ANEKA METAL MULIA
Position       : Director, Advisor & Trustee

Signed By :                              Signed By :
Party A                                  Party B

_____                   _____
Halim Darma Kusuma                       Ramlan Mohamed Salleh
Ownership & Chairman                     Advisor & Trustee

Aneka Tambang Building 2nd Floor
Jl. Let. Jen. TB. Simatupang No. 1 Tanjung Barat, Jakarta Selatan - Indonesia 12530
Phone : (62-21) 78844957 (direct), 7891234 ext. 3251 (hunting) Fax. : (62-21) 78843048 E-mail : amm7id@yahoo.com
Account No. 129-0001314570 ; Bank Mandiri - Aneka Tambang Building Branch.

CVD28515

No    :    721
Date  :    July 21, 2003

Under the condition of good health, clear mind and without pressure, I Solely Party A, Halim Darma Kusuma, grant a Full Power Of Attorney to Party B, Ramlan Mohamed Salleh and to authorized to sign the abovementioned contracts.

This document has legal validity in the Law Of USA, and in the Law Of Indonesia on International Commerce, International cooperation, International Public Law and INCOTERM 1990, I.C.C. 500

Signed under seal and take effect in Power after signing.

Signed By  :                                   Indonesia National Notary Public
Party A

_____        _____
Halim Darma Kusuma

Number : 196/WK/VII/2003.
-Regestered in a special book
by me SOEKARDIMAN, SH.
Notary Public in Jakarta
on this day Monday dated
21 th July 2003
Notary public in Jakarta,


SOEKARDIMAN, SH.

CVD28516