UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 03-10363-RCL |
| | ) | |
| CHUONG VAN DUONG, | ) | |
| Defendant | ) | |
| | ) | |

**ASSENTED TO MOTION FOR CONTINUANCE**
**OF SENTENCING STATUS CONFERENCE**

The United States of America, with the oral assent of counsel for defendant Chuong Van Duong, moves this Court to continue for at least one week the sentencing status conference now scheduled for June 20, 2007. As grounds therefor, the government states as follows:

At the June 4, 2007 sentencing hearing, the Court ordered the parties to contact the mental health professionals who had evaluated Chuong's competency to stand trial with respect to a further evaluation of Chuong's mental state. The Court ordered the parties to determine what additional diagnostic work would be required, how quickly such work could be accomplished and the cost. The Court also ordered the parties to prepare a proposed Order for the Court.

Shortly after the June 4 hearing, the government reached out to Dr. Ronald Schouten, who had conducted the original evaluation. Dr. Schouten advised that one important aspect of the evaluation would be psychological testing, and that there are

1

not many Vietnamese speaking psychologists who do testing in the Boston area. He stated that he would make inquiries to try to locate one, and he suggested we contact a local facility such as Rochester or Butner. The Probation Officer assisted by contacting BOP and Butner, to no avail. On June 18, Dr. Schouten advised that he had identified a local psychologist who speaks Vietnamese and conducts testing, and forwarded her c.v. to the government. That psychologist appears to be acceptable to the parties. We have asked Dr. Schouten how much time will be required to conduct the evaluation and prepare the report, as well as the estimated cost of the work. No response has yet been received and it is not known whether the parties will have the information requested by the Court in time for the June 20 status conference. For these same reasons, the parties have been unable to prepare a proposed order for the Court.

Therefore, the parties request a continuance of the sentencing status conference for at least one week.

Respectfully submitted this 19th day of June, 2007.

          MICHAEL J. SULLIVAN
          UNITED STATES ATTORNEY

          /s/ Mark J. Balthazard
          MARK J. BALTHAZARD
          Assistant U.S. Attorney

### Certificate of Service

I hereby certify that on June 19, 2007, the above pleading filed through the ECF system will be sent electronically to the

registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                /s/ Mark J. Balthazard
                                                MARK J. BALTHAZARD
                                                Assistant U.S. Attorney