```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

                              )
UNITED STATES OF AMERICA      )
                              )
         v.                   )    Criminal No. 03-10363-RCL
                              )
CHUONG VAN DUONG,             )
         Defendant            )
                              )
```

## JOINT STATUS REPORT

The United States of America and counsel for defendant Chuong Van Duong hereby report that since the parties last reported to the Court on June 19, 2007 in their Assented To Motion for Continuance of Sentencing Status Conference, the following has occurred:

1. Catherine Vuky Ph.D, a Vietnamese speaking psychologist, has agreed to conduct the psychological testing of Chuong. Her rate for conducting the testing and preparing a report is $150/hour. Dr. Vuky has not provided an estimate of the number of hours she anticipates it will take to complete her work. Dr. Vuky has expressed some concern about meeting with Chuong alone, and has requested that someone accompany him to her office;

2. Ronald Schouten, M.D., J.D., who conducted the competency to stand trial evaluation of Chuong, has agreed to conduct the assessment of Chuong's "grandiosity" requested by the Court. Dr. Schouten charges $425/hour, and estimates it will take no more than 10 hours to complete his work. He has advised

that, excepting previously-scheduled vacation, he can complete his evaluation two weeks after he gets Dr. Vuky's report. He has also requested a copy of the Presentence Report to assist in his evaluation;

The parties therefore estimate that the evaluation requested by the Court will take 8-12 weeks to complete, after the Court enters its Order, at a cost of approximately $4,000-6,000. The parties take the position that because the evaluation has been requested by the Court, the cost is to be paid by either the U.S. Probation Office or the Court itself.

The parties have consulted with the U.S. Probation Office concerning this, and the Probation Office's position is that since the evaluation is being initiated by the Court, it is the Court (via the Clerk's Office) which should bear the cost, with bills from the medical professionals directed to the Clerk's Office, without the involvement of the Probation Office. That being said, the Probation Office understands that it is within the Court's discretion to order the Probation Office (and not the Court itself) to retain the professionals and pay for the evaluation.

The parties have prepared a suggested Order for the Court's consideration, a copy of which is attached.

Respectfully submitted this 10th day of July, 2007.

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | CHUONG VAN DUONG,<br>By his attorney, |
| /s/ Mark J. Balthazard<br>MARK J. BALTHAZARD<br>Assistant U.S. Attorney | /s/ George C. McMahon<br>GEORGE C. MCMAHON BBO#338240<br>Marina Bay<br>308 Victory Road<br>Quincy, MA 02171<br>(617)770-0600 |

Certificate of Service

I hereby certify that on July 10, 2007, the above pleading filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Mark J. Balthazard
MARK J. BALTHAZARD
Assistant U.S. Attorney