**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | )  **CRIMINAL NO.03-10363-RCL** |
| **v.** | ) |
| | ) |
| **CHUONG VAN DUONG,** | ) |
| **Defendant** | ) |
| | ) |

**ORDER**

IT IS HEREBY ORDERED, PURSUANT TO 18 U.S.C. §3552(c) THAT:

Counsel for the United States of America and defendant

Chuong Van Duong coordinate to arrange for the services of one or

more qualified medical professionals (the costs of which are to

be paid by the U.S. District Court) to: 1) perform outpatient

psychiatric and/or psychological examinations of defendant Chuong

Van Duong; and 2) prepare a detailed written report of such

examination which includes the following:

1.  Whether Mr. Chuong's "grandiosity," as described in the

Competency to Stand Trial Evalution dated March 2, 2006, is: 1)

the result of knowing falsehoods by Mr. Chuong; 2) symptomatic of

a Delusional Disorder; 3) the product of pseudologia fantastica,

or 4) the result of some other cause;

2.  If Mr. Chuong's "grandiosity" was caused by something

other than knowing falsehoods, whether as a result Mr. Chuong had

a significantly reduced mental capacity.  In this context, a

"significantly reduced mental capacity" means that Mr. Chuong,

1

although convicted, had a significantly impaired ability to (A)

understand the wrongfulness of the behavior comprising his

criminal offenses or to exercise the power of reason; or (B) to

control behavior that Mr. Chuong knew was wrongful.

3.  If you determine that Mr. Chuong had a significantly

reduced mental capacity, whether and to what extent it

contributed to the commission of his criminal offenses.

4.  Whether Mr. Chuong currently suffers from any mental

defect or impairment, the details of such condition and its

present and future treatment.

IT IS FURTHER ORDERED THAT:

The U.S. Probation Office provide copies of the Presentence

Report to the medical professionals retained to conduct the

examinations and prepare the report; and

Upon completion of the examinations and report, the medical

professionals will return all copies of the Presentence Report to

the U.S. Probation Office.

IT IS FURTHER ORDERED THAT:

Upon completion of the written report, copies are to be

forwarded to counsel the parties, the U.S. Probation Office, and

the Court.

IT IS FURTHER ORDERED THAT:

Chuong Van Duong cooperate with the U.S. Probation Office

and the medical professionals retained to conduct the psychiatric

or psychological examination.  Without limitation, Chuong will meet with, answer questions from and provide all information requested by the medical professionals retained by the U.S. Probation Office.

IT IS FURTHER ORDERED THAT:

Counsel for Chuong will arrange for someone to accompany Chuong to all meetings with the retained medical professionals, and to have that person wait for Chuong at the professionals' office either in the examination room or a waiting room as directed by the medical professional.

IT IS FURTHER ORDERED THAT:

If the report is not completed and produced to the U.S. Probation Office by September 14, 2007, the parties are to report to the Court by the close of business on September 14, 2007 as to the status of the examination and expected completion date of the report.

The sentencing of Chuong Van Duong is hereby rescheduled for September ___, 2007 at _____.


SO ORDERED.


_____
REGINALD C. LINDSAY
UNITED STATES DISTRICT JUDGE