```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

                              )
UNITED STATES OF AMERICA      )
                              )
        v.                    )    Criminal No. 03-10363-RCL
                              )
CHUONG VAN DUONG,             )
        Defendant             )
                              )
```

**ASSENTED TO MOTION FOR ADDITIONAL FUNDS**
**FOR COURT-APPOINTED EXPERT**

The United States of America, with the oral assent of counsel for defendant Chuong Van Duong, moves this Court to authorize additional funds for court-appointed expert Catherine Vuky, Ph.D. As grounds therefor, the government states as follows:

On October 23, 2007, the Court entered an Order appointing Drs. Vuky and Ronald Schouten, M.D. to conduct outpatient psychiatric and/or psychological examinations of the defendant. The Order authorized compensation to Dr. Vuky at the rate of $150 per hour to a maximum of $1,500.[1] This morning, Dr. Vuky reported that she has already spent 9 hours on the testing process and anticipates needing an additional 5-7 hours to complete the work. She also reports that she hopes to finish her work by this Saturday.

---

[1] As noted in the Joint Status Report filed on July 10, 2007, Dr. Vuky had not provided an estimate of the number of hours she anticipated needing.

1

For all the above reasons, the government, with the assent of defense counsel, requests that the Court authorize payment to Dr. Vuky for up to an additional 8 hours at $150/hour.

Respectfully submitted this 5th day of December, 2007.

                                 MICHAEL J. SULLIVAN
                                 UNITED STATES ATTORNEY

                                 /s/ Mark J. Balthazard
                                 MARK J. BALTHAZARD
                                 Assistant U.S. Attorney

### Certificate of Service

I hereby certify that on December 5, 2007, the above pleading filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                 /s/ Mark J. Balthazard
                                 MARK J. BALTHAZARD
                                 Assistant U.S. Attorney