```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

                              )
UNITED STATES OF AMERICA      )
                              )
          v.                  )    Criminal No. 03-10363-RCL
                              )
CHUONG VAN DUONG,             )
          Defendant           )
                              )
```

## SECOND ASSENTED TO MOTION FOR ADDITIONAL FUNDS
## FOR COURT-APPOINTED EXPERT

The United States of America, with the oral assent of counsel for defendant Chuong Van Duong, moves this Court to authorize additional funds for court-appointed expert Catherine Vuky, Ph.D. As grounds therefor, the government states as follows:

On October 23, 2007, the Court entered an Order appointing Drs. Vuky and Ronald Schouten, M.D. to conduct outpatient psychiatric and/or psychological examinations of the defendant. The Order authorized compensation to Dr. Vuky at the rate of $150 per hour to a maximum of $1,500. On December 6, 2007, the Court approved the parties' request that Dr. Vuky be paid for 8 additional hours.

On December 17, 2007, the government received an email request from Dr. Vuky for authority to be paid for 5 additional hours. Dr. Vuky reported that she had already used up the 18 hours previously approved. She stated that she has "completed a number of psychological tests on Mr. Duong for cognitive and

1

emotional functioning. Initial results suggest a Delusional Disorder in addition to other possible psychopathological disorders." She wrote that "in order to get a clearer picture, I feel that I need to give him the MMPI, which is a 500+ questionnaire." She needs the additional hours because the "500+ will need to be translated to Mr. Duong during the testing session." In addition, she "would like to interview the two women that continue to support Mr. Duong."

When asked whether she anticipated making any further requests for more hours, Dr. Vuky responded that this "will be the last request." She stated that she had not anticipated this coming up, and that "the MMPI is the last piece" she needs.

For all the above reasons, the government, with the assent of defense counsel, requests that the Court authorize payment to Dr. Vuky for up to an additional 5 hours at $150/hour.

Respectfully submitted this 21st day of December, 2007.

    MICHAEL J. SULLIVAN
    UNITED STATES ATTORNEY

    /s/ Mark J. Balthazard
    MARK J. BALTHAZARD
    Assistant U.S. Attorney

### Certificate of Service

I hereby certify that on December 21, 2007, the above pleading filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

    /s/ Mark J. Balthazard
    MARK J. BALTHAZARD
    Assistant U.S. Attorney