UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CHUONG VAN DUONG, )<br>    Defendant ) | Criminal No. 03-10363-RCL |

**JOINT MOTION TO SET SENTENCING HEARING FOR JULY 28**

The parties jointly request that the Court schedule the defendant's sentencing for July 28, 2008. As grounds therefor, the parties state that the psychiatric/psychological assessment ordered by the Court has been completed and the parties have received copies of the report. The case is ready for sentencing.

Respectfully submitted,

| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY | CHUONG VAN DUONG,<br>By his attorney, |
|---|---|
| /s/ Mark J. Balthazard<br>MARK J. BALTHAZARD<br>Assistant U.S. Attorney | /s/ Daniel G. Hovanesian<br>DANIEL G. HOVANESIAN<br>Suite 202<br>278 Mystic Avenue<br>Medford, MA 02155<br>(781)395-9000 |

Certificate of Service

I hereby certify that on April 9, 2008, the above pleading filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Mark J. Balthazard
MARK J. BALTHAZARD
Assistant U.S. Attorney

1